1  J. Gary Linder, Bar #020552
2  JONES, SKELTON & HOCHULI P.L.C.
3  40 North Central Avenue, Suite 2700
4  Phoenix, Arizona 85004
5  (602) 263-1700
6  (602) 651-7599
7  glinder@jshfirm.com
8  minuteentries@jshfirm.com

10 Attorneys for Defendant Menzies Aviation
11 (USA), Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Frontier Airlines, Inc., | No. _____ |
|---|---|
| Plaintiff, | **Notice of Removal** |
| v. | |
| Menzies Aviation (USA), Inc., | |
| Defendant. | |

Defendant MENZIES AVIATION (USA), INC. ("Menzies"), by its attorneys, Condon & Forsyth LLP, hereby removes this action to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1441(a).

1. This action was commenced against Menzies in the Superior Court of the State of Arizona, County of Maricopa, by the filing of a Summons and Complaint on or around March 31, 2020. The Summons and Complaint were received by Menzies on or about June 29,

8614355.1

1. 2020 after service on its registered agent, CSC. Copies of the Summons and Complaint are attached hereto as Exhibit A. No further proceedings have taken place in this action.

2. The Complaint seeks compensation for property damage allegedly sustained at Phoenix Sky Harbor International Airport in Phoenix, Arizona on April 1, 2018.

3. Based upon the allegations in the Complaint, this Court has original jurisdiction over this action, and therefore this action is one that may be removed pursuant to 28 U.S.C. § 1441.

4. This Court has original jurisdiction over the above-described action pursuant to 28 U.S.C. § 1332 based upon diversity of citizenship, because the parties are citizens of different states and, upon information and belief, the amount in controversy allegedly exceeds $75,000, exclusive of interest and costs.

5. The citizenship of the parties is as follows:

   a. Upon information and belief, Plaintiff is a citizen of the State of Colorado.

   b. Defendant is a citizen of the State of Delaware and the State of Texas.

6. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the District of Arizona, which is the district in which the civil court action is pending.

7. This Notice of Removal is timely filed with this Court, pursuant to 28 U.S.C. § 1446(b).

8. Defendant will promptly file a copy of the Notice of Removal with the Clerk of the Superior Court of the State of Arizona, County of Maricopa, as required by 28 U.S.C. § 1446(d).

8614355.1

9.     Defendant will promptly give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant MENZIES AVIATION (USA) INC. prays that the above-entitled action now pending in the Superior Court of State of Arizona, County of Maricopa, be removed therefrom to this Court.

DATED this 20th day of July, 2020.

JONES, SKELTON & HOCHULI P.L.C.

By: /s/ J. Gary Linder
J. Gary Linder
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Menzies Aviation (USA), Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Edward R. Glady, Jr.
SANDERS & PARKS, P.C.
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099

Attorney for Plaintiff
Frontier Airlines, Inc.

/s/ Jennifer Bernardo

3

8614355.1