Person Filing: Edward R. Glady, Jr.
Address (if not protected) 3030 North Third Street, Suite 1300
City, State, Zip Code: Phoenix, Arizona 85012
Telephone: 602-532-5646
Email Address: Edward.Glady@sandersparks.com
Lawyer's Bar Number: 009459

**DELIVERED**
6 / 29 /2020
By _M.T.SCHTUS_
Austin Process, LLC

_Per Clerk's fee. See_

Representing [ ] Self, without a Lawyer or [X] Attorney for [X] Plaintiff OR [ ] Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Frontier Airlines, Inc.
Name of Plaintiff

And

Menzies Aviation (USA), Inc.
Name of Defendant

Case No.: CV 2020-004193

## SUMMONS

[ ] ORIGINAL

> **WARNING: This is an official document from the court that affects your rights. Read this carefully.**
> **If you do not understand it, contact a lawyer for help.**

FROM THE STATE OF ARIZONA TO: Menzies Aviation (USA), Inc.
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   ○ Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 OR

   ○ Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 OR

   ○ Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 OR

   ○ Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

   o 601 West Jackson, Phoenix, Arizona 85003
   o 18380 North 40th Street, Phoenix, Arizona 85032
   o 222 East Javelina Avenue, Mesa, Arizona 85210
   o 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

SIGNED AND SEALED this date    MAR 31 2020          JEFF FINE, CLERK

                                          _____
                                          CLERK OF SUPERIOR COURT

            JEFF FINE, CLERK

By _____              If you would like legal advice from a lawyer,
            Deputy Clerk                    contact the Lawyer Referral Service at
                                            602-257-4434
         C. O'Neill                              or
         Deputy Clerk                       www.maricopalawyers.org
                                            Sponsored by the
                                            Maricopa County Bar Association

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

CLERK OF THE
SUPERIOR COURT
FILED
C. O'NEILL, DEP

**20 MAR 31  PM 3: 32**

1  Edward R. Glady, Jr./Bar No. 009459
  **SANDERS & PARKS, P.C.**
2  3030 North Third Street, Suite 1300
  Phoenix, AZ 85012-3099
3  Direct Phone: 602.532.5646
  Direct Fax: 602.230.5046
4  Email: Edward.Glady@SandersParks.com
  Firm Email: Minutes@SandersParks.com
5
6  *Attorneys for Plaintiff*

7

8  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9  **IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| 10  Frontier Airlines, Inc. | Case No.: CV 2020-004193 |
| 11           Plaintiff, | **CERTIFICATE OF COMPULSORY** |
| 12  v. | **ARBITRATION** |
| 13 | |
| 14  Menzies Aviation (USA), Inc., | ☐ **ORIGINAL** |
| 15           Defendant. | |

16       Plaintiff, by and through undersigned counsel hereby certifies that this matter exceeds the

17  jurisdictional requirement and is <u>not</u> subject to compulsory arbitration.

18       RESPECTFULLY submitted this 31st day of March, 2020.

19

20                    **SANDERS & PARKS, P.C.**

21

22                    By Edward R. Glady, Jr.
23                    Edward R. Glady, Jr.
24                    3030 North Third Street, Suite 1300
                     Phoenix, AZ  85012-3099
25                    *Attorneys for Plaintiff*

26

27

28

JEFF FINE
Clerk of the Superior Court
By Christopher O'Neill, Deputy
Date 03/31/2020 Time 15:31:10
Description                    Amount
---------- CASE# CV2020-004193 ----------
CIVIL NEW COMPLAINT             333.00

TOTAL AMOUNT                    333.00
     Receipt# 27730877

Edward R. Glady, Jr./Bar No. 009459
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099
Direct Phone: 602.532.5646
Direct Fax: 602.230.5046
Email: Edward.Glady@SandersParks.com
Firm Email: Minutes@SandersParks.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Frontier Airlines, Inc. | Case No.: CV2020-004193 |
| Plaintiff, | **COMPLAINT** |
| v. | |
| Menzies Aviation (USA), Inc., | |
| Defendant. | ☐ORIGINAL |

For its Complaint, Plaintiff Frontier Airlines, Inc. ("Frontier") alleges as follows:

### JURISDICTION AND VENUE

1.    Frontier is a non-Arizona corporation registered and doing business in Arizona.

2.    Defendant Menzies Aviation (USA), Inc., is a non-Arizona corporation doing business in Arizona.

3.    The incident at issue took place in Phoenix, Arizona.

4.    This Court has both subject matter and personal jurisdiction over this matter and the parties.

5.    Venue properly lies in this County.

6.    In April 2018, Frontier and Menzies had a contract whereby Menzies would perform ground services for Frontier Airline aircraft at Sky Harbor Airport in Phoenix, Arizona.

7.    On April 1, 2018, A Menzies employee acting in the course and scope of his duties for Menzies was positioning a belt loader near the R1 door of a 2006 Airbus A319-111, N947FR,

1 (the "Aircraft"), at the time leased by and in use by Frontier for its airline operations. At the time,

2 the Aircraft was on the ramp at Sky Harbor Airport.

3       8.     Upon raising the belt loader boom, the Menzies employee's foot slipped off the

4 brake and hit the accelerator instead, causing the belt loader to rapidly move forward and strike

5 the Aircraft approximately two feet below the R1 door (the "Mishap").

