J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
(602) 263-1700
(602) 651-7599
glinder@jshfirm.com
minuteenteries@jshfirm.com

Attorneys for Defendant Menzies Aviation (USA), Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., | No. _____ |
| Plaintiff, | **Rule 7.1 Statement of Menzies Aviation (USA), Inc** |
| v. | |
| Menzies Aviation (USA), Inc., | |
| Defendant. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for Defendant MENZIES AVIATION (USA), INC. ("Menzies") certifies that Menzies Aviation, Inc. holds Defendant Menzies Aviation (USA), Inc., and Menzies Aviation, Inc. is a fully owned subsidiary of ultimate parent company John Menzies, PLC. No publicly held corporation holds 10% or more stock of John Menzies, PLC.

8614567.1

DATED this 20th day of July, 2020.

JONES, SKELTON & HOCHULI P.L.C.

By: /s/ J. Gary Linder
J. Gary Linder
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Menzies
Aviation (USA), Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Edward R. Glady, Jr.
SANDERS & PARKS, P.C.
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099

Attorney for Plaintiff
Frontier Airlines, Inc.

/s/ Jennifer Bernardo

2

8614567.1