J. Gary Linder, Bar #020552

JONES, SKELTON & HOCHULI P.L.C.

40 North Central Avenue, Suite 2700

Phoenix, Arizona 85004

(602) 263-1700

(602) 651-7599

glinder@jshfirm.com

Minuteenteries@jshfirm.com

Attorneys for Defendant Menzies Aviation (USA), Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br> Defendant. | No.   2:20-cv-01432-ESW <br><br> **Answer of Defendant Menzies Aviation (USA), Inc.** |

Defendant MENZIES AVIATION (USA), INC. ("Menzies"), by and through its attorneys, Condon & Forsyth LLP, hereby answers the Complaint of Plaintiff Frontier Airlines, Inc. ("Frontier") as follows:

## **JURISDICTION AND VENUE**

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Complaint.

8614489.1

2. Admits that Menzies is a non-Arizona corporation which performs services in the State of Arizona, and otherwise denies the allegations in Paragraph 2 of the Complaint.

3. Admits that on April 1, 2018 Menzies provided services for Frontier at Phoenix Sky Harbor International Airport in Phoenix, Arizona, and otherwise denies the allegations in Paragraph 3 of the Complaint.

4. Admits that this Court has subject matter jurisdiction over this matter, and otherwise denies the allegations in Paragraph 4 of the Complaint.

5. Denies the allegations in Paragraph 5 of the Complaint.

6. Admits that in April 2018 Menzies and Frontier had a contractual agreement whereby Menzies would provide services for Frontier at Phoenix Sky Harbor International Airport in Phoenix, Arizona, and otherwise denies the allegations in Paragraph 6 of the Complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint.

10. Denies the allegations in Paragraph 10 of the Complaint.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint.

12. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint.

8614489.1

## COUNT I

### (Negligence)

13. Menzies Aviation (USA), Inc. restates and incorporates by reference each and every allegation, admission and denial in Paragraphs 1 to 12 of this Answer as though fully set forth herein.

14. Denies the allegations in Paragraph 14 of the Complaint.

15. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint, and otherwise leaves all questions of law contained therein to the Court for determination at the time of trial.

16. Denies the allegations in Paragraph 16 of the Complaint.

17. Denies the allegations in Paragraph 17 of the Complaint.

18. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

19. The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

20. This Court lacks personal jurisdiction over Defendant.

### THIRD AFFIRMATIVE DEFENSE

21. Venue in this Court is improper pursuant to the parties' contractual agreement to litigate disputes in the State or Federal courts of the State of Colorado, and pursuant to the doctrine of forum non conveniens.

### FOURTH AFFIRMATIVE DEFENSE

22. Plaintiff's damages, if any, were caused or contributed to by Plaintiff's own negligence or fault, by the negligence or other fault of third parties, and/or by other intervening or

3

8614489.1

superseding causes, and Plaintiff's recovery, if any, should therefore be barred or reduced pursuant to the applicable law.

### FIFTH AFFIRMATIVE DEFENSE

23. Plaintiff failed to use reasonable diligence and due care to mitigate or otherwise reduce its damages, if any, and on this ground Plaintiff's recovery should be barred or reduced pursuant to the applicable law.

### SIXTH AFFIRMATIVE DEFENSE

24. Plaintiff's claims for economic losses are not recoverable in tort pursuant to the applicable law.

WHEREFORE, Defendant MENZIES AVIATION (USA), INC. respectfully demands judgment dismissing the Complaint in its entirety or, alternatively, judgment limiting its liability, together with costs and disbursements and such other and further relief which this Court deems just and proper.

DATED this 21$^s$ day of July, 2020.

JONES, SKELTON & HOCHULI P.L.C.

By: /s/ J. Gary Linder
J. Gary Linder
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Menzies Aviation (USA), Inc.

4

8614489.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Edward R. Glady, Jr.
SANDERS & PARKS, P.C.
3030 North Third Street, Suite 1300
Phoenix, AZ 85012-3099

Attorney for Plaintiff
Frontier Airlines, Inc.

/s/ Jennifer Bernardo

8614489.1