## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **Frontier Airlines, Inc.**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **Menzies Aviation (USA), Inc.**

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Edward R. Glady**
**Sanders & Parks, PC**
**3030 North Third Street, Suite 1300**
**Ohoenix, Arizona  85012-3099**
**602-532-5646**

Defendant's Atty(s):

**J. Gary Linder (** Menzies Aviation (USA), Inc. **)**
**Jones, Skelton & Hochuli, PLC**
**40 N. Central Avenue, Suite 2700**
**Phoenix, Arizona  85004**
**602-263-7340**

## REMOVAL FROM MARICOPA COUNTY, CASE #CV2020-004193

II. Basis of Jurisdiction:          **1. U.S. Government Plaintiff**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**

          Plaintiff:-**2 Citizen of Another State**
          Defendant:-**5 Non AZ corp and Principal place of Business outside AZ**

IV. Origin :          **2. Removed From State Court**

V. Nature of Suit:          **380 Other Personal Property Damage**

VI.Cause of Action:          **28 U.S.C. Section 1332 - Diversity of citizenship, as the parties are citizens of different states**

VII. Requested in Complaint

          Class Action:**No**
          Dollar Demand:
          Jury Demand:**No**

VIII. This case **IS RELATED** to Case Number **CV2020-004193** assigned to Judge **Joseph Mikitish.**

**Signature:**  <u>**J. Gary Linder**</u>

**Date:**  <u>**7/22/20**</u>

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

**Revised: 01/2014**