Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
        mjarvey@swlaw.com
*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Frontier Airlines, Inc., | No. 2:20-cv-01432-ESW |
|---|---|
| Plaintiff, | **STIPULATED APPLICATION TO SUBSTITUTE COUNSEL FOR PLAINTIFF FRONTIER AIRLINES INCORPORATED** |
| v. | |
| Menzies Aviation (USA) Incorporated, | |
| Defendant. | |

Pursuant to LRCiv 83.3, the undersigned counsel stipulate and request that the Court enter an order (a) substituting Adam Lang and Matt Jarvey of Snell & Wilmer L.L.P as counsel for Plaintiff Frontier Airlines, Inc. ("Frontier") in the above-captioned matter, and (b) permitting Edward R. Glady, Jr. of Sanders & Parks PC to withdraw as counsel. Frontier wishes to proceed with substituted counsel and has attached its written approval to this application as Exhibit A. No trial date has been set.

Pursuant to LRCiv 83.3(b), Frontier's last-known address and telephone number are: 4545 Airport Way, Denver, CO 80239; 801-401-9000.

Counsel have submitted a proposed order with this application.

///

///

4833-0080-0709

DATED this 31st day of July 2020.

        SNELL & WILMER L.L.P.

        By: *s/Adam E. Lang*
            Adam E. Lang
            Matt Jarvey
            One Arizona Center
            400 E. Van Buren, Suite 1900
            Phoenix, Arizona 85004-2202
            *Attorneys for Plaintiff Frontier Airlines, Inc.*

        SANDERS & PARKS PC

        By: *s/Adam E. Lang (w/permission for)*
            Edward Robert Glady, Jr.
            3030 North 3rd Street, Suite 1300
            Phoenix Arizona 85012-3099
            *Attorneys for Plaintiff Frontier Airlines, Inc.*

4833-0080-0709

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 s/Jennifer Thomes

4833-0080-0709