# EXHIBIT A

# EXHIBIT A

## Written Approval of Plaintiff Frontier Airlines, Inc.

I, Valerie W. Tyler, am Senior Director, Legal Counsel for Plaintiff Frontier Airlines, Inc. and I am authorized to approve and do approve the proposed substitution and withdrawal of counsel as requested in the Stipulated Application to Substitute Counsel.

_____
Valerie W. Tyler

4824-3638-2405