IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>    Defendant. | No. 2:20-cv-01432-ESW<br><br>**ORDER** |

**IT IS ORDERED** granting the substitution of Adam E. Lang and Matt Jarvey of Snell & Wilmer L.L.P as counsel for Plaintiff Frontier Airlines, Inc. in the above-captioned matter, and granting Edward R. Glady, Jr.'s request to withdraw as counsel, both effective as of the date of this order.  The clerk shall ensure that the electronic case docket reflects the contact information of substituted counsel.

4833-7079-3669