# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

The Court has considered Plaintiff's Stipulated Application to Substitute Counsel for Plaintiff Frontier Airlines Incorporated (Doc. 10) and Written Approval of Plaintiff Frontier Airlines, Inc. (Doc. 10-1). Good cause appearing,

IT IS ORDERED granting the Stipulated Application to Substitute Counsel for Plaintiff Frontier Airlines Incorporated (Doc. 10).

IT IS FURTHER ORDERED substituting Adam Lang and Matt Jarvey, of the law firm of Snell & Wilmer L.L.P., and withdrawing Edward R. Glady, Jr., of the law firm of Sanders & Parks PC, as counsel of record for Plaintiff Frontier Airlines, Inc. The Clerk of Court is directed to remove Edward Glady, Jr., as counsel of record for Plaintiff in this case only.

Dated this 3rd day of August, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge