

Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
mjarvey@swlaw.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>Defendant. | No. 2:20-cv-01432-ESW<br><br>**PLAINTIFF FRONTIER AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Plaintiff in compliance with the provisions of:

__X__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or state that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

______ No such corporation.

______ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

____________________________ Relationship________________________

______ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

____________________________ Relationship________________________

__X__ Other (please explain):

Plaintiff Frontier Airlines, Inc. is wholly owned by Frontier Group Holdings, Inc.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 3rd day of August, 2020.

SNELL & WILMER L.L.P.

By: *s/Matt Jarvey*
Adam E. Lang
Matt Jarvey
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Plaintiff Frontier Airlines, Inc.*

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren, Suite 1900 Phoenix, Arizona 85004-2202 602.382.6000

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/Kathy Sprinkle*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000