Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
       mjarvey@swlaw.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br> Defendant. | No. 2:20-cv-01432-ESW <br><br> **NOTICE OF FILING AMENDED COMPLAINT** |

Pursuant to Rule 15(a)(1)(B) and LRCiv 15.1(b), Plaintiff Frontier Airlines, Inc. hereby provides notice that it has filed an Amended Complaint. *See* Doc. 16. Attached to this Notice is a redline copy of the Amended Complaint that indicates in what respects it differs from the pleading it amends.

DATED this 11th day of August, 2020.

                                          SNELL & WILMER L.L.P.

                                          By: *s/ Adam E. Lang*
                                                 Adam E. Lang
                                                 Matt Jarvey
                                                 One Arizona Center
                                                 400 E. Van Buren, Suite 1900
                                                 Phoenix, Arizona 85004-2202

                                                 *Attorneys for Plaintiff Frontier Airlines, Inc.*

4820-4838-6503

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 s/Kathy Sprinkle

4820-4838-6503