1   J. Gary Linder, Bar #020552
    JONES, SKELTON & HOCHULI, P.L.C.
2   40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
3   Telephone:  (602) 263-1700
    Fax:  (602) 200-7883
4   glinder@jshfirm.com

5   Attorneys for Defendant Menzies Aviation
    (USA), Inc.
6

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF ARIZONA

9   Frontier Airlines, Inc.,                    NO. 2:20-cv-01432-ESW

10                              Plaintiff,       **Stipulation for Extension of Time**

11          v.

12  Menzies Aviation (USA), Inc.,

13                              Defendant.

14

15          The undersigned parties hereby stipulate and agree that the time for

16  Defendant Menzies Aviation (USA), Inc.to Answer Plaintiff's Amended Complaint may

17  be extended to and including September 21, 2020.

18

19          DATED this 24th day of August 2020.

20  SANDERS & PARKS, P.C.               JONES, SKELTON & HOCHULI, P.L.C.

21

22  By /s/ Adam Lang (with permission)   By /s/ J. Gary Linder
23     Adam Lang                            J. Gary Linder
       Matt Jarvey                          40 North Central Avenue, Suite 2700
24     3030 North Third Street, Suite 1300  Phoenix, Arizona  85004
       Phoenix, AZ 85012-3099               Attorneys for Defendant Menzies
25     Attorney for Plaintiff               Aviation (USA), Inc.
       Frontier Airlines, Inc
26

27

28

8705893.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Jennifer Bernardo

2

8705893.1