**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Frontier Airlines, Inc., | NO. 2:20-cv-01432-ESW |
| Plaintiff, | **Proposed Order for Extension of Time** |
| v. | |
| Menzies Aviation (USA), Inc., | |
| Defendant. | |

Pursuant to Stipulation,

IT IS HEREBY ORDERED extending the time for Defendant Menzies Aviation (USA), Inc.'s to answer Plaintiff's Amended Complaint is extended to September 21, 2020.

DATED this _____ day of _____ 2020.

BY_____
Honorable Judge Eileen S. Willett

8618997.1