1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated, | No. CV-20-01432-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Menzies Aviation (USA) Incorporated, | |
| Defendant. | |

The Court has considered the parties' Stipulation for Extension of Time (Doc. 21).

IT IS ORDERED granting the Stipulation for Extension of Time (Doc. 21). Defendant Menzies Aviation (USA) Incorporated shall file its answer to Plaintiff's Amended Complaint (Doc. 16) no later than **September 21, 2020**.

Dated this 25th day of August, 2020.

_____
Honorable Eileen S. Willett
United States Magistrate Judge