

Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
          mjarvey@swlaw.com
*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>          Plaintiff,<br><br>     v.<br><br>Menzies Aviation (USA), Inc.,<br><br>          Defendant. | No. 2:20-cv-01432-ESW<br><br>**JOINT 26(f) CASE MANAGEMENT REPORT** |

Pursuant to Rule 26(f) and the Court's Order Setting Telephonic Rule 16 Case Management Conference (Doc. 20), the parties submit the following case management report in advance of the Telephonic Rule 16 Case Management Conference set for September 24, 2020, at 2:00 p.m. (Doc. 20. at 1).

1.    **Attendance.**  The parties participated in a telephonic Rule 26(f) meeting on September 9, 2020.  Adam Lang and Matt Jarvey participated on behalf of Plaintiff Frontier Airlines, Inc. ("Frontier"); Gary Linder participated on behalf of Defendant Menzies Aviation (USA), Inc. ("Menzies").  All three participated in developing the parties' joint submissions.

2.    **Service.**  All parties have been served and have appeared.

*Snell & Wilmer*
*L.L.P.*
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

3.      **Nature of Case.**

     a.      **Frontier's Statement**

     This is a negligence and breach of contact action arising from damage to an aircraft at Sky Harbor Airport.  In April 2018, an employee of Menzies negligently ran a belt loader vehicle into the side of an airplane leased and used by Frontier, which caused substantial physical damage to the aircraft.  Under its lease, Frontier was responsible for the costs of repairing the aircraft.  Frontier also incurred costs because the aircraft was out of service, and Frontier had to replace it by leasing another aircraft.

     Frontier's first cause of action is for negligence.  Menzies, via its employees, failed to operate its belt loader in a safe, controlled, and prudent manner so as not to damage Frontier's aircraft.  Menzies breached its duty of care by negligently operating the belt loader, including by operating the belt loader without proper qualifications and for an unintended purpose, such that it impacted and physically damaged Frontier's aircraft.

     Frontier's second cause of action is for breach of contract.  Menzies breached its contract with Frontier, called the International Air Transport Association Standard Ground Handling Agreement of 2013 Main Agreement, along with Annex A and the Simplified Procedure Annex B8.0 – Location(s), Agreed Services and Charges to the Standard Ground Handling Agreement (SGHA) of 2013 (collectively, the "Agreement").   The Agreement governs, among many other things, the manner in which Menzies is to provide ground handling services for Frontier.  The Agreement requires that Menzies operate in conformity with certain standards and protocols, including but not limited to Frontier's policies and procedures, which Menzies failed to abide by when it damaged Frontier's aircraft.  The Agreement also requires Menzies to indemnify, defend, and hold harmless Frontier for the claims, damages, losses, liabilities, and costs and expenses of any kind or nature whatsoever, including but not limited to court costs and attorney's fees, in any way arising out of or resulting from the incident at issue, as well as any losses, costs, or damages for flight delays or cancellations resulting from the incident at issue.  To date, however, Menzies has refused to do so.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

Frontier also seeks to recover its costs and attorney's fees under Rule 54(d), the Agreement, and A.R.S. § 12-341.01.

**b.**    **Menzies's Statement**

i.    On April 1, 2018 At Sky Harbor Airport in Phoenix, Arizona, a Frontier Airlines A319 aircraft was allegedly damaged when ground handlers employed by Menzies attempted to position a belt loader and purportedly made contact with the fuselage of the A319.

ii.    At all applicable times, Menzies provided its services to Frontier pursuant to the 2013 IATA Standard Ground Handling Agreement ("SGHA") and annexes thereto. Thus, Frontier's claims sound in contract and its economic damages may not be recovered under a theory of negligence.

iii.    Section 4.3 of Annex B8.0 to the SGHA expressly excludes Menzies' liability for "indirect, incidental, punitive, consequential or exemplary damages." Thus Menzies is not responsible for indemnifying Frontier for its indirect or consequential damages.

iv.    Although this Court does have subject matter jurisdiction over this case as discussed below, Section 12.2 of the Annex to the SGHA contains a forum choice clause which provides that "courts for the resolution of disputes shall be the Federal and/or State Courts of the State of Colorado." Thus, venue is improper in this forum.

4.    **Jurisdiction.**    This Court has subject matter jurisdiction over this case because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. Frontier is a Colorado corporation with its principal place of business in Colorado, which makes it a citizen of Colorado. Menzies is a Delaware corporation with its principal place of business in Texas, which makes it a citizen of both states. The alleged damages in this case stem from physical damage to an aircraft. Although a formal calculation of damages has yet to be completed, Frontier reasonably anticipates the damages to exceed $1.4 million.

1
2        5.      **Additions and Amendments.**  The parties do not anticipate adding parties or
otherwise amending the pleadings at this time.

3        6.      **Related cases.**  None.

4        7.      **Initial Disclosures.**  The parties have not exchanged initial disclosures under
5 Rule 26(a) but have proposed a date for such exchange in the Proposed Case Management
6 Order, filed alongside this report.

7        8.      **Discovery Limitations.**  The parties do not have any suggested limitations
8 on discovery imposed by the Federal Rules of Civil Procedure.

9        9.      **Electronic Information.**  The parties do not anticipate special issues relating
10 to the disclosure or discovery of ESI.

11       10.     **Request for Jury Trial.**  No party has requested a jury trial.

12       11.     **Trial.**  Based on the schedule submitted in the Proposed Case Management
13 Order, the parties anticipate that the case would be ready for trial starting on October 29,
14 2021 (roughly three months after the proposed dispositive motions deadline).  The parties
15 estimate trial would take four days.

16       12.     **Expedited Trial Alternative.**  Counsel for Frontier and Menzies certify that
17 they have discussed with their respective clients the expedited trial alternative described in
18 the Court's Order Setting Telephonic Rule 16 Case Management Conference (Doc. 20 at
19 5–6).

20       13.     **Settlement.**  The parties remain optimistic about settlement and believe that
21 the case is suitable either for referral to a United States Magistrate Judge for a settlement
22 conference or for a private mediation.

23       14.     **Modified Procedures.**  None.

24       15.     **Additional Matters.**  None.

25 / / /

26 / / /

27 / / /

28 / / /

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

1    RESPECTFULLY SUBMITTED this 14th day of September, 2020.

2                                              SNELL & WILMER L.L.P.

3
                                        By:  *s/ Adam E. Lang*
4                                            Adam E. Lang
                                             Matt Jarvey
5                                            One Arizona Center
                                             400 E. Van Buren, Suite 1900
6                                            Phoenix, Arizona 85004-2202

7                                            *Attorneys for Plaintiff Frontier Airlines,*
                                             *Inc.*
8

9                                            JONES, SKELTON & HOCHULI,
                                             P.L.C.
10

11                                      By:  *s/ J. Gary Linder (w/permission)*
                                             J. Gary Linder
12                                           40 North Central Avenue, Suite 2700
                                             Phoenix, Arizona 85004
13
                                             *Attorneys for Defendant Menzies*
14                                           *Aviation (USA), Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on September 14, 2020, I electronically transmitted the attached

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

5

6    *s/Kathy Sprinkle*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000