1  J. Gary Linder, Bar #020552
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
3  Telephone:  (602) 263-1700
   Fax:  (602) 200-7883
4  glinder@jshfirm.com

5  Attorneys for Defendant Menzies Aviation
   (USA), Inc.
6

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF ARIZONA**

9  Frontier Airlines, Inc.,                | NO. 2:20-cv-01432-ESW

10                              Plaintiff,  | **DEFENDANT MENZIES AVIATION (USA), INC.'S NOTICE OF SERVICE OF ITS INITIAL DISCLOSURE STATEMENT**

11         v.

12 Menzies Aviation (USA), Inc.,

13                              Defendant.

14

15        Defendant Menzies Aviation (USA), Inc., by and through undersigned

16 counsel, hereby gives notice that it served on October 15, 2020, its Initial Disclosure

17 Statement on all parties via email and U.S. Mail.

18        DATED this 15th day of August 2020.

19                              JONES, SKELTON & HOCHULI, P.L.C.

20

21                              By /s/ J. Gary Linder
                                   J. Gary Linder
22                                 40 North Central Avenue, Suite 2700
                                   Phoenix, Arizona  85004
23                                 Attorneys for Defendant Menzies Aviation
                                   (USA), Inc.
24

25

26

27

28

8843420.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Adam Lang
Matt Jarvey
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
alang@swlaw.com
mjarvey@swlaw.com
Attorney for Plaintiff
Frontier Airlines, Inc.

/s/ Jennifer Bernardo

2

8843420.1