Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
        mjarvey@swlaw.com
*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br> Defendant. | No. 2:20-cv-01432-ESW <br><br> **STIPULATION TO ENTER PROTECTIVE ORDER** |

Pursuant to Rule 26(c), the undersigned parties stipulate and request that the Court enter the Stipulated Protective Order, filed alongside this stipulation. The parties request that the Court enter the Stipulated Protective Order to facilitate the production of documents that contain sensitive business information that one or both parties consider confidential, or that the parties are contractually obliged to maintain as confidential.

4814-7354-1838

DATED this 15th day of October, 2020.

    SNELL & WILMER L.L.P.

    By: *s/ Adam E. Lang*
        Adam E. Lang
        Matt Jarvey
        One Arizona Center
        400 E. Van Buren, Suite 1900
        Phoenix, Arizona 85004-2202

    *Attorneys for Plaintiff Frontier Airlines, Inc.*

    JONES, SKELTON & HOCHULI, P.L.C.

    By: *s/ J. Gary Linder (w/permission)*
        J. Gary Linder
        40 North Central Avenue, Suite 2700
        Phoenix, Arizona 85004

    *Attorneys for Defendant Menzies Aviation (USA), Inc.*

4814-7354-1838

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 s/Kathy Sprinkle

4814-7354-1838