Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
          mjarvey@swlaw.com
*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., | No. 2:20-cv-01432-ESW |
| Plaintiff, | **JOINT REPORT ON SETTLEMENT TALKS** |
| v. | |
| Menzies Aviation (USA), Inc., | |
| Defendant. | |

The parties jointly report that have engaged in good-faith telephonic settlement talks as required under the Court's Case Management Order. Doc. 26 at 5. Upon conferring, counsel for both parties have agreed that a private mediation would be valuable in attempting to resolve this matter, and counsel are presently working to schedule such a mediation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4843-2681-7490

1    DATED this 25th day of November, 2020.

2                                                           SNELL & WILMER L.L.P.

4    By: *s/ Matt Jarvey*
         Adam E. Lang
         Matt Jarvey
         One Arizona Center
         400 E. Van Buren, Suite 1900
         Phoenix, Arizona 85004-2202

     *Attorneys for Plaintiff Frontier Airlines, Inc.*

                                                              JONES, SKELTON & HOCHULI, P.L.C.

     By: *s/ J. Gary Linder (w/permission)*
         J. Gary Linder
         40 North Central Avenue, Suite 2700
         Phoenix, Arizona 85004

     *Attorneys for Defendant Menzies Aviation (USA), Inc.*

4843-2681-7490

1  **CERTIFICATE OF SERVICE**

2      I hereby certify that on November 25, 2020, I electronically transmitted the attached

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

6   *s/Kathy Sprinkle*

4843-2681-7490

- 3 -