Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
        mjarvey@swlaw.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA) Incorporated, <br><br> Defendant. | No. 2:20-cv-01432-ESW <br><br> **PLAINTIFF FRONTIER AIRLINES, INC.'S NOTICE OF SERVICE OF DISCOVERY** |

Plaintiff Frontier Airlines, Inc., hereby gives notice that it served on December 16, 2020, its First Set of Non-Uniform Interrogatories, First Set of Requests for Production of Documents, and First Set of Requests for Admission to Defendant Menzies Aviation (USA) Incorporated via email and U.S. Mail.

DATED this 16th day of December, 2020.

          SNELL & WILMER L.L.P.

          By: *s/Matt Jarvey*
              Adam E. Lang
              Matt Jarvey
              One Arizona Center
              400 E. Van Buren, Suite 1900
              Phoenix, Arizona 85004-2202
              *Attorneys for Plaintiff Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 *s/Kathy Sprinkle*

4844-0467-6052