J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant Menzies Aviation (USA), Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Frontier Airlines, Inc., | NO. 2:20-cv-01432-ESW |
|---|---|
| Plaintiff, | **Defendant Menzies Aviation (USA), Inc.'s Notice of Service of First Set of Interrogatories and First Set of Requests for Production** |
| v. | |
| Menzies Aviation (USA), Inc., | |
| Defendant. | |

Defendant Menzies Aviation (USA), Inc., by and through undersigned counsel, hereby gives notice that it served on January 12, 2021, its First Set of Interrogatories and Fist Set of Requests for Production to Plaintiff's on all parties via email and U.S. Mail.

DATED this 12th day of January 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ J. Gary Linder
J. Gary Linder
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Menzies Aviation (USA), Inc.

9052576.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of January 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Adam Lang
Matt Jarvey
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
alang@swlaw.com
mjarvey@swlaw.com
Attorney for Plaintiff
Frontier Airlines, Inc.

/s/ Jennifer Bernardo

9052576.1