

1  Adam E. Lang (#022545)
   Matt Jarvey (#031350)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  E-Mail: alang@swlaw.com
           mjarvey@swlaw.com
6  *Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Frontier Airlines, Inc., | No. 2:20-cv-01432-ESW |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DISCOVERY DEADLINE** |
| v. | |
| Menzies Aviation (USA), Inc., | **(First Request)** |
| Defendant. | |

Pursuant to Rule 16(b)(4) and LRCiv 7.3, the parties stipulate to and request that the Court enter an order extending the Discovery Deadline from February 26, 2021, to April 23, 2021. Doc. 26 at 2. The parties do not seek to extend the other deadlines in the Case Management Order, and granting the parties' stipulation would not alter or lengthen the ultimate schedule in the case—it would simply allow additional time in the interim to complete necessary discovery tasks.

Good cause exists for the interim extension. The parties have continued to work cooperatively during the discovery process, but they have encountered unanticipated delays in scheduling (largely resulting from the need to coordinate with persons outside of counsel of record and the parties—e.g., national counsel and insurance adjusters), and in locating some witnesses and documents. Moreover, several discovery requests were recently served on January 12, 2021, the responses to which will not be due until shortly before the deadline

4840-8276-9366

1  by which all depositions must be scheduled to begin (February 19, 2021).  *See* Doc. 35.
2  Additional interim time to complete discovery would aid the parties in the orderly and
3  efficient completion of depositions and written discovery responses.  With the brief interim
4  extension requested above, the parties anticipate being able to work resolve these issues
5  such that the ultimate schedule of this matter does not change.

6      The parties have submitted a proposed order with this stipulation.

8      DATED this 13th day of January, 2021.

SNELL & WILMER L.L.P.

By: *s/ Matt Jarvey*
    Adam E. Lang
    Matt Jarvey
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

*Attorneys for Plaintiff Frontier Airlines, Inc.*

JONES, SKELTON & HOCHULI, P.L.C.

By: *s/ J. Gary Linder (w/permission)*
    J. Gary Linder
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona 85004

*Attorneys for Defendant Menzies Aviation (USA), Inc.*

4840-8276-9366

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 s/Kathy Sprinkle

4840-8276-9366