1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE DISTRICT OF ARIZONA

10
11

Frontier Airlines, Inc.,

12

Plaintiff,

13

v.

14

Menzies Aviation (USA), Inc.,

15

Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

No. 2:20-cv-01432-ESW

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DISCOVERY DEADLINE**

Upon considering the parties' Stipulation to Extend Discovery Deadline, and good cause appearing therefor,

IT IS ORDERED granting the parties' stipulation.  The Discovery Deadline is extended until April 23, 2021.  All other deadlines in the Case Management Order (Doc. 26) remain in place.