# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>　　　　　Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

The Court has considered the parties' Stipulation to Extend Discovery Deadline (Doc. 36). Good cause appearing,

IT IS ORDERED granting the Stipulation to Extend Discovery Deadline (Doc. 36).

IT IS FURTHER ORDERED that all discovery must be completed on or before **April 23, 2021**. The remainder of the Joint Rule 16 Case Management Order (Doc. 26) is affirmed.

Dated this 14th day of January, 2021.

　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge