Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
        mjarvey@swlaw.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>　　　　Defendant. | No. 2:20-cv-01432-ESW<br><br>**PLAINTIFF FRONTIER AIRLINES, INC.'S NOTICE OF SERVICE OF ITS SECOND SUPPLEMENTAL DISCLOSURE STATEMENT** |

Plaintiff Frontier Airlines, Inc., by and through undersigned counsel, hereby gives notice that it served on January 25, 2021, its Second Supplemental Disclosure Statement on all parties via email and U.S. Mail.

DATED this 25th day of January, 2021.

　　　　　　　　　　　　　　　　SNELL & WILMER L.L.P.

　　　　　　　　　　　　　By: *s/Matt Jarvey*
　　　　　　　　　　　　　　　Adam E. Lang
　　　　　　　　　　　　　　　Matt Jarvey
　　　　　　　　　　　　　　　One Arizona Center
　　　　　　　　　　　　　　　400 E. Van Buren, Suite 1900
　　　　　　　　　　　　　　　Phoenix, Arizona 85004-2202
　　　　　　　　　　　　　　　*Attorneys for Plaintiff Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.


 *s/Kathy Sprinkle*
4843-3735-7017