Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
        mjarvey@swlaw.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>    Defendant. | No. 2:20-cv-01432-ESW<br><br>**PLAINTIFF FRONTIER AIRLINES, INC.'S NOTICE OF SERVICE OF ITS THIRD SUPPLEMENTAL DISCLOSURE STATEMENT** |

Plaintiff Frontier Airlines, Inc., by and through undersigned counsel, hereby gives notice that it served on February 10, 2021, its Third Supplemental Disclosure Statement on all parties via email and U.S. Mail.

DATED this 10th day of February, 2021.

            SNELL & WILMER L.L.P.

            By: *s/Matt Jarvey*
               Adam E. Lang
               Matt Jarvey
               One Arizona Center
               400 E. Van Buren, Suite 1900
               Phoenix, Arizona 85004-2202
               *Attorneys for Plaintiff Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 *s/Kathy Sprinkle*
4850-6706-3772