J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant Menzies Aviation (USA), Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br> Defendant. | NO. 2:20-cv-01432-ESW <br><br> **Defendant Menzies Aviation (USA), Inc.'s Notice of Service of their Supplemental Responses to Plaintiff's First Set of Interrogatories** |

Defendant Menzies Aviation (USA), Inc., by and through undersigned counsel, hereby gives notice that it served on February 11, 2021, its Notice of Service of Defendant's Supplemental Responses to Plaintiff's First Set of Interrogatories on all parties via email and U.S. Mail.

DATED this 11th day of February 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ J. Gary Linder
J. Gary Linder
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Menzies Aviation (USA), Inc.

9139080.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Adam Lang
Matt Jarvey
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
alang@swlaw.com
mjarvey@swlaw.com
Attorney for Plaintiff
Frontier Airlines, Inc.

/s/ Jennifer Bernardo

9139080.1