Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
         mjarvey@swlaw.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>  Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>  Defendant. | No. 2:20-cv-01432-ESW<br><br>**PLAINTIFF FRONTIER AIRLINES, INC.'S NOTICE OF SERVICE OF ITS RESPONSES TO DEFENDANT'S FIRST SET OF NON-UNIFORM INTERROGATORIES AND FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Plaintiff Frontier Airlines, Inc., by and through undersigned counsel, hereby gives notice that it served on February 19, 2021, its Responses to Defendant's Interrogatories and Requests for Production of Documents on all parties via email and US Mail.

DATED this 19th day of February, 2021.

SNELL & WILMER L.L.P.

By: *s/Matt Jarvey*
    Adam E. Lang
    Matt Jarvey
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202
    *Attorneys for Plaintiff Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 *s/Kathy Sprinkle*
4827-4364-6685