J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant Menzies Aviation (USA), Inc.

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Frontier Airlines, Inc., | NO. 2:20-cv-01432-ESW |
|---|---|
| Plaintiff, | **Notice of Deposition of James Mach** |
| v. | |
| Menzies Aviation (USA), Inc., | |
| Defendant. | |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Menzies Aviation (USA) Inc. ("Menzies"), by and through its attorneys of record, will take the deposition upon oral examination of James Mach before a Notary Public or other officer authorized by the laws of the State of Arizona to administer oaths **via Zoom or other remote videoconferencing technology** on **April 6, 2021, commencing at 11:00 a.m. E.S.T./9:00 a.m. M.S.T.**, and continuing thereafter from day to day until completion.

    PLEASE TAKE FURTHER NOTICE that pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, the deponent is required to bring to the deposition originals, or if originals are not available, copies of any books, papers, records, statements, and photographs relating to the above-captioned matter.

9187263.1

DATED this 8th day of March 2021.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ J. Gary Linder
J. Gary Linder
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Menzies Aviation (USA), Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Adam Lang
Matt Jarvey
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
alang@swlaw.com
mjarvey@swlaw.com
Attorney for Plaintiff
Frontier Airlines, Inc.

Seymour Reporting Services
office@srsreporting.com

/s/ Jennifer Bernardo

9187263.1