1  J. Gary Linder, Bar #020552
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
3  Telephone:  (602) 263-1700
   Fax:  (602) 200-7883
4  glinder@jshfirm.com

5  Attorneys for Defendant Menzies Aviation
   (USA), Inc.
6

7              **UNITED STATES DISTRICT COURT**

8                  **DISTRICT OF ARIZONA**

9  Frontier Airlines, Inc.,                    NO. 2:20-cv-01432-ESW

10                              Plaintiff,      **Notice of Deposition of Sharath
                                               Sashikumar**
11           v.

12 Menzies Aviation (USA), Inc.,

13                             Defendant.

14

15 TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

16          PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of

17 Civil Procedure, Defendant Menzies Aviation (USA) Inc. ("Menzies"), by and through its

18 attorneys of record, will take the deposition upon oral examination of Sharath Sashikumar

19 before a Notary Public or other officer authorized by the laws of the State of Arizona to

20 administer oaths **via Zoom or other remote videoconferencing technology on April 9,**

21 **2021, commencing at 11:00 a.m. E.S.T./9:00 a.m. M.S.T.,** and continuing thereafter

22 from day to day until completion.

23          PLEASE TAKE FURTHER NOTICE that pursuant to Rules 26 and 34 of

24 the Federal Rules of Civil Procedure, the deponent is required to bring to the deposition

25 originals, or if originals are not available, copies of any books, papers, records,

26 statements, and photographs relating to the above-captioned matter.

27

28

9187556.1

1    DATED this 8th day of March 2021.

2                                           JONES, SKELTON & HOCHULI, P.L.C.

3

4                                           By /s/ J. Gary Linder
5                                              J. Gary Linder
                                               40 North Central Avenue, Suite 2700
6                                              Phoenix, Arizona  85004
                                               Attorneys for Defendant Menzies Aviation
7                                              (USA), Inc.

8                          **CERTIFICATE OF SERVICE**

9            I hereby certify that on this 8th day of March 2021, I caused the foregoing

10   document to be filed electronically with the Clerk of Court through the CM/ECF System

11   for filing; and served on counsel of record via the Court's CM/ECF system.

12

13   Adam Lang
     Matt Jarvey
14   SNELL & WILMER L.L.P.
15   One Arizona Center
     400 E. Van Buren, Suite 1900
16   Phoenix, AZ 85004-2202
17   alang@swlaw.com
     mjarvey@swlaw.com
18   Attorney for Plaintiff
     Frontier Airlines, Inc.
19
     Seymour Reporting Services
20   office@srsreporting.com

21

22
     /s/ Jennifer Bernardo
23

24

25

26

27

28

                                  2

9187556.1