1  J. Gary Linder, Bar #020552
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
3  Telephone:  (602) 263-1700
   Fax:  (602) 200-7883
4  glinder@jshfirm.com

5  Attorneys for Defendant Menzies Aviation
   (USA), Inc.
6

7                  **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF ARIZONA**

9  Frontier Airlines, Inc.,                | NO. 2:20-cv-01432-ESW
10                          Plaintiff,      | **Notice of Deposition of Eli Sanchez**
11         v.
12 Menzies Aviation (USA), Inc.,
13                          Defendant.
14

15 TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

16         PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of
17 Civil Procedure, Defendant Menzies Aviation (USA) Inc. ("Menzies"), by and through its
18 attorneys of record, will take the deposition upon oral examination of Eli Sanchez before a
19 Notary Public or other officer authorized by the laws of the State of Arizona to administer
20 oaths **via Zoom or other remote videoconferencing technology on April 7, 2021,**
21 **commencing at 10:00 a.m. E.S.T./8:00 a.m. M.S.T.,** and continuing thereafter from day
22 to day until completion.
23         PLEASE TAKE FURTHER NOTICE that pursuant to Rules 26 and 34 of
24 the Federal Rules of Civil Procedure, the deponent is required to bring to the deposition
25 originals, or if originals are not available, copies of any books, papers, records,
26 statements, and photographs relating to the above-captioned matter.
27
28
   9188200.1

   9188200.1

DATED this 10th day of March 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ J. Gary Linder
J. Gary Linder
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Menzies Aviation (USA), Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Adam Lang
Matt Jarvey
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
alang@swlaw.com
mjarvey@swlaw.com
Attorney for Plaintiff
Frontier Airlines, Inc.

Seymour Reporting Services
office@srsreporting.com


/s/ Jennifer Bernardo

9188200.1

2

9188200.1