J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant Menzies Aviation
(USA), Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>                                    Plaintiff,<br><br>        v.<br><br>Menzies Aviation (USA), Inc.,<br><br>                                    Defendant. | NO. 2:20-cv-01432-ESW<br><br>**Amended Notice of Deposition of Sharath Sashikumar** |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

        PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Menzies Aviation (USA) Inc. ("Menzies"), by and through its attorneys of record, will take the deposition upon oral examination of Sharath Sashikumar before a Notary Public or other officer authorized by the laws of the State of Arizona to administer oaths **via Zoom or other remote videoconferencing technology on April 9, 2021, commencing at 1:00 p.m. E.S.T./10:00 a.m. M.S.T.,** and continuing thereafter from day to day until completion.

        PLEASE TAKE FURTHER NOTICE that pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, the deponent is required to bring to the deposition originals, or if originals are not available, copies of any books, papers, records, statements, and photographs relating to the above-captioned matter.

9213895.1

1    DATED this 10th day of March 2021.

2                                        JONES, SKELTON & HOCHULI, P.L.C.

3

4                                        By /s/ J. Gary Linder
                                            J. Gary Linder
5                                           40 North Central Avenue, Suite 2700
                                            Phoenix, Arizona  85004
6                                           Attorneys for Defendant Menzies Aviation
                                            (USA), Inc.
7

8                            **CERTIFICATE OF SERVICE**

9            I hereby certify that on this 10th day of March 2021, I caused the foregoing

10   document to be filed electronically with the Clerk of Court through the CM/ECF System

11   for filing; and served on counsel of record via the Court's CM/ECF system.

12

13   Adam Lang
     Matt Jarvey
14   SNELL & WILMER L.L.P.
     One Arizona Center
15   400 E. Van Buren, Suite 1900
     Phoenix, AZ 85004-2202
16   alang@swlaw.com
     mjarvey@swlaw.com
17   Attorney for Plaintiff
     Frontier Airlines, Inc.
18
     Seymour Reporting Services
19   office@srsreporting.com
20

21

22

23   /s/ Jennifer Bernardo

24

25

26

27

28

                                            2

9213895.1