J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant Menzies Aviation
(USA), Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Frontier Airlines, Inc., | NO. 2:20-cv-01432-ESW |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND DEADLINES** |
| v. | (Second Request) |
| Menzies Aviation (USA), Inc., | |
| Defendant. | |

Pursuant to Rule 16(b)(4) and LRCiv 7.3, the parties stipulate to and request the Court enter an order extending the Expert Opinion Disclosure Deadline from March 26, 2021 to May 24, 2021, the Expert Rebuttal deadline to June 30, 2021, the deadline to depose expert witnesses to July 30, and the deadline to file dispositive motions to September 30.

Good cause exists for the extension of these deadlines. The parties stipulated (and this Court granted) to extend the discovery deadline from February 26, 2021 to April 23, 2021. Accordingly, the parties are requesting a similar extension of other relevant deadlines. The parties are in the process of completing discovery, including the deposition of 6 witnesses, some of which are out of state. Moreover, several additional discovery requests have been recently served on March 9. The discovery being completed at this time is relevant to the expert opinions in this matter.

The original Case Management order called for the disclosure of expert

9254295.1

opinion to take place 60 days after the discovery deadline.   This stipulation is simply a request for the Court to move the current deadlines for expert disclosures, rebuttal expert disclosures, depositions of experts and dispositive motion deadlines consistent with the 60 day extension of the discovery deadline.

The parties have submitted a proposed order with this stipulation.

DATED this 25th day of March 2021

SNELL & WILMER, L.L.P.                    JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Matt Jarvey (with permission)      By /s/ J. Gary Linder
    Adam Lang                                 J. Gary Linder
    Matt Jarvey                               40 North Central Avenue, Suite 2700
    One Arizona Center                        Phoenix, Arizona  85004
    400 E. Van Buren, Site 1900               Attorneys for Defendant Menzies
    Phoenix, AZ 85004-2202                    Aviation (USA), Inc.
    Attorney for Plaintiff
    Frontier Airlines, Inc

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Jennifer Bernardo

9254295.1