# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br> Defendant. | NO. 2:20-cv-01432-ESW <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINES** |

Upon considering the parties' Stipulation to Extend Deadlines, and good cause appearing therefor,

IT IS ORDERED granting the parties' stipulation:

The Deadline to Disclose Expert Opinions has been extended to May 24, 2021.

The Deadline to Disclose Rebuttal Expert Opinions has been extended to June 30, 2021.

The Deadline to Depose Expert Witnesses has been extended to July 30, 2021.

The Deadline for the filing of Dispositive Motions has been extended to September 30, 2021.

9254428.1

1 | DATED this _____ day of March 2021.
2 | .
3 |
4 |
5 | _____
Honorable Eileen S. Willett
United States Magistrate Judge

9254428.1