1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>　　　　　Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

　　　　The Court has considered the parties' Stipulation to Extend Deadlines (Doc. 53). Good cause appearing,

　　　　IT IS ORDERED granting the Stipulation to Extend Deadlines (Doc. 53).

　　　　IT IS FURTHER ORDERED extending deadlines as follows:

| | |
|---|---|
| Expert disclosures | **May 24, 2021** |
| Rebuttal expert disclosures | **June 30, 2021** |
| Expert depositions | **July 30, 2021** |
| Dispositive motions | **September 30, 2021** |

The remainder of the Joint Rule 16 Case Management Order (Doc. 26) is affirmed.

Dated this 26th day of March, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge