# Exhibit A

J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 263-1700
Fax: (602) 200-7883
glinder@jshfirm.com

*Attorney for Defendant*
*MENZIES AIRLINES (USA) INC.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

-----------------------------------------------------------x
FRONTIER AIRLINES, INC.,                      :

                                Case No. 2:20 CV 01432 (ESW)

              *Plaintiff*,       :

                            **[PROPOSED] ORDER**
     - against -            :    **EXTENDING DISCOVERY**
                            **DEADLINES**
                           :

MENZIES AVIATION (USA), INC.,
                           :

            *Defendant*.
-----------------------------------------------------------x

Upon considering Defendant MENZIES AVATION (USA), INC.'s Motion for Extension of Discovery Deadlines, and good cause appearing therefor, IT IS ORDERED that Defendant MENZIES AVIATION (USA), INC.'s request for adjournment of the deadlines for fact discovery, expert discovery, and dispositive motions be granted as follows:

The Deadline to Complete Fact Discovery has been extended to June 23, 2021.

The Deadline to Disclose Expert Opinions has been extended to July 26, 2021.

The Deadline to Disclose Rebuttal Expert Opinions has been extended to Aug. 30, 2021.

The Deadline to Depose Expert Witnesses has been extended to Sept. 30, 2021.

The Deadline to file Dispositive Motions has been extended to Nov. 30, 2021.

1

1 | Dated this _____ day of _____ 2021

_____
Honorable Eileen S. Willett
United States Magistrate Judge