Exhibit D

Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
          mjarvey@swlaw.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., | No. 2:20-cv-01432-ESW |
| Plaintiff, | **PLAINTIFF FRONTIER AIRLINES, INC.'S THIRD SUPPLEMENTAL DISCLOSURE STATEMENT** |
| v. | |
| Menzies Aviation (USA) Incorporated, | |
| Defendant. | |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Frontier Airlines, Inc. ("Plaintiff" or "Frontier") makes the following **Third** Supplemental Disclosure Statement based on the information reasonably available to Plaintiff as of the date hereof. Updates to this disclosure are noted in "**bold**" font. Plaintiff reserves the right, pursuant to the Federal Rules of Civil Procedure, to supplement and/or amend these disclosures as discovery progresses in this action and based on additional information that Plaintiff learns in this action, including, without limitation, any information Plaintiff learns relating to the nature of the claims at issue in this litigation, any information Plaintiff learns relating to Defendant's defenses and contentions, and/or any information Plaintiff learns relating to any other issue relevant to this case.

By making these disclosures, Plaintiff does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Plaintiff's disclosures

are a good faith effort to identify information that it reasonably believes at this time it may use to support its claims or defenses, as required by Rule 26(a)(1).

Plaintiff's disclosures are made without in any way waiving: (1) the right to object on the grounds of competency, privilege, work-product doctrine, relevancy and materiality, undue burden, or any other proper ground, or to the use of any such information for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action; (2) the right to object on any and all grounds, at any time, to any discovery request or proceeding involving or relating to the subject matter of these disclosures; and/or (3) the right to seek protection under any Protective Order adopted by the Court.  By making these initial disclosures, Plaintiff does not in any way assume the burden of establishing the absence of a claim or defense for which Defendant bears the burden of affirmative proof.

All of the disclosures set forth below are made subject to the above objections and qualifications.

**I.     THE NAME AND, IF KNOWN, THE ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION—ALONG WITH THE SUBJECTS OF THAT INFORMATION—THAT THE DISCLOSING PARTY MAY USE TO SUPPORT ITS CLAIMS OR DEFENSES.**

Subject to the above, Frontier states that the following individuals are likely to have discoverable information that it may use to support its claims, including but not limited to the following information:

1.     **Frontier Airlines, Inc.**, c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone: 602.382.6000.  Representative(s) of Frontier is/are likely to have information that Frontier may use to support its claims, including information pertaining to Frontier's claims in this action, the relevant contracts between the parties, the incident at issue in the lawsuit, the damages Frontier suffered as a result of Menzies' conduct, and communications between Frontier and Menzies and Menzies' insurance adjuster regarding the foregoing.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

2.  **Carl Sykes**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone: 602.382.6000.  Mr. Sykes is a senior treasury analyst for Frontier and has information that Frontier may use to support its claims, including information pertaining to Frontier's claims in this action, the relevant contracts between the parties, the incident at issue in the lawsuit, the damages Frontier suffered as a result of Menzies' conduct, and communications between Frontier and Menzies and Menzies' insurance adjuster regarding the foregoing.  Specifically, Mr. Sykes has information about his collection of information and documents evidencing Menzies's damage to the aircraft at issue in this case—including various reports, communications, and invoices—and his transferring that information to Menzies as part of Frontier making a claim against Menzies to compensate it for the damages caused.  He also has information about the process that Frontier uses to investigate incidents like the one at issue in this case, as well as the forms and documentation used to record information about such incidents.  He has information about his follow-up communications with Menzies and/or its insurer after submitting Frontier's damage claim to Menzies.

3.  **Jake Filene**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone: 602.382.6000.  Mr. Filene is the SVP of Customers for Frontier and is likely to have information that Frontier may use to support its claims, including information pertaining to Frontier's claims in this action, the relevant contracts between the parties, the incident at issue in the lawsuit, the damages Frontier suffered as a result of Menzies' conduct, and communications between Frontier and Menzies and Menzies' insurance adjuster regarding the foregoing.

