# Exhibit F

41

1  half of what it would have been in August as opposed to
2  July?
3    A.  The reason was us trying to minimize, spend as
4  much (sic) as possible for the company.  I think that's
5  our goal while we're working every day, and part of that
6  was to ensure that we don't spend anything on it.  But as
7  we went to negotiate it, what we had to settle on was that
8  50 percent -- or half, close to half of what that penalty
9  was.
10    Q.  The aircraft was scheduled to go out of service
11  on May 1st and to return to the lessor on June 21st.  So
12  that's about 51 days for this C8 check to take place.
13       If the C8 check had taken longer than 51 days,
14  would Frontier still have -- would still have incurred a
15  penalty?
16       MR. JARVEY:  Form.
17       THE WITNESS:  Again, based on the structure of
18  the lease, if it extended beyond that, it would be based
19  on what the lease stated it was.
20       If the damage hadn't happened and we worked on it
21  and if it was five days late, we would have paid that base
22  rent for those five days.
23  BY MR. LINDER:
24    Q.  So the penalty had nothing to do with why.  It's
25  just a function of whether you turned it in on time or

42

1  not?
2    A.  The penalty is a way for the lessor to recoup the
3  fact that they have not got their airplane when they
4  thought they would get it back, right.
5    Q.  Have you been involved in situations in which a
6  C check has taken longer than expected?
7    A.  Not directly or I have no capacity to say I know,
8  you know, these checks have taken longer than expected.
9  So, no.
10    Q.  And maybe a more specific question is is that
11  since -- since C checks typically have to take place at
12  the end of a lease, I think you're always going to be
13  dealing with this question of when to take an aircraft out
14  of service to complete the end-of-lease requirements.
15       So the question I have for you, have you or the
16  people that you work with in the Treasury Department been
17  involved in prior situations in which the lease-end
18  requirements, we will call them, all of them, have taken
19  longer than expected, which resulted in Frontier having to
20  pay a penalty?
21    A.  In some cases the lease return date has extended
22  from what it originally was, but typically it's -- what we
23  have seen in the leases we have been involved in is maybe
24  five or seven days from when it was originally planned to
25  be returned.  And that's normally what we see and what we

43

1  obviously work to do, is to get it back within the planned
2  return date, which is -- which means we want to return it
3  by then.
4       Yeah, we don't expect to return it late, but in
5  some cases we see them go over maybe five days, maybe
6  seven days late.
7    Q.  Do you know if the C8 check on this aircraft took
8  longer than 51 days to complete?
9    A.  I do not.  Specifically for the check, no, I
10  don't.
11    Q.  I just didn't know if from the Treasury
12  Department's standpoint you guys broke it down between how
13  long the C check took as opposed to how long it took to
14  repair the aircraft?
15    A.  I don't think at the time, I can't recall, during
16  the -- in 2018, I can't recall if that was done to that
17  effect.  It would have been maintenance handling all the
18  discussions, frankly, between when the repair has to be
19  done, what needs to be done to the aircraft to what needs
20  to be done to do the return.
21    Q.  I know this is a hard question to answer, but you
22  mentioned earlier that there have been situations in which
23  an aircraft has taken longer than expected to recondition
24  which resulted in Frontier having to pay some sort of
25  penalty; correct?

44

1    A.  I wouldn't call it penalty, but, yes.
2    Q.  What would you call it?
3    A.  It's just rent for the time that we are holding
4  onto the airplane before returning it back to the lessor,
5  right?  So, in most cases, it will just be an extension of
6  that base rent that we owe the lessor for the additional
7  five or seven days that it takes to return the airplane
8  back to them.
9    Q.  Okay.  So oftentimes the penalty provisions don't
10  kick in until later?
11    A.  That is correct.
12    Q.  And then what -- in those situations is the
13  typical reason for delay is just maintenance taking longer
14  than expected?
15    A.  Typically, what we have heard is just findings
16  that we get during the course of the check that are
17  unexpected.  Frankly, from what I understand, the work
18  package that's built is based on the return conditions in
19  the lease, and when we actually get in and do the work,
20  there is no way that findings that goes further than
21  expected by a few days.  But it stays pretty close to what
22  the expectation is.
23    Q.  Can you tell me from the Treasury standpoint, I
24  suppose, what is the process of deciding the date to which
25  to take an aircraft out of service to start the