Exhibit G

JAMES MACH   APRIL 06, 2021

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2              DISTRICT OF ARIZONA
 3
 4 Frontier Airlines, Inc.,        )
 5              Plaintiff,          )
 6 vs.                             ) No.2:20-cv-01432-ESW
 7 Menzies Aviation (USA), Inc.,    )
 8              Defendant.          )
 9 _____)
10
11
12
13
14    VIDEOCONFERENCE DEPOSITION OF JAMES MACH
15
16              Denver, Colorado
                April 6, 2021
17              11:06 a.m. (MDT)
18
19
20
21
22          SEYMOUR REPORTING SERVICES
            Registered Reporting Firm R1000
23 PREPARED BY:    137 East Elliot Road, #2473
                   Gilbert, Arizona  85299
   Courtney C. Vanderwalker, RPR   (P)602.258.5800
24 Certified Reporter No. 50597     (F)888.881.5440
25
```

**Page 2**

```
 1     VIDEOCONFERENCE DEPOSITION OF JAMES MACH,
 2 taken on April 6, 2021, commencing at 11:06 a.m. (MDT).
 3 The witness was located in Denver, Colorado. COURTNEY
 4 C. VANDERWALKER, Certified Reporter No. 50597, in and
 5 for the State of Arizona, appearing via videoconference.
 6
 7
 8
 9 COUNSEL APPEARING:
10      For the Defendant
        JONES, SKELTON & HOCHULI, P.L.C.
11      BY:  Mr. J. Gary Linder
             40 North Central Avenue, Suite 2700
12           Phoenix, Arizona  85012
             glinder@jshfirm.com
13           (Appearing via videoconference)
14      For the Plaintiff
        SNELL & WILMER, L.L.P.
15      BY:  Mr. Matt Jarvey
        One Arizona Center, 400 East Van Buren, 19th Floor
16           Phoenix, Arizona  85004
             mjarvey@swlaw.com
17           (Appearing via videoconference)
18
19 ALSO PRESENT:
20      Ms. Valerie Tyler (via videoconference)
21      Ms. Sharon Ourien (via videoconference)
22      Ms. Jennifer Bernardo (via videoconference)
23
24
25
```

**Page 3**

```
 1                  I N D E X
 2 WITNESS                                    PAGE
 3 JAMES MACH
 4
 5 EXAMINATION BY MR. LINDER                    4
 6 EXAMINATION BY MR. JARVEY                   91
 7
 8              E X H I B I T S
 9 (None)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1             JAMES MACH,
 2 a witness herein, having been first duly sworn by the
 3 Certified Reporter to speak the truth and nothing but
 4 the truth, was examined and testified as follows:
 5
 6
 7             EXAMINATION
 8 BY MR. LINDER:
 9    Q.  Good morning, Mr. Mach.  My name is Gary
10 Linder.  I represent Menzies with respect to a lawsuit
11 that's been filed in which there's -- it's styled as
12 Frontier versus Menzies.  You're here this morning to
13 provide a deposition with respect to that lawsuit.  Do
14 you understand that?
15    A.  Yes.
16    Q.  Have you ever been deposed before?
17    A.  I have not.
18    Q.  Okay.  Then I'll -- so I'll start with some
19 ground rules of the deposition.  First rule that's
20 important is to make sure that I ask my question and
21 finish it before you start your answer.  Okay?
22    A.  Uh-huh.
23    Q.  The next rule is -- and just like we just had
24 a little situation there, is I need for you to give a
25 verbal response, so a "yes" or a "no" or words, because
```

JAMES MACH  APRIL 06, 2021

---

25

1  something that was going to happen regardless of whether
2  or not the aircraft was being returned to the lessor, it
3  sounds like, it was scheduled?
4      **A.  I don't recall.  There are sometimes where we**
5  **actually accomplish a lease return and a C check that's**
6  **somewhat out of phase because the aircraft has -- is**
7  **scheduled to be removed from our operation.  So we may**
8  **sometimes do a lease return with a C check earlier than**
9  **it's required and that's probably -- it can be driven by**
10 **the expiration of the lease.**
11     Q.  Do you know if that's what happened here, if
12 this aircraft was being C checked and prepared to be
13 returned to the lessor early?
14     **A.  I don't recall, no.**
15     Q.  Do you recall -- you've had C1 through C12,
16 which of those was being accomplished in the Spring of
17 2018 on this aircraft?
