FILED UNDER SEAL

**EXHIBIT I**