FILED UNDER SEAL

**EXHIBIT J**