FILED UNDER SEAL

EXHIBIT K