# Exhibit L

Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
         mjarvey@swlaw.com

*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Frontier Airlines, Inc., | No. 2:20-cv-01432-ESW |
|---|---|
| Plaintiff, | **PLAINTIFF FRONTIER AIRLINES, INC.'S RESPONSES TO DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| Menzies Aviation (USA) Incorporated, | |
| Defendant. | |

Plaintiff Frontier Airlines, Inc. ("Frontier"), by and through counsel undersigned, hereby responds to Defendant's Second Set of Requests for Production of Documents as follows:

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST NO. 22:**

All diagnostic reports, communications, and other documents reflecting the assessments conducted by Airbus prior to the commencement of repairs to the Aircraft.

**RESPONSE:**

*See* FRONTIER001354–1551 (daily status reports for repairs); 1552–1771 (technical repair documentation and communications).

To the extent that Request No. 22 seeks every single document that might, in some way, reflect Airbus's assessment of the aircraft, Frontier objects under Rule 26(b)(1) that

such a request is not relevant to any claim or defense, and the burden or expense of identifying every single such documents would outweigh the likely benefit of such information. Many Frontier employees were involved in some minor way in overseeing or tracking the repair work performed as a result of the incident, which was ultimately performed by a third-party, PEMCO. It would be unduly burdensome to determine each such employee and conduct a search of each employee's electronic records (e.g., emails) or written documents for any document that arguably reflected any assessment performed by Airbus. Frontier has made a good-faith effort to produce technical documents within the possession of Frontier's Director of Maintenance, reflecting Airbus's assessment and the timeline of repairs to the aircraft, which documents are cited above.

**REQUEST NO. 23:**

All diagnostic reports, communications, and other documents discussing, reflecting, or providing estimates of the length of time required to conduct repairs to the Aircraft.

**RESPONSE:**

*See* FRONTIER001552–2066.

To the extent that Request No. 23 seeks every single document that might, in some way, reflect the length of time to repair the aircraft, Frontier objects under Rule 26(b)(1) that such a request is not relevant to any claim or defense, and the burden or expense of identifying every single such documents would outweigh the likely benefit of such information. Many Frontier employees were involved in some minor way in overseeing or tracking the repair work performed as a result of the incident, which was ultimately performed by a third-party, PEMCO. It would be unduly burdensome to determine each such employee and conduct a search of each employee's electronic records (e.g., emails) or written documents for any document that arguably reflected the timing of repair work performed as a result of the incident. Frontier has made a good-faith effort to produce technical documents within the possession of Frontier's Director of Maintenance, reflecting

Airbus's assessment and the timeline of repairs to the aircraft, which documents are cited above.

**REQUEST NO. 24:**

All communications between Frontier and the lessor of the Aircraft concerning Frontier's failure to return the Aircraft to the lessor on the date prescribed by the applicable lease, and concerning the leasing charges and penalties incurred from June 21, 2018 through August 2018.

**RESPONSE:**

*See* FRONTIER001772–1776, 2041–2066, 2067–2072.  Also, some of the repair- or maintenance-related communications generated in the aftermath of the damage incident at issue in this case included persons associated with the lessor of the Aircraft.  *See* FRONTIER001788–2024.

DATED this 8th day of April, 2021.

SNELL & WILMER L.L.P.

By: *s/Matt Jarvey*
Adam E. Lang
Matt Jarvey
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
*Attorneys for Plaintiff Frontier Airlines, Inc.*

4834-2918-5759

- 3 -

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2021, I emailed and mailed via U.S. Mail the attached document to the following:

J. Gary Linder
Jones, Skelton & Hochuli, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004

*Attorneys for Defendant Menzies Aviation (USA), Inc.*

 s/ Kathy Sprinkle

4834-2918-5759