# Exhibit M

**Page 1**

```
            UNITED STATES DISTRICT COURT
                  DISTRICT OF ARIZONA

Frontier Airlines, Inc.,        )
                                )
              Plaintiff,        )
                                )
vs.                             ) No.2:20-cv-01432-ESW
                                )
Menzies Aviation (USA), Inc.,   )
                                )
              Defendant.        )
_____ )



         VIDEOCONFERENCE DEPOSITION OF ELI SANCHEZ


                       Gilbert, Arizona
                        April 7, 2021
                         10:04 a.m.










                          SEYMOUR REPORTING SERVICES
                         Registered Reporting Firm R1000
PREPARED BY:              137 East Elliot Road, #2473
                              Gilbert, Arizona  85299
Courtney C. Vanderwalker, RPR      (P)602.258.5800
Certified Reporter No. 50597       (F)888.881.5440
```

**Page 2**

```
      VIDEOCONFERENCE DEPOSITION OF ELI SANCHEZ,
taken on April 7, 2021, commencing at 10:04 a.m.  The
witness was located in Gilbert, Arizona.  COURTNEY C.
VANDERWALKER, Certified Reporter No. 50597, in and for
the State of Arizona, appearing via videoconference.




COUNSEL APPEARING:
     For the Defendant
     JONES, SKELTON & HOCHULI, P.L.C.
     BY:  Mr. J. Gary Linder
          40 North Central Avenue, Suite 2700
          Phoenix, Arizona  85012
          glinder@jshfirm.com
          (Via videoconference)
     For the Plaintiff
     SNELL & WILMER, L.L.P.
     BY:  Mr. Matt Jarvey
          One Arizona Center, 400 East Van Buren, 19th Floor
          Phoenix, Arizona  85004
          mjarvey@swlaw.com
          (Via videoconference)

ALSO PRESENT:
     Ms. Valerie Tyler (via videoconference)
     Ms. Sharon Ourien (via videoconference)
```

**Page 3**

```
                      I N D E X
WITNESS                                          PAGE
ELI SANCHEZ

EXAMINATION BY MR. LINDER                          4


                      E X H I B I T S
(None)
```

**Page 4**

```
         ELI SANCHEZ,
a witness herein, having been first duly sworn by the
Certified Reporter to speak the truth and nothing but
the truth, was examined and testified as follows:



                       EXAMINATION
BY MR. LINDER:
    Q.  Mr. Sanchez, my name is Gary Linder.  I'm the
attorney that represents Menzies with respect to a
lawsuit that has arisen as a function of an accident
that happened on April 1, 2018.  You're here today to
give your deposition in that case.  I don't think this
is going to take very long, but who knows.  It depends
on the information you have.
         Have you ever been deposed before?
    A.  Never.
    Q.  Okay.  Well, let me give you a few ground
rules.  They are pretty simple.  The first one is the
court reporter is taking down everything that we say.
And so because of that, it's very important that I let
you finish your answer before I start my next question
and the same thing is true that you're sure to not start
talking until my question is complete because she can't
take us down at the same time.  Okay?
```

**29**

1  A. Generally or specifically?
2  Q. Specifically.
3  A. Specifically I don't remember much of that
4  night. I just remember the incident.
5  Q. All right. And then how about generally.
6  Generally how would you have been called in to move this
7  aircraft to the gate?
8  A. Generally that's my lead's call and he would
9  just instruct me of what I needed to do, brake ride, you
10 know, there to there and, you know, and that was what I
11 did.
12 Q. Who was your lead that night?
13 A. I don't remember his name.
14 Q. But you know -- this is silly. You don't
15 remember his name, but you remember who it was?
16 A. Yes.
17 Q. Did you have the same lead every shift or
18 would it change?
19 A. My lead was -- stayed the same.
20 Q. Do you remember his first name?
21 A. I don't. I know it's bad, but I don't
22 remember that far back.
23 Q. That's not bad, I was just wondering.
24    Do you recall having any conversations with
25 Menzies' staff on the date in question with respect to

**30**

1  the accident in question?
2  A. I don't.
3  Q. So I'm assuming there must be some way in
4  which you as a Frontier A&P mechanic who is going to
5  move an aircraft or do a brake ride has to communicate
6  with Menzies to alert them that you are going to need
7  them to assist you in that move. Correct?
8  A. Well, my lead would contact Menzies and they
9  would handle the logistics of everything. I was just
10 the brake rider.
11 Q. So you would never contact Menzies?
12 A. I don't believe so. Under normal
13 circumstances, no.
14 Q. Do you remember any other circumstances
15 whereby you had direct contact with a Menzies employee?
16 A. I don't.
17 Q. Do you know when your lead would contact
18 Menzies employees, was that in person or over some sort
19 of radio?
20 A. In person.
21 Q. And how do you know that?
22 A. I've witnessed it.
23 Q. Tell me about how you go about witnessing that
24 type of communication. Were you guys all in the same
25 room?

**31**

1  A. Our offices were next door to each other.
2  Q. So you would, from time to time, observe your
3  lead talk to Menzies about the need to move an aircraft?
4  A. Correct.
5  Q. On the night in question, do you recall if you
6  witnessed your lead making contact with the Menzies
7  employee about moving the aircraft?
8  A. I don't.
9  Q. On the night of the incident, do you know
10 where you were at when you were told to go and brake
11 ride the aircraft back to the gate?
12 A. The office.
13 Q. About how far is the office from the gate?
14 A. From -- it's directly underneath the gate.
15 Q. About how far was the aircraft parked away
16 from the gate in its location before you were going to
17 move it?
18 A. Over a hundred yards.
19 Q. How -- I know you were -- well, I think -- so
20 at the time of the accident you were on your way from
21 your office to the aircraft. Correct?
22 A. Correct.
23 Q. And how were you making that trip? Were you
24 walking?
25 A. I was.

