# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA), Inc.,<br><br>　　　　　　　　Defendant. | No. 2:20-cv-01432-ESW<br><br>**[Proposed] Order Extending Discovery Deadlines** |

Upon considering Defendant MENZIES AVATION (USA), INC.'s Motion for Extension of Discovery Deadlines, and good cause appearing therefor, IT IS ORDERED that Defendant MENZIES AVIATION (USA), INC.'s request for adjournment of the deadlines for fact discovery, expert discovery, and dispositive motions be granted as follows:

　　The Deadline to Complete Fact Discovery has been extended to June 23, 2021.

　　The Deadline to Disclose Expert Opinions has been extended to July 26, 2021.

　　The Deadline to Disclose Rebuttal Expert Opinions has been extended to Aug. 30, 2021.

　　The Deadline to Depose Expert Witnesses has been extended to Sept. 30, 2021.

　　The Deadline to file Dispositive Motions has been extended to Nov. 30, 2021.

9338632.1

1
2      DATED this _____ day of April, 2021.
3
4
5                                          _____
                                           Honorable Eileen S. Willett
6                                          United States Magistrate Judge
                                           AuthorOfficeAddress
7                                          AttnysFor
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

9338632.1