J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI P.L.C.
40 N Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7340
Fax: (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant Menzies Aviation (USA), Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA), Inc.,<br><br>　　　　　　　　Defendant. | No. 2:20-cv-01432-ESW<br><br>**Notice of Filing Under Seal Certain Exhibits to Defendant's Motion for Extension of Discovery Deadlines** |

   Defendant Menzies Aviation (USA), Inc., in response to this Court's executed Protective Order filed November 2, 2020 (Doc. 31), submits, under seal, these listed exhibits to Defendants Motion for Extension of Discovery Deadlines.

   1. Exhibit I;

   2. Exhibit J;

   3. Exhibit K

9339671.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED this 23rd day of April, 2021.

          JONES, SKELTON & HOCHULI, P.L.C.

By /s/ J. Gary Linder
   J. Gary Linder
   40 N Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendant Menzies Aviation
   (USA), Inc.

2

9339671.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Adam E. Lang
Matt Jarvey
Snell & Wilmer, LLP
One Arizona Center
00 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
alang@swlaw.cin
mjarvey@swlaw.com
Attorneys for Plaintiff Frontier Airlines, Inc.

/s/ Jennifer Bernardo

9339671.1