J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI P.L.C.
40 N Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7340
Fax: (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant Menzies Aviation (USA), Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA), Inc.,<br><br>　　　　　　Defendant. | No. 2:20-cv-01432-ESW<br><br>**Motion to file Certain Exhibits to Defendant's Motion for Extension of Discovery Deadlines Under Seal** |

　　　　Defendant Menzies Aviation (USA), Inc., request the below listed exhibits to Defendant's Motion for Extension of Discovery Deadlines be filed Under Seal at Doc. 57 filed today with the Court.

　　　　1.　　Exhibit I;

　　　　2.　　Exhibit J;

　　　　3.　　Exhibit K

9341086.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      DATED this 23rd day of April, 2021.

                  JONES, SKELTON & HOCHULI, P.L.C.

                  By /s/ J. Gary Linder
                     J. Gary Linder
                     40 N Central Avenue, Suite 2700
                     Phoenix, Arizona 85004
                     Attorneys for Defendant Menzies Aviation
                     (USA), Inc.

2

9341086.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Adam E. Lang
Matt Jarvey
Snell & Wilmer, LLP
One Arizona Center
00 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
alang@swlaw.cin
mjarvey@swlaw.com
Attorneys for Plaintiff Frontier Airlines, Inc.

/s/ Jennifer Bernardo

3

9341086.1