1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>                         Plaintiff,<br><br>    v.<br><br>Menzies Aviation (USA), Inc.,<br><br>                         Defendant. | No. 2:20-cv-01432-ESW<br><br>**[Proposed] Order** |

Upon considering Defendant MENZIES AVATION (USA), INC.'s Motion to file certain exhibits Under Seal grants their Motion as follows:

Exhibits I, J and K be filed Under Seal.

DATED this _____ day of April, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge
AuthorOfficeAddress
AttnysFor

9341129.1