# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated, | No. CV-20-01432-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Menzies Aviation (USA) Incorporated, | |
| Defendant. | |

The Court has considered Defendant's Motion to File Certain Exhibits to Defendant's Motion for Extension of Discovery Deadlines Under Seal (Doc. 58). A protective order (Doc. 31) having been issued,

IT IS ORDERED granting the Motion to File Certain Exhibits to Defendant's Motion for Extension of Discovery Deadlines Under Seal (Doc. 58). The Clerk of Court is directed to file under seal exhibits I, J and K to Defendant Menzies Aviation (USA) Inc.'s Motion for Extension of Discovery Deadlines lodged April 23, 2021.

Dated this 27th day of April, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge