J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI P.L.C.
40 N Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7340
Fax: (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant Menzies Aviation (USA), Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br> Defendant. | No. 2:20-cv-01432-ESW <br><br> **Notice of Service of Defendant's Offer of Judgment to Plaintiff** |

Defendant, pursuant to Rule 68, Federal Rules of Civil Procedure, hereby gives notice that on this date, it served upon Plaintiff Frontier Airlines, Inc., by U.S. mail and email, an Offer of Judgment.

DATED this 27th day of April, 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ J. Gary Linder
    J. Gary Linder
    40 N Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant Menzies Aviation (USA), Inc.

9347804.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Adam E. Lang
Matt Jarvey
Snell & Wilmer, LLP
One Arizona Center
00 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
alang@swlaw.cin
mjarvey@swlaw.com
Attorneys for Plaintiff Frontier Airlines, Inc.

/s/ Jennifer Bernardo

2

9347804.1