6       9.     The Aircraft was physically damaged by the impact of the belt loader.

7       10.    Under the terms of the Aircraft lease, Frontier is responsible for all costs to repair

8 the Aircraft because of the Mishap and any other costs arising from or related to the Mishap.

9       11.    As a result of the Mishap, the Aircraft required physical repair and was out of service

10 for a time while the repairs were carried out, requiring Frontier to replace it for its airline

11 operations by leasing another aircraft.

12       12.    Frontier also incurred other costs related to the Mishap.

13 **COUNT I**

14 **(Negligence)**

15       13.    Frontier realleges each and every allegation set forth above as if fully set forth

16 herein.

17       14.    Menzies is liable for the unintentional, but unsafe conduct of its employees who are

18 performing within the course and scope of their duties.

19       15.    Menzies and its employees owed a duty of due care to Frontier to control and operate

20 ground services equipment in a safe and prudent manner so as not to damage Frontier aircraft

21 while Menzies carried out its ground services operations around such aircraft

22       16.    Menzies and its employees breached this duty by operating the belt loader in an

23 unsafe equipment manner, causing the belt loader to impact the Aircraft, physically damaging it.

24       17.    The physical damage to the Aircraft was actually and proximately caused by

25 Menzies's and its employee's breach of their legal duties.

26       18.    As a result, Frontier has been damaged in an amount to be proven at trial.

27       WHEREFORE, Frontier Airlines, Inc., prays for judgment to be entered in its favor against

28 Menzies Aviation (USA), Inc., in an amount to be established at trial, for costs, and for such other

1   relief as the Court deems just and proper.

2         RESPECTFULLY submitted this 31st day of March, 2020.

3

4                            **SANDERS & PARKS, P.C.**

5

6                     By

7                        Edward R. Glady, Jr.

                        3030 North Third Street, Suite 1300

8                        Phoenix, AZ 85012-3099

                       *Attorneys for Plaintiff*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In the **Superior Court of the State of Arizona**

In and For the County of <u>Maricopa</u>

Case Number <u>CV 2020-004193</u>

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney <u>Edward R. Glady, Jr.</u>

Attorney Bar Number <u>009459</u>

Is Interpreter Needed? ☐ Yes

If yes, what language(s):

CLERK OF THE
SUPERIOR COURT
FILED
C. O'NEILL, DEP

**20 MAR 31  PH 3: 31**

☐ **ORIGINAL**

| Plaintiff's Name(s): (List all) | Plaintiff's Address: | Phone #: | Email Address: |
|---|---|---|---|
| Frontier Airlines, Inc. | 4545 Airport Way | 801-401-9000 | |
| | Denver, CO 80239 | | F9Insurance@flyfrontier.com |

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)
Menzies Aviation (USA), Inc.

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an **"X"** next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☐ Amount Claimed $_____     ☐ Tier 1     ☒ Tier 2     ☐ Tier 3

## NATURE OF ACTION

Place an **"X"** next to the <u>one</u> case category that most accurately describes your primary case. **Any case category that has an asterisk (\*) MUST have a dollar amount claimed or Tier selected as indicated above.**

### 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury\*

☐ 102 Property Damage\*
☐ 103 Wrongful Death\*

©Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV10f – 010119

Case No. _____

## 110 TORT NON-MOTOR VEHICLE:

☒ 111 Negligence*
☐ 112 Product Liability – Asbestos*
☐ 112 Product Liability – Tobacco*
☐ 112 Product Liability – Toxic/Other*
☐ 113 Intentional Tort*
☐ 114 Property Damage*
☐ 115 Legal Malpractice*
☐ 115 Malpractice – Other professional*
☐ 117 Premises Liability*
☐ 118 Slander/Libel/Defamation*
☐ 116 Other (Specify) _____ *

## 120 MEDICAL MALPRACTICE:

☐ 121 Physician M.D.*          ☐ 123 Hospital*
☐ 122 Physician D.O*          ☐ 124 Other*

## 130 & 197 CONTRACTS:

☐ 131 Account (Open or Stated)*
☐ 132 Promissory Note*
☐ 133 Foreclosure*
☐ 138 Buyer-Plaintiff*
☐ 139 Fraud*
☐ 134 Other Contract (i.e. Breach of Contract)*
☐ 135 Excess Proceeds-Sale*
☐ Construction Defects (Residential/Commercial)*
☐ 136 Six to Nineteen Structures*
☐ 137 Twenty or More Structures*
☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation*
☐ 151 Eviction Actions (Forcible and Special Detainers)*
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment

☐ 158 Quiet Title*
☐ 160 Forfeiture*
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)*
☐ 187 Real Property *
☐ Special Action against Lower Courts
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 194 Immigration Enforcement Challenge
   (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
   (See Lower Court Appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
   (All other tax matters must be filed in the AZ Tax Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute – Other*
☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)*
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain– Light Rail Only*
☐ 177 Interpleader– Automobile Only*
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination*

☐ 185 Employment Dispute-Other*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License

☐ 195(b) Amendment of Birth Certificate

☐ 163 Other*

_____

(Specify)

## EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order      ☐ Provisional Remedy      ☐ OSC      ☐ Election Challenge

☐ Employer Sanction      ☐ Other (Specify) _____

## COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

Additional Plaintiff(s):

_____

_____

Additional Defendant(s):

_____

_____