4.      **Graham Gunner**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone:  602.382.6000.  Mr. Gunner was a regional manager for Frontier at the time of the incident that is at issue in the lawsuit and **has** information that Frontier may use to support its claims, including information pertaining to the incident at issue in the lawsuit, Frontier's investigation of the incident, and the damages Frontier suffered as a result of the incident. Specifically, Mr. Gunner has information about his communications with Menzies personnel before and after the incident at issue in this case.  In those communications, Mr. Gunner discussed the need to have only trained Menzies' personnel working on Frontier aircraft, and he warned Menzies of the risks of using untrained personnel—including the risks of damaging an aircraft—in the weeks leading up to the incident at issue.  He has information about his discovery of untrained Menzies' personnel working on Frontier aircraft before and after the incident.  He has information about his communications with Menzies' personnel—including those directly responsible for causing and investigating the damage at issue here—following the incident.  In those communications, Menzies personnel acknowledged that Menzies' employee Shantell Jordan caused the damage to the Frontier aircraft at issue, and that Mr. Jordan was not properly trained to operate the belt loader that he was operating when he caused the damage (and that Mr. Jordan's job was to clean the interior of aircraft).  Mr. Gunner has information about his conversations with Menzies' employees David Yanez, Shantell Jordan, **and** Robert Lammon concerning the incident, as well as any statement and reports those Menzies' employees made or drafted.  Mr. Gunner has information regarding his role in Frontier's investigations process, as well as follow-up calls about the incident that he participated in with both Frontier and Menzies' employees.  Mr. Gunner has information about the training, policies, protocol,

and work standards that Menzies was required to abide by to perform work for Frontier. Mr. Gunner has information about his review of Shantell Jordan's training records. Mr. Gunner has information about Frontier's process for confirming the reliability of its ground equipment (e.g., belt loaders). He also has information regarding and penalties he issued to Menzies as a result of the incident at issue.

5.  **Menzies Aviation (USA) Inc.**, c/o Jones, Skelton & Hochuli, P.L.C., 40 North Central Avenue, Suite 2700, Phoenix, Arizona 85004, Telephone: 602.263.1700. Representative(s) of Menzies is or are likely to have information that Frontier may use to support its claims, including information pertaining to the relevant contracts between the parties, the incident at issue in the lawsuit, Frontier's and Menzies' investigation of the incident, the damages Frontier suffered as a result of the incident, Menzies' and/or its insurance carrier's failure to reimburse Frontier for its damages, losses, liabilities, and costs and expenses arising or resulting from the incident, and communications between Menzies and Frontier and Menzies and Menzies' insurance adjuster regarding the foregoing.

6.  **John Redmond**, Menzies (USA), Inc. c/o Jones, Skelton & Hochuli, P.L.C., 40 North Central Avenue, Suite 2700, Phoenix, Arizona 85004, Telephone: 602.263.1700. Upon information and belief, Mr. Redmond is the Executive Vice President Americas for Menzies (USA), Inc. and is likely to have information that Frontier may use to support its claims, including information pertaining to the relevant contracts between the parties, the incident at issue in the lawsuit, the damages Frontier suffered as a result of Menzies' conduct, and communications between Menzies and Frontier and Menzies and Menzies' insurance adjuster regarding the foregoing.

7.  **David Yanez**, Menzies (USA), Inc. c/o Jones, Skelton & Hochuli, P.L.C., 40 North Central Avenue, Suite 2700, Phoenix, Arizona 85004, Telephone:

602.263.1700.  Upon information and belief, Mr. Yanez worked for Menzies at the time of the incident at issue in the lawsuit and prepared the incident investigation report.  Mr. Yanez is likely to have information that Frontier may use to support its claims, including information pertaining to the incident, Frontier's and/or Menzies' investigation of the incident, the damages Frontier suffered as a result of the incident, and communications between Menzies and Frontier and Menzies and Menzies' insurance adjuster regarding the foregoing.

8.   **Shantell Jordan**, Menzies (USA), Inc. c/o Jones, Skelton & Hochuli, P.L.C., 40 North Central Avenue, Suite 2700, Phoenix, Arizona 85004, Telephone: 602.263.1700.  Upon information and belief, Mr. Jordan worked for Menzies at the time of the incident that is at issue in the lawsuit and was the operator involved in the incident.  Mr. Jordan is likely to have information that Frontier may use to support its claims, including information pertaining to the incident, Frontier's and/or Menzies' investigation of the incident, and the damages Frontier suffered as a result of the incident.