18     **A.  I don't recall that exact C check level, no.**
19 **I'd have to go back to my notes.**
20     Q.  Do you have those notes with you?
21     **A.  I have them in my hard drive.**
22     Q.  Do you have any documents there with you?
23     **A.  No.**
24     Q.  Is anyone else in the room there with you?
25     **A.  Nope.**

---

26

1      Q.  Are you at home?
2      **A.  Yes.**
3      Q.  So we talked earlier about the fact that you
4  received notification of this damage the same day it
5  happened by electronic means?
6      **A.  Correct.**
7      Q.  Tell me, what was the first thing that you did
8  after you received notification of the damage.
9      **A.  I reached out to the maintenance manager in**
10 **Phoenix to ask him if he's had an opportunity to**
11 **evaluate the aircraft.**
12     Q.  And who was that?
13     **A.  The maintenance manager was Greg Newberry.**
14     Q.  And by the time you talked to Greg Newberry,
15 the aircraft had already been sent on its way to Tampa?
16     **A.  No, I don't believe so.  It -- I believe at**
17 **that time the flight had been canceled and they were**
18 **still under evaluation to determine whether or not we**
19 **could move the aircraft in its condition.**
20     Q.  So in a general sense, who was the person at
21 Frontier in charge of getting the repairs completed on
22 this aircraft, you?
23     **A.  That would be correct, yes.**
24     Q.  Did you have people under you that were also
25 working with respect to getting the aircraft repaired?

---

27

1      **A.  Yes.**
2      Q.  Who were those people?
3      **A.  I have a team in Tampa at the -- that work at**
4  **the PEMCO facility that support all of our heavy**
5  **maintenance C checks.  I have a senior manager.  I have**
6  **four production managers, five quality assurance**
7  **managers, and two material coordinators that support a**
8  **24/7 operation.**
9      Q.  And those are all Frontier employees?
10     **A.  Yes.**
11     Q.  And they are officed out of the PEMCO -- is it
12 P-E-M-C-O?
13     **A.  Yes, it is.  And they do have an office in the**
14 **facility, correct.**
15     Q.  Who is the manager there?
16     **A.  The manager is Tom DeMint, last name spelled**
17 **D-E-M-I-N-T.**
18     Q.  And was he the manager there at the time this
19 aircraft was being repaired?
20     **A.  Yes.**
21     Q.  Would Mr. DeMint know a bit more about the
22 specifics associated with what happened to that aircraft
23 when it was at the PEMCO facility?
24     **A.  With regards to the -- all of the maintenance**
25 **being performed, yes.**

---

28

1      Q.  Okay.  How was the decision made regarding
2  where to send this aircraft to be repaired?
3      **A.  That was my decision.**
4      Q.  What did you base that decision on?
5      **A.  Based on the fact that we have one maintenance**
6  **repair organization that supports the airline currently**
7  **on our essential maintenance provider list.**
8      Q.  And that was going to be part of my question
9  is, is that is it your testimony that the only facility
10 that Frontier uses to complete maintenance is PEMCO?
11     **A.  That level of maintenance, correct.**
12     Q.  What about other levels of maintenance?
13     **A.  We have one hanger in Denver where we do**
14 **effectively line maintenance or overnight maintenance.**
15 **That would be the only other opportunity.**
16     Q.  How was the decision made -- well, I guess the
17 decision was made this aircraft was in fact airworthy to
18 be where it could be transported to Phoenix to -- or
19 relocated from Phoenix to Tampa.  Correct?
20     **A.  Correct.**
21     Q.  How was that determination made?
22     **A.  We had the maintenance personnel in Denver**
23 **evaluate the condition of the aircraft to ensure there**
24 **were no holes, no pressurization concerns, to ensure the**
25 **door was closed and latched.  They accomplished the**

---

JAMES MACH   APRIL 06, 2021

41

1 in order to return the aircraft to a lessor?
2     A.  No, I don't believe that's a true statement.
3 I've never seen a lease return that I did not have to
4 provide a C check.  The only -- I guess in my career,
5 the only exception to that is if the lessor effectively
6 either didn't have another customer or didn't want to
7 continue to fly the airplane, we've bought out of the C
8 check lease return conditions.  But every return that
9 I've been through that the aircraft has gone to either
10 another operator or back to the lessor to remarket
11 again, we have always had to provide or to complete the
12 next scheduled C check.