**32**

1  Q. Was that the normal way that you would make it
2  from your office to the gate?
3  A. Yes.
4  Q. Prior to this incident, did you have -- okay.
5  Hold on. I'll start over.
6     The person's name that was operating the belt
7  loader at the time of the incident was Shantell Jordan.
8  Prior to this incident, had you had any communications
9  with Shantell Jordan?
10 A. No.
11 Q. You didn't know him at all?
12 A. I didn't know many Menzies employees. They
13 would circulate quite a bit. They would come in and
14 out, so no, I never met Jordan.
15 Q. Did you know any Menzies employees as far as
16 you can -- can you recall any of their names?
17 A. I can't recall any of their names, but I
18 remember their faces.
19 Q. Does the name Robert Lammon ring a bell for
20 you?
21 A. No, sir.
22 Q. Prior to this incident had you ever used a
23 belt loader to gain access to an aircraft?
24 A. Is the question -- could you repeat the --
25 I've never driven a belt loader.

33

1  Q. No, I understand. My understanding is, is
2  that as part of your job you don't ever operate ground
3  service equipment?
4  A. Correct.
5  Q. So my question was in terms of you actually
6  physically getting on the aircraft, had you ever used a
7  belt loader to get onto the aircraft?
8  A. Yes.
9  Q. About how many times?
10 A. I don't remember.
11 Q. Was that the normal piece of equipment you
12 would use to gain assess to the aircraft at the time of
13 this incident?
14 A. Correct.
15 Q. So it's fair to say that you would -- you
16 would use a belt loader multiple times every day to gain
17 assess to the aircraft to complete the brake rides?
18 A. Correct.
19 Q. Do you recall using any other type of
20 equipment to gain assess to the aircraft during the time
21 period of this incident?
22 A. No.
23 Q. Did you think it was safe to use a belt loader
24 to access the aircraft?
25 A. I didn't have an issue with it. I remember

34

1  other employees having safety issues with it. I myself
2  did not.
3  Q. By that, of course -- well, not of course, but
4  I'm not talking about safety with respect to the
5  aircraft itself. I'm talking about safety with respect
6  to you as an individual safely getting onto the
7  aircraft. Do you understand that to be my question?
8  A. Yes, sir. It's not the safest way to get onto
9  an aircraft.
10 Q. You said that you personally didn't have a
11 problem with it, but some of your coworkers did?
12 A. Yes, sir. Some of my coworkers were a lot
13 older than I was.
14 Q. So they expressed some concern with using the
15 belt loader?
16 A. Yes. Yes, sir.
17 Q. Because they felt like it was not as safe as
18 using other pieces of equipment?
19 A. Yes, sir. It's steep.
20 Q. Do you recall any sort of a conversation with
21 Menzies' employees about using a different type of
22 equipment to access the aircraft?
23 A. I do not.
24 Q. When you were approaching the aircraft, can
25 you describe to me the lighting at that time. It's

35

1  12:20 at night. How would you describe the lighting
2  there on the Tarmac at that point?
3  A. The lighting, yes, sir, fair. There was --
4  there was lighting around the pad area where the
5  aircraft was parked. I would say fair. I didn't have
6  to necessarily worry about maybe not being seen by a
7  vehicle or anything like that.
8  Q. Is it fair to say that in terms of moving an
9  aircraft back to the jetway, this is something that
10 happened every night?
11 A. It was -- it's hard to say if it was every
12 night because some nights Jet Blue wouldn't be using
13 their gates, so some nights we wouldn't have to move an
14 aircraft, and that was a good night.
15 Q. So you wouldn't have to move an aircraft if
16 you had one extra gate open even though you guys had
17 four aircraft?
18 A. Sometimes Jet Blue would come in at a
19 different time than our aircraft and quick turn, and so
20 it just worked out to where we were able to use their
21 gates and we didn't have to put any aircraft on the pad
22 at, you know, that night.
23 Q. Do you know if Frontier or your lead had any
24 role in what piece of equipment to use to access the
25 aircraft?

36

1  A. I don't.
2  Q. Do you know if there were any stairs that were
3  operational at the time of the incident?
4  A. There were not any stairs.
5  Q. And that is the way it had been the whole
6  time?
7  A. Yes, sir.
8  Q. Since there were no stairs, it sounds like the
9  only way you would access the aircraft out on the Tarmac
10 would be via the belt loader?
11 A. Correct.
12 Q. On the night in question, it was 12:20 a.m.,
13 do you think you had already completed a brake ride?
14 A. I don't remember.
15 Q. Would it have been normal for you to have
16 completed a brake ride before 12:20 a.m. on a normal
17 shift?
18 A. The only way I would have completed a brake
19 ride would have been from that gate to that pad prior to
20 that, but I don't remember.
21 Q. Do you recall the gate number? That's a
22 random question.
23 A. I don't.
24 Q. Did Frontier's gate stay the same the entire
25 time you worked for Frontier at Sky Harbor Airport?