9.   **Robert Lammon**, Menzies (USA), Inc. c/o Jones, Skelton & Hochuli, P.L.C., 40 North Central Avenue, Suite 2700, Phoenix, Arizona 85004, Telephone: 602.263.1700.  Upon information and belief, Mr. Lammon worked for Menzies at the time of the Incident and was the Menzies supervisor who witnessed the incident at issue in the lawsuit.  Mr. Lammon is likely to have information that Frontier may use to support its claims, including information pertaining to the incident, Frontier's and/or Menzies' investigation of the incident, and the damages Frontier suffered as a result of the incident.

10.   **Peter J. McBreen & Associates, Inc.**, 209 W. Jackson Blvd., Suite 900, Chicago, IL 60606, Telephone: 312-422-1156.  McBreen is Menzies' insurance adjuster and its representatives are likely to have information that Frontier may use to support its claims, including information pertaining to the

incident at issue in the lawsuit, Frontier's investigation of the incident, the damages Frontier suffered as a result of the incident, and Menzies' and/or its insurance carrier's failure to reimburse Frontier for its damages, losses, liabilities, and costs and expenses arising or resulting from the incident.

11.    **Richard Mikla**, Peter J. McBreen & Associates, Inc., 209 W. Jackson Blvd., Suite 900, Chicago, IL 60606, Telephone: 312-422-1156.  Mr. Mikla works for McBreen, Menzies' insurance adjuster, and is likely to have information that Frontier may use to support its claims, including information pertaining to the incident at issue in the lawsuit, Frontier's investigation of the incident, the damages Frontier suffered as a result of the incident, Menzies' and/or its insurance carrier's failure to reimburse Frontier for its damages, losses, liabilities, and costs and expenses arising or resulting from the incident, and communications between and with Menzies and Frontier regarding the foregoing.

12.    **Sharath Sashikumar**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone:  602.382.6000.  Mr. Sashikumar is a Treasury Manager at Frontier, and he has information related to the lease that governed the Frontier aircraft at issue, including the terms that governed the return of the leased aircraft to the lessor, and the extra costs Frontier incurred in the lease-return process due to the damage to the aircraft.  He has information about the process that an aircraft must undergo before it is to be returned to a lessor under an aircraft lease, and the delay in returning the aircraft at issue because repairs had to be completed, which then delayed the return of the aircraft.  Mr. Sashikumar has information related to his communications with the aircraft's lessor regarding the lease-return process.  He has information regarding Frontier's involvement of Airbus and PEMCO to assist in diagnosing and remedying the aircraft damage at issue.

13. **Thomas Schmitt**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone: 602.382.6000.  Mr. Schmitt is a Quality Control Auditor at Frontier, and he has information regarding Frontier's process in responding to and investigating an aircraft damage report.  He has information about the alert system that Frontier has in place to alert relevant personnel to an aircraft-damage incident, his inclusion in that system regarding the incident at issue, and Frontier's response to the aircraft damage at issue in this case—including follow-up communications between Frontier and Menzies in which he participated.  He has information about his role in gathering and storing documentation gathered as part of Frontier's investigation procedure.

14. **Kathy Miller**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone:  602.382.6000.  Ms. Miller is the Director of Airport Customer Service at Frontier, and she has information regarding Frontier's process in responding to and investigating an aircraft damage report.  She has information about the alert system that Frontier has in place to alert relevant personnel to an aircraft-damage incident, her inclusion in that system regarding the incident at issue, and Frontier's response to the aircraft damage at issue in this case—including follow-up communications between Frontier and Menzies in which she participated.

15. **Alan Guthals**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone:  602.382.6000.  Mr. Guthals is a Senior Manager in Frontier's accounting department, and he has information regarding Frontier's receipt and payment of the invoices related to the damages at issue in this case.