13     Q.  Okay.  We have been going for about an hour.
14 We can take, you know, a five-minute break or whatever
15 it takes.  Could you go ahead and check your notes for
16 me about the -- which C check this actually was.
17     A.  I'd be happy to.
18     Q.  Thank you.
19         (Recess taken from 11:59 a.m. MDT to
20 12:05 a.m. MDT)
21         MR. JARVEY:  Gary, before we start, could
22 Mr. Mach clarify the location of something he talked
23 with you about previously?
24         MR. LINDER:  Sure.
25         THE WITNESS:  I believe there was a

42

1 comment or a question about where the aircraft was moved
2 from.
3         MR. JARVEY:  We can do it on the record.
4 You asked him about the pressurization check before the
5 ferry flight.  And when I heard it, it was unclear about
6 where that pressurization check took place and so I
7 wanted him to be able to clarify where that check took
8 place on the record.
9         MR. LINDER:  I think we are on the
10 record.  Go ahead, Mr. Mach.
11         THE WITNESS:  I may have misinterpreted
12 the question, but the -- prior to the movement of the
13 aircraft to Tampa, the general visual inspection and the
14 pressurization and the validation of its airworthiness
15 was done in Phoenix prior to its departure to Tampa.  I
16 may have misspoke that it was in Denver, but it was in
17 Phoenix.
18 BY MR. LINDER:
19     Q.  My understanding is this aircraft traveled
20 directly from Phoenix to Tampa rather than going
21 anywhere else.  Right?
22     A.  Correct.
23     Q.  While we were on a break were you able to
24 determine which C check this aircraft was undergoing
25 prior to being returned to the lessor?

43

1     A.  Yes.  It was a C8.
2     Q.  Can you tell me generally what a C8 involves?
3     A.  Typically it's your -- it's a heavier level
4 check.  Without evaluating the exact details, I believe
5 a C8 level check gets into the aft wet area, what we
6 call the -- where the aft cargo compartment, wet area,
7 which is below the floors of the aft cargo.  And I also
8 believe we get into some significant thrust reversal
9 work.  What they call or what's known as a ten-year
10 check is accomplished during the C8 visit.  Those are
11 two of the things that I recall that are substantial
12 maintenance events.
13     Q.  Would there be any other minor maintenance
14 that had to be completed as part of a C8?
15     A.  Yes.  There's probably -- I'm guessing there's
16 probably at least 1500 maintenance tasks that are
17 incorporated in a C8 check.
18     Q.  I'm sorry, how many?
19     A.  I'm guessing in the neighborhood of 1500.
20     Q.  Okay.  How long does a C8 check typically
21 take?
22     A.  A normal C8 check is probably 21 to 24 days.
23 A C8 check in conjunction with a lease return, we
24 average between 30 and 45 days.
25     Q.  Is it very common to have to do a C8 check at

44

1 the same time you are returning a lease aircraft or a
2 leased aircraft?
3     A.  It is very common to do a C check.  The level
4 of C check is dependent on the age of the aircraft or
5 whatever the next scheduled check is to be.
6     Q.  Understood.  So do you know with this aircraft
7 the last time it was in for a C check prior to this C
8 check?
9     A.  I don't know the exact dates, but I would have
10 to -- I would believe it would be roughly two years
11 before that.
12     Q.  Does Frontier try to time the C checks
13 consistent with when the aircraft is going to be
14 returned to the lessor?
15     A.  To the best of their ability, yes.  There are
16 some leases that expire in mid check time frame, but
17 most of the visits -- most of the leases are on a
18 calendar -- two calendar year.  As I mentioned earlier,
19 they are either eight-year or ten-year or twelve-year.
20 And if you do a C check roughly every two years, they
21 generally line up fairly close.
22     Q.  You mentioned this and I think we talked a
23 little bit about it before.  When an aircraft comes up
24 to be returned mid C check, so a year past the last C
25 check, do you have to do another C check before you turn

JAMES MACH  APRIL 06, 2021

49

1  return right there.
2     Q.  Are you aware, does Frontier sometimes extend
3  the lease terms on aircraft?
4     A.  I believe over time they have, yes.
5     Q.  Is that something you have anything to do
6  with?