16.     **James Mach**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone:  602.382.6000.  Mr. Mach is the Director of Maintenance for Frontier, and he has information regarding the nature and extent of the damage done to the Frontier aircraft at issue, as well as the costs associated with that damage.  Mr. Mach has information about his inspection of the aircraft damage, and the process that Frontier used to remedy the damage.  He has information about the invoices that Frontier received and paid related to the aircraft damage.  He also has information related to the extra lease costs that Frontier incurred as a result of the aircraft damage.  He has information about the process that an aircraft must undergo before it is to be returned to a lessor under an aircraft lease, and the delay in returning the aircraft at issue because repairs had to be completed, which then delayed the return of the aircraft.  Mr. Mach has information related to his communications with the aircraft's lessor regarding the lease-return process.  He has information regarding Frontier's involvement of Airbus and PEMCO to assist in diagnosing and remedying the aircraft damage at issue.

17.     **Tim Polgar**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone:  602.382.6000.  Mr. Polgar is Frontier's Director of Ground Handling Contracts, and he has information about the ground handling contracts that governed Frontier's relationship with Menzies at the Phoenix Sky Harbor International Airport, including the relevant terms of those contracts related to this case.  He has information about the nature and duration of Frontier's relationship with Menzies, the scope of the work that Menzies performed for Frontier, and communications he has had with Menzies' personnel about the services at Phoenix Sky Harbor.

18. **Shawn Christensen**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone:  602.382.6000.  Mr. Christensen is Frontier's Chief Pilot, and he has information related to Frontier's flight operations costs that resulted from the aircraft damage at issue, including costs associated with ferrying the aircraft to the applicable location for repairs, pilot costs related to the delays caused by the damage and time spent ferrying the aircraft, costs of fuel to ferry the aircraft to the repair location, and the costs to replace members of the flight crew who had "timed out" of service due to the delays caused by the damage.  Mr. Christensen was involved in analyzing and documenting the flight operations costs that were ultimately submitted to Menzies.

19. **Kari Thompson**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone:  602.382.6000.  Ms. Thompson is a former Manager for Regional Inflight Services at Frontier, and she has information related to Frontier's flight operations costs that resulted from the aircraft damage at issue, including costs associated with hotel/per diem accommodations for Frontier's flight crew.  Ms. Thompson was involved in analyzing and documenting these costs, which were ultimately submitted to Menzies.

20. **Ryan Earl**, Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone:  602.382.6000.  Mr. Earl was employed in Frontier's Security Operations Center.  He has information about receiving information about the aircraft incident at issue and initiating a notification system that alerts others to the incident**.**

21. **Elias Sanchez, former Frontier Airlines, Inc., c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona**

**85004-2202, Telephone: 602.382.6000. Mr. Sanchez is a former mechanic for Frontier, and he witnessed Menzies damage the aircraft at issue in this case. He has information about his being called to assist in moving the aircraft at issue. Specifically, Mr. Sanchez was called to assist in moving the aircraft, and as he approached the aircraft, from approximately 80 feet away, he saw a Menzies employee run a belt loader into the aircraft's side, damaging the aircraft. He has information about witnessing the incident and reporting what he saw.**

22. **Robert Fanning, Frontier Airlines, Inc. , c/o Snell & Wilmer L.L.P., One Arizona Center, 400 E. Van Buren, Suite 1900, Phoenix, Arizona 85004-2202, Telephone: 602.382.6000. Mr. Fanning is Senior Director, Fleet & Strategic Sourcing, for Frontier. He has information about the lease-return process for the aircraft at issue, including its late return due to the fact that Menzies had damaged the aircraft, the lease penalty payments that Frontier incurred due to the damage Menzies caused to the aircraft, and the relevant provisions of the lease.**

23. Any witness identified by any other party to this action.

24. Any witness identified during the scope of discovery or through documents produced in this action.

25. Any person necessary to produce, identify, or authenticate any document.

26. Witnesses necessary for rebuttal or impeachment.

II. **A COPY—OR A DESCRIPTION BY CATEGORY AND LOCATION—OF ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND TANGIBLE THINGS THAT THE DISCLOSING PARTY HAS IN ITS POSSESSION, CUSTODY, OR CONTROL, AND MAY USE TO SUPPORT ITS CLAIMS AND DEFENSES.**

Without conceding admissibility and without waiver of any applicable privileges or protections, Frontier identifies the following documents that it may use to support its claims in this matter:

Snell & Wilmer

L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

|  | Description | Bates No. |
|---|---|---|
| 1. | International Air Transport Association, AHM 810, Standard Ground Handling Agreement (effective 1 Jan. 2013) (Main Agreement and Annex A) | FRONTIER 000001-000053<br><br>*Confidential – Subject to Protective Order* |
| 2. | Standard Ground Handling Agreement – Simplified Procedure, Annex B8.0 – Location(s), Agreed Services and Charges (effective Jan. 1, 2018) | FRONTIER 000054-000078<br><br>*Confidential – Subject to Protective Order* |
| 3. | Frontier Claim Packet for Incident 2018-09 re:  Aircraft N947FR, including costs incurred by Frontier | FRONTIER 000079-000125<br><br>*Confidential – Subject to Protective Order* |
| 4. | Final Billing Sheet N947FR – DPI | FRONTIER 000126-000130<br><br>*Confidential – Subject to Protective Order* |
| 5. | Airbus Sales Agreement (dated April 13, 2018) | FRONTIER 000131-000133<br><br>*Confidential – Subject to Protective Order* |
| 6. | Amended and Restated Aircraft Lease Agreement (dated June 22, 2006) | FRONTIER 000134-000426<br><br>*Confidential – Subject to Protective Order* |
| 7. | Communications between Frontier Airlines, Inc. and Menzies Aviation (USA) Inc. regarding the Incident | FRONTIER 000427-000475<br><br>FRONTIER 000548-000566<br><br>FRONTIER 000577-620<br><br>FRONTIER 000624-632<br><br>*Confidential – Subject* |

| | Description | Bates No. |
|---|---|---|
| | | *to Protective Order* |
| 8. | Communications between Frontier Airlines, Inc. and McBreen regarding the Incident | FRONTIER 000476-000545<br><br>*Confidential – Subject to Protective Order* |
| 9. | Communications amongst Frontier personnel regarding the Incident | FRONTIER 000546-000547<br><br>FRONTIER 000567-000576<br><br>FRONTIER 000621-623;<br><br>FRONTIER 000633-668<br><br>**FRONTIER000682-731**<br><br>*Confidential – Subject to Protective Order* |
| 10. | Communications amongst Frontier and Airbus regarding the Incident | FRONTIER 000669-679 |
| 11. | Airbus and PEMCO Invoices | FRONTIER 000680-681 |
| **12.** | **June 22, 2006 Certificate of Technical Acceptance** | **FRONTIER 000732-734** |
| **13.** | **Frontier – Background and Incident Details re N947FR Aircraft Damage on 4/1/2018 created by Captain Shawn Christensen, Chief Pilot** | **FRONTIER 000735-741** |
| **14.** | **Shift Log Information** | **FRONTIER 000742-745** |
| **15.** | **Root Cause and Correction Action re N947FR aircraft damage on 4/1/18** | **FRONTIER 000746-** |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

|     | Description | Bates No. |
| --- | --- | --- |
| 16. | 4/1/28 MIR3 Report re N947FR aircraft damage | **FRONTIER 000747-751** |
| 17. | Notes associated with N947FR aircraft damage on 4/1/18 | **FRONTIER 000752-754** |
| 18. | 07/01/31 - 07/31/18 Bank of America Merrill Lynch Frontier Airlines Operating Account Statement | **FRONTIER 000755-800** |
| 19. | 08/01/18 - 8/31/18 Bank of America Merrill Lynch Frontier Airlines Operating Account Statement | **FRONTIER 000801-854** |
| 20. | 02/01/19 – 02/28/19 Bank of America Merrill Lynch Frontier Airlines Operating Account Statement | **FRONTIER 000855-902** |
| 21. | Screen Shots showing payments by Frontier Airlines to Airbus and PEMCO | **FRONTIER 000903-908** |
| 22. | Frontier Airlines log showing payments to Airbus | **FRONTIER 000909-913** |
| 23. | N947FR Spreadsheet of Cost estimates associated with to N947FR aircraft | **FRONTIER 000914-918** |
| 24. | Any document identified or produced by any other party in this action | |
| 25. | Documents in any pleadings or materials filed in this case | |
| 26. | Any document necessary for rebuttal or impeachment | |

Frontier is producing the documents identified in its Initial Disclosure Statement and listed above via a Mimecast or ShareFile link.