7     A.  I do not, no.
8     Q.  Do you know the reason why leases are
9  extended?
10    A.  Typically if -- what I recall is we'll extend
11  a lease if we don't have enough aircraft to fly the
12  scheduled flights we have.  And that's generally if
13  there's a delay from the manufacturer.
14    Q.  A delay from the manufacturer on what?
15    A.  On delivering a new aircraft.
16    Q.  Okay.  Do you know if Frontier had any
17  intentions of extending the lease on this aircraft?
18    A.  No.
19    Q.  It was a bad question.  Did Frontier have any
20  intentions of extending the lease on this aircraft?
21    A.  No.
22    Q.  And how do you know that?
23    A.  I just know that this was a -- the aircraft
24  was a 319, and we were positioning the aircraft out of
25  our fleet because of the capacity, the seat capacity.

50

1     Q.  Meaning because the capacity was too low?
2     A.  Correct.
3     Q.  Do you know what aircraft, what type of
4  aircraft this aircraft was being replaced by?
5     A.  All of our new aircraft deliveries are either
6  320s -- A320s or A321s.
7     Q.  Can you tell me what the seat differential is
8  between a 19, 20, and 21?
9     A.  A 19 is 150.  A 20 has 186.  And a 21 has 230.
10    Q.  Do you know if the aircraft that was scheduled
11  to replace this one was delivered on time?
12    A.  I don't know that offhand.
13    Q.  Is there an individual or an entity that
14  dictates what has to be done as part of the lease
15  return?
16    A.  With regards to the maintenance?
17    Q.  Well, yeah.  I guess the question is, is that
18  are there situations that come up in which there's a
19  debate about whether or not something actually has to be
20  done because it's very expensive?
21    A.  Uh-huh.
22    Q.  And I guess that's the first question.  Are
23  there situations in which there's a debate between
24  Frontier and the lessor about what work actually needs
25  to be done as part of the lease return process?

51

1     A.  So from the maintenance perspective, that's
2  myself and I have a manager who supports -- his sole
3  function is lease returns.  And we have a defined
4  process, a documented process, where six months prior to
5  the lease return we'll look at the lease return
6  conditions, we'll evaluate it based on our
7  interpretation; in other words, what the next level of C
8  check that's required, what all of the component
9  longevity is and so on.  And then what we'll do is
10  schedule a meeting with the lessor and their
11  representatives to go over each of the definitions and
12  the defined requirements of the return.  So up-front
13  before the aircraft ever arrives at the maintenance
14  facility, we know exactly what needs to happen in order
15  to meet the return conditions.
16    Q.  So as part of that process is there a
17  back-and-forth about what actually needs to happen?
18    A.  Well, the lessor will typically try to get a
19  brand-new airplane out of us, but we have to hold firm
20  and meet and say we are following the conditions as set
21  forward.
22    Q.  In this particular situation did that type of
23  a back-and-forth occur with respect to this aircraft?
24    A.  I wasn't on-site, but I would probably say
25  yes.  But my team is very solid and understand that we

52

1  are not here to provide a brand-new airplane to the
2  lessor.
3     Q.  When you were talking about earlier you are
4  saying that about six months out the process begins?
5     A.  Uh-huh.
6     Q.  That's a yes?
7     A.  Yes, I'm sorry.
8     Q.  That's fine.  So tell me in this situation,
9  we'll break that down a little bit.  What's the first
10  step that happens, say, six months out from the lease
11  return?
12    A.  So my aircraft lease return manager will get
13  a -- the lease -- the copy of the lease from our
14  treasury group.  He'll review the return conditions and
15  he generates a kind of a profile of expectations for the
16  lease return.
17       And then after he generates that, we'll
18  schedule a meeting with the lessor to evaluate what we
19  believe the return conditions are and then what they
20  believe the return conditions are.  There's generally
21  some back-and-forth too.  And then we ultimately agree
22  on a plan, like I said, prior to the aircraft arriving
23  at the repair facility.
24    Q.  So the plan for this aircraft would have
25  already been put in place as of April 1, 2018?

JAMES MACH   APRIL 06, 2021

73

1    A.  No, there wasn't.
2    Q.  So was a less extensive repair considered?
3    A.  No, we didn't because Airbus owns the repair
4  design.  They own the drawings.  They own the
5  documentation to support the repair.  At the end of the
6  day, I needed to have an airworthy document provided to
7  give to the lessor to ensure that this aircraft was
8  repaired in the proper condition and the proper
9  procedures.  And Airbus is the only one that is able to
10 do that.