### III. A COMPUTATION OF EACH CATEGORY OF DAMAGES CLAIMED BY THE DISCLOSING PARTY—WHO MUST ALSO MAKE AVAILABLE FOR INSPECTION AND COPYING UNDER RULE 34 THE DOCUMENTS OR OTHER EVIDENTIARY MATERIAL, UNLESS PRIVILEGED OR PROTECTED FROM DISCLOSURE, ON WHICH EACH COMPUTATION IS BASED, INCLUDING MATERIALS BEARING ON THE NATURE AND EXTENT OF THE INJURIES SUFFERED.

Frontier's damages continue to accrue, and it reserves the right to supplement this disclosure accordingly. At this time and without waiver of its right to further amend or supplement this description and computation of damages, Frontier identifies the following categories and amounts of damages:

| Item | Amount | Citation | Description |
|---|---|---|---|
| **Flight Operations Costs** | | | |
| Pilot and fuel costs | $16,464.32 | **FRONTIER 95–96, 722–729, 914** | Frontier had to re-route aircraft to substitute for the damaged aircraft's scheduled flight on April 1, 2018. This caused Frontier to incur costs associated with staffing the substituted aircraft—e.g., crew compensation, transportation, hotel, per diem, as well as fuel costs for the re-routed aircraft. Frontier also incurred the fuel and pilot costs of ferrying the damaged aircraft to the repair facility in Tampa |
| Flight attendant costs | $178.65 | **FRONTIER 97** | |
| **Maintenance Costs** | | | |
| PEMCO | $427,680.69 | **FRONTIER 109, 681, 874, 905–908** | Frontier outsources its heavy maintenance and repair work to PEMCO. PEMCO performed the repairs for the aircraft pursuant to the repair plan set forth by Airbus and charged Frontier for labor and materials. |
| Airbus | $195,000.00 | **FRONTIER 131–133, 680, 903–904, 909–913** | Because the damage to the aircraft was extensive and non-routine, the aircraft's manufacturer, Airbus, had to assess the damage and draft a repair plan for PEMCO to execute. |
| **Lease Costs** | | | |
| June 2018 | $102,536.17 | **FRONTIER 119, 778** | Frontier was contracted to return the aircraft to the lessor on June 21, 2018. Per the lease, Frontier had to repair the aircraft before returning it. The time necessary for the repairs forced Frontier to return the aircraft late and thus incur penalties per the lease. |
| July 2018 | $353,749.78 | **FRONTIER 118, 778** | |
| August 2018 | $307,608.50 | **FRONTIER 117,** | |

Snell & Wilmer

L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

| Item | Amount | Citation | Description |
|------|--------|----------|-------------|
| | | **842** | |
| **Total:** | **$1,403,218.11** | | |

In addition to the damages detailed above, Frontier seeks to recover its costs and attorneys' fees under Rule 54(d), A.R.S. § 12-341.01, and the parties' agreements, including Paragraph 4, § 4.1 of the Standard Ground Handling Agreement – Simplified Procedure, Annex B8.0 – Location(s), Agreed Services and Charges (effective Jan. 1, 2018).

**IV.**  **FOR INSPECTION AND COPYING AS UNDER RULE 34, ANY INSURANCE AGREEMENT UNDER WHICH AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY ALL OR PART OF A POSSIBLE JUDGMENT IN THE ACTION OR TO INDEMNIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT.**

None applicable.

DATED this 10th day of February, 2021.

SNELL & WILMER L.L.P.

By: _s/Matt Jarvey_
Adam E. Lang
Matt Jarvey
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
_Attorneys for Plaintiff Frontier Airlines, Inc._

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
602.382.6000

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on February 10, 2021, I transmitted the foregoing document via

3

email and U.S. Mail to the following counsel of record in this case.

4

J. Gary Linder

5

Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700

6

Phoenix, AZ 85004
glinder@jshfirm.com

7

*Attorneys for Defendant*

8

 *s/Kathy Sprinkle*

9

4850-4432-3035

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000