11   Q.  So at the end of the process does Airbus
12 produce some sort of documentation certifying that the
13 aircraft is airworthy?
14   A.  Yes.
15   Q.  What is that document called?
16   A.  It's called an RDAS, a repair design -- I know
17 you were going to ask me that.  I don't recall the
18 acronyms.  But it's -- effectively it's a form that says
19 this is done in conditions with their guidance in the
20 certain conditions and most importantly that there's no
21 additional inspection requirements for the life of the
22 aircraft.  That typically is a No. 1 condition for the
23 lessor.  They want to ensure that all repairs that are
24 accomplished on the aircraft through the life of our
25 ownership don't generate any maintenance requirements

74

1  after we -- after it departs us.  So Airbus provided us
2  what they call a Form 8110, which is a FAA document
3  which validates the airworthiness of the repair.
4    Q.  I know I'm skipping back to something.
5    Talking about the repair timeline, it is true
6  that at all times the aircraft was in the hanger but for
7  the 15 days that it was -- had zero-load jacking that
8  essentially all three -- there's three things that were
9  happening, right, you've got the repair to the dent,
10 you've got the C check, and then you've got the lease
11 return tasks.  Those three tasks.  Right?
12   A.  Right.
13   Q.  And so other than the 15 days that the
14 aircraft was in the zero-load jacking position or
15 50-percent less the fasteners were undone, were all
16 three of those things going on at the same time?
17   A.  So first off, I believe I stated that the time
18 frame was 21 days that I believe was we were at the
19 zero-stress loading.  But typically I would say yes, all
20 three events took place at the same time.  Obviously
21 there are certain times where based on the condition of
22 the aircraft or the scheduling events that were taking
23 place at one particular time, there may be one aspect of
24 maintenance that wasn't being done.
25   I can give you an example.  If for some reason

75

1  I'm in the middle of the visit and there's no fuel on
2  the aircraft and one of the C check tasks is to validate
3  the functionality of the fuel pumps, well, I can't do
4  that.  But in general, yes, all tasks are done
5  simultaneously.
6    Q.  Other than the 21 days -- I'm sorry, I wasn't
7  trying to trick you.  Other than the 21 days that the
8  aircraft was in a zero-load position, did any of the
9  three tasks delay another, if that makes sense?
10   A.  I don't believe so, no.
11   Q.  And again, there was at no time a labor
12 shortage that delayed the work?
13   A.  No.  Unfortunately the repair itself, you
14 could only put so many people on it, so I actually had
15 an abundance of labor during that time frame.
16   Q.  What do you mean by that in terms of extra
17 people?
18   A.  Yeah.  So there's typically normally 40 to 70
19 people per shift on an aircraft during its visit.
20 Because of the close proximity of the repair, I could
21 only have four to five people on it at a time to do the
22 repairs.  And so there was an abundance of labor that we
23 had to reallocate to other projects.
24   Q.  Did you reallocate that labor to other
25 projects on this aircraft or a different aircraft?

76

1    A.  This was during the period of time where I
2  could do no other work other than the repair.
3    Q.  So part of that 21 days?
4    A.  Correct.
5    Q.  Ultimately, you know, Frontier received
6  invoices for this repair work.  Correct?
7    A.  Correct.
8    Q.  And have those invoices been paid in full?
9    A.  As best to my knowledge, yes.
10   Q.  From your perspective, from the maintenance
11 director's perspective, did Frontier make any efforts to
12 ensure they were given a competitive price for the
13 repairs completed?
14   A.  I believe we were.  We evaluated every --
15 every repair we get, every invoice we get is reviewed
16 for its validity and we believe it's competitive, yes.
17   Q.  Is there an industry standard for how much a
18 repair of this type should cost?
19   A.  No.
20   Q.  Is there an industry standard for how many
21 hours it should take to repair the damage?
22   A.  No.
23   Q.  Is there an industry standard with respect to
24 how many hours a C8 check should take?
25   A.  Yes.

JAMES MACH   APRIL 06, 2021

77

1    Q.   And do you know how many hours that is?
2    A.   Not without looking at my notes, no.
3    Q.   And the same thing is true of the cost for a
4  C8, I guess that depends on what's going on with the
5  aircraft?
6    A.   Correct.
7    Q.   And then did Frontier make any efforts to make
8  sure that the time it took total to repair the aircraft
9  was within industry standards?
10   A.   So I don't believe there was an industry
11 standard for this level of repair.  But I can tell you
12 that we reviewed the hours associated with repair based
13 on the personnel working it and we did deem it
14 appropriate.
15   Q.   I've got a few questions for you regarding
16 definitions.  What would you call nonroutine repairs?
17   A.   So during a C check or during a heavy
18 maintenance level check, the bulk of the task cards that
19 are assigned are effectively open up and inspection.  So
20 airframe maintenance, this is C check level maintenance,
21 is typically around 60 percent discovery.  In other
22 words, you have to -- the C check task card tells you to
23 open a floorboard and evaluate the floor beams
24 underneath the floorboard.  That's a routine task card.
25       And then what happens is when you open it up,

78

1  if you find either corrosion or underlying structure
2  damage or any type of action that would require
3  maintenance, then you would generate what they called a
4  nonroutine.  And then that nonroutine is then negotiated
5  based on the required time and materials it takes to
6  repair it.  So every routine task may or may not
7  generate a nonroutine based on the level of finding or
8  the level of exposure that it asks you to review.
9    Q.   Do you know with respect to the C8 that was
10 completed on this aircraft, if nonroutine maintenance
11 had to happen?
12   A.   Yes, every C check has a level of nonroutine
13 maintenance.
14   Q.   Do you know generally speaking on this
15 particular aircraft what the nonroutine maintenance was?
16   A.   No.  I don't know the exact numbers, but I
17 don't recall it being anything out of the ordinary.
18   Q.   What would be the type of things in a C8 that
19 would typically when you uncover them would be
20 nonroutine maintenance?
21   A.   Once again, I would have to refer to the task
22 that the C8 ask you to open.  But a good example, I
23 mentioned earlier at the C check level task, you may
24 paint the interior bins of the aircraft.  So the task
25 card at a C8 check would say "evaluate the interior of

79

1  the overhead bins and paint or inspect and repair as
2  necessary."  And so then we would generate a nonroutine
3  to either do repairs to the overhead bin and then
4  ultimately paint.  And that would be recorded and
5  tracked on a nonroutine form versus, you know, it comes
6  out of the inspection from a C8 or C check task item.
7  And there's literally hundreds of routine cards that
8  would generate a nonroutine repair.
9    Q.   Okay.  So of the 1500 things you are looking
10 at?
11   A.   Yeah.  You might generate anywhere from 500 to
12 a thousand nonroutines.
13   Q.   Take me through the process of obtaining the
14 materials from Airbus.  Who makes that order and what's
15 the process for ordering components from Airbus?
16   A.   So are you -- is this in regards to the damage
17 repair?
18   Q.   Yes, sir.
19   A.   So we had an Airbus technical representative
20 on-site who we contracted in order to assist in the
21 damage evaluation.  Part of his responsibilities as well
22 was to identify all of the repair materials, both the
23 structural parts and the fasteners, all of the sealants,
24 all of the expendable items that Airbus uses during the
25 manufacturing process of the aircraft.

80

1       We contracted him to identify that and then
2  ultimately schedule and order, place requisitions
3  through Airbus to facilitate the repairs.  So it was all
4  done by Airbus themselves.
5    Q.   Airbus is the entity that determines what
6  parts need to be ordered?
7    A.   Correct.
8    Q.   And the orders, do the orders come from PEMCO
9  to Airbus or from Frontier to Airbus?
10   A.   So we asked Airbus to identify the parts
11 required to facilitate the repairs.  They own the
12 drawings.  They own all of the repair procedures and the
13 processes.  That's all within their purview within their
14 documentation.
15       Typically on a maintenance manual similar you
16 get with a car, you'll never see the breakdown of all of
17 the little subparts and fasteners and components
18 associated with the entire aircraft, so Airbus has that
19 documentation and has that data.  So we ask them to
20 provide that list of those requirements and to place the
21 requisition in order to facilitate that for us.
22   Q.   Was there any lag between the completion of
23 the diagnostics, ordering the materials, and
24 commencement of the work?
25   A.   No.