# Exhibit E

**Page 1**

```
             UNITED STATES DISTRICT COURT
                 DISTRICT OF ARIZONA

Frontier Airlines, Inc.,       )
                               )
              Plaintiff,       )
                               )
vs.                            ) No. 2:20-cv-01432-ESW
                               )
Menzies Aviation (USA), Inc.,  )
                               )
              Defendant.       )
_____)




        VIDEOCONFERENCE DEPOSITION OF JAMES MACH


                    Denver, Colorado
                    April 6, 2021
                    11:06 a.m. (MDT)
```

```
                         SEYMOUR REPORTING SERVICES
                         Registered Reporting Firm R1000
PREPARED BY:             137 East Elliot Road, #2473
                         Gilbert, Arizona  85299
Courtney C. Vanderwalker, RPR    (P)602.258.5800
Certified Reporter No. 50597     (F)888.881.5440
```

**Page 2**

```
       VIDEOCONFERENCE DEPOSITION OF JAMES MACH,
taken on April 6, 2021, commencing at 11:06 a.m. (MDT).
The witness was located in Denver, Colorado.  COURTNEY
C. VANDERWALKER, Certified Reporter No. 50597, in and
for the State of Arizona, appearing via videoconference.


COUNSEL APPEARING:
      For the Defendant
      JONES, SKELTON & HOCHULI, P.L.C.
      BY:  Mr. J. Gary Linder
           40 North Central Avenue, Suite 2700
           Phoenix, Arizona  85012
           glinder@jshfirm.com
           (Appearing via videoconference)
      For the Plaintiff
      SNELL & WILMER, L.L.P.
      BY:  Mr. Matt Jarvey
           One Arizona Center, 400 East Van Buren, 19th Floor
           Phoenix, Arizona  85004
           mjarvey@swlaw.com
           (Appearing via videoconference)

ALSO PRESENT:
      Ms. Valerie Tyler (via videoconference)
      Ms. Sharon Ourien (via videoconference)
      Ms. Jennifer Bernardo (via videoconference)
```

**Page 3**

```
                        I N D E X
WITNESS                                             PAGE
JAMES MACH

EXAMINATION BY MR. LINDER                              4
EXAMINATION BY MR. JARVEY                             91


                      E X H I B I T S
(None)
```

**Page 4**

```
                   JAMES MACH,
a witness herein, having been first duly sworn by the
Certified Reporter to speak the truth and nothing but
the truth, was examined and testified as follows:


                   EXAMINATION
BY MR. LINDER:
   Q.  Good morning, Mr. Mach.  My name is Gary
Linder.  I represent Menzies with respect to a lawsuit
that's been filed in which there's -- it's styled as
Frontier versus Menzies.  You're here this morning to
provide a deposition with respect to that lawsuit.  Do
you understand that?
   A.  Yes.
   Q.  Have you ever been deposed before?
   A.  I have not.
   Q.  Okay.  Then I'll -- so I'll start with some
ground rules of the deposition.  First rule that's
important is to make sure that I ask my question and
finish it before you start your answer.  Okay?
   A.  Uh-huh.
   Q.  The next rule is -- and just like we just had
a little situation there, is I need for you to give a
verbal response, so a "yes" or a "no" or words, because
```

21

1  Q. Would someone from the treasury group also
2  know the answer to my question of how long the lease
3  term was?
4  A. Yes.
5  Q. Based on your work in this incident, what, if
6  any, relationship -- because in the disclosure statement
7  it says you might have some information regarding the
8  lease. Do you have any information regarding the lease?
9  A. So we -- from my perspective being responsible
10 for the lease return and the return to the original
11 owner and then potentially or ultimately to another
12 airline, we review sections of the lease which are
13 applicable to the return conditions. And that would be
14 my exposure to the actual lease.
15 Q. Okay. And do you do that for each aircraft
16 that comes in for a C check and to be returned to the
17 lessor?
18 A. Yes.
19 Q. Do you know if there's anything unique about
20 this particular lease?
21 A. Not that I recall, no.
22 Q. Does Frontier lease all of its aircraft?
23 A. Yes, we do. We used to own a few, but now
24 they've been since sold and leased back. So the answer
25 is yes.

22

1  Q. I know you said that this aircraft was leased
2  from a company called SMBC?
3  A. Correct.
4  Q. Do you know if SMBC is related in some way to
5  Airbus?
6  A. I don't believe so.
7  Q. Do you know how many different companies
8  Frontier leases aircraft from?
9  A. I don't know the exact number, but I would
10 have to say probably at least a dozen.
11 Q. Is one of those entities Airbus?
12 A. No, not that I'm aware of, no.
13 Q. I didn't know if Airbus leases aircraft
14 directly or not.
15 A. I don't believe so. Not -- since I've been in
16 this position, I've never known an aircraft lessor to be
17 the manufacturer.
18 Q. Generally speaking, what is a C check?
19 A. A C check is defined as a -- either a calendar
20 or a flight-hour driven interval maintenance visit. You
21 have C checks, which are C1 through C12, and effectively
22 a C1 is its first check. And that was either driven in
23 by a calendar time frame, which in our case is two
24 years, or it's driven in by a number of flight hours,
25 and that would be -- I believe the number is 4750 flight

23

1  hours, whatever comes first. And that's when that
2  scheduled C check happens. And they are scheduled on
3  intervals. You do a C1. The next visit is a C2. The
4  next is a C3 and so on. So during each C check a
5  different part of the aircraft is opened up for inspect
6  and repair.
7     Typically you'll have the very first check,
8  the very first C check is the lightest check. It's
9  minimally invasive. It takes anywhere from seven to ten
10 days. And as the aircraft ages and you open up
11 additional areas, your heavier checks get into heavier
12 areas. In general, that's your -- the basic definition
13 of a C check.
14 Q. So maybe I was a little confused, but do you
15 have to perform a C check of some kind prior to
16 returning an aircraft to the lessor?
17 A. It depends on the lease return, but every --
18 lease return conditions, but every lease return that
19 I've been involved with, generally you have to zero out
20 and accomplish the next scheduled visit; that way the
21 lessor has effectively a clean airplane to market to the
22 next customer.
23 Q. Are the requirements for the return for a
24 lease, is there a different layer of things that have to
25 be done to the aircraft to prepare it to be returned to

24

1  the lessor other than the C check?
2  A. Yes.
3  Q. Take me through that, please. What are those
4  things?
5  A. It's specific to every lease; but in general,
6  you have to provide back-to-birth traces for all the
7  components on the aircraft, all the rotable or
8  serialized and part number components to ensure that
9  there's enough life on them based on the requirements of
10 the lease return.
11    There's also a review of all of the structural
12 repairs, all of the previous repairs. There's a review
13 of, obviously, the engines, the overhaul history, the
14 APUs, the landing gears, all of the major components.
15    And then in addition, the lessor will review
16 all of maintenance documents back-to-birth to ensure
17 that they have all of the information to provide to the
18 next operator.
19    And then there may be -- you know, there may
20 be, like I said, other individual requirements based on
21 the lease that was generated at the time we took
22 acceptance of the aircraft.
23 Q. What do you call -- the word I was going to
24 use for that is "reconditioning," but that's probably
25 the wrong word to use. The C check involved here was

29

1  pressurization test.  We did, obviously, a review of the
2  aircraft to ensure there was no other damage found.  And
3  then based on our maintenance practices manual, there's
4  a communication that goes between myself, the director
5  of operations, and the quality chief inspector to all
6  agree that the aircraft could be positioned, ferried to
7  the repair location.
8      Q.  At the same time was the decision made this
9  aircraft had to be removed from the fleet in terms of
10 carrying passengers?
11     A.  So I apologize, I just had a litter internet
12 hiccup and I missed that.
13     Q.  No problem.
14         At the same time that the aircraft was deemed
15 airworthy to relocate from Phoenix to Tampa, was the
16 determination made that aircraft was not airworthy to
17 carry passengers?
18     A.  That's correct.  When we position an aircraft
19 in for maintenance, we deem it -- we fly it under a part
20 91 category, which allows no passengers.  It's only for
21 positioning to a maintenance location.  When you carry
22 passengers, you fly under a part 121 authority.  So this
23 was an approved flight for only one reason for moving it
24 to a maintenance base with only the flight crew on
25 board.

30

1      Q.  If you could, tell me what the cutoff is or
2  the tipping point, if you will, to where an aircraft can
3  only be flown pursuant to part 91 as opposed to part
4  121.
5      A.  In this case it was because we had a damage
6  event and we didn't know the extent of the underlying
7  structure.  And the extent could not be determined in
8  situ or Phoenix, so we sent it to our maintenance
9  provider for evaluation.  Because we couldn't deem the
10 aircraft airworthy, we couldn't allow passengers on it.
11     Q.  On a side note, does Frontier have routes to
12 Tampa?
13     A.  Do we -- I'm sorry, do we have routes to
14 Tampa?
15     Q.  Yes, sir.
16     A.  Yes, it is an online station for us.
17     Q.  Do you know how the costs were calculated to
18 ferry the aircraft from Phoenix to Tampa?
19     A.  No, I do not.
20     Q.  At some point, because this aircraft was going
21 to be pulled out of service to be returned to the
22 lessor, was the aircraft going to have to be ferried to
23 Tampa for the C check and to be checked out to return to
24 the lessor?
25     A.  At some point, yes.

31

1      Q.  So that ferry was going to happen one way or
2  the other?
3      A.  To the best of my knowledge, yes.
4      Q.  Did you have any other options of a facility
5  to send it to to complete the C check?
6      A.  No.  We had no other essential maintenance
7  providers under contract to perform the work.
8      Q.  Do you now?
9      A.  No.
10     Q.  The facility in Denver, can it perform any C
11 checks?
12     A.  No.
13     Q.  Did you have to take any special precautions
14 to ferry the aircraft to the PEMCO Tampa facility other
15 than flying it just with the flight crew pursuant to 91
16 as opposed to 121?
17     A.  We evaluated the airworthiness.  We did a
18 pressurization check.  We did review of the flight
19 controls and the essential functions of the aircraft
20 prior to flight, but that would have been the extent of
21 it.
22     Q.  It didn't have to cruise at a different
23 attitude or change the way it was flown or anything?
24     A.  No.  Based on the fact that it held
25 pressurization, we were able to fly it in a pressurized

32

1  situation.
2      Q.  Does any dent into an aircraft require it to
3  be taken out of service?
4      A.  Not necessarily, no.
5      Q.  Where would you draw the line in terms of how
6  severe a dent would need to be to take an aircraft out
7  of service?
8      A.  So we have a procedure with any aircraft
9  damage where we do a -- first a physical and a general
10 visual inspection.  And then we do a detailed visual
11 inspection, and that consists of damage mapping.  And
12 what they'll do is evaluate the damage area against the
13 limits in the structural manual that comes from Airbus.
14 We'll evaluate to the best of our ability the underlying
15 structure.  There's been times where we've had a stand,
16 a maintenance stand or some event, you know, push up
17 against an aircraft where it virtually didn't create any
18 damage; but we would have to do the same level of
19 inspection before we deem the aircraft airworthy.
20     Q.  Who completed the inspection of this aircraft
21 in Phoenix to make the determination that it needed to
22 be flown pursuant to 91 versus 121?
23     A.  Well, the inspection was accomplished by the
24 maintenance team in Phoenix.  The determination that it
25 was going to be flown under a part 91 maintenance ferry

33

1 flight was myself, the director of operations, and the
2 director of quality.
3    Q.  Did you review photographs from Denver of the
4 damage?
5    A.  I saw the initial photographs that were
6 provided, correct, yes.
7    Q.  Can you tell me from a preliminary basis, what
8 was Frontier's determination of what the damages
9 actually were?
10    A.  So based on what I saw at the time, I saw a
11 deep dent below the one right or R1 door.  It appeared
12 to go over a number of subframes.  And they appeared to
13 be dented, some underlying damage.  It was -- it looked
14 to be great enough that it passed rather than just an
15 open skin dent, it was a dent over frames and subframes,
16 which led us to believe there was probably some
17 additional issues underneath the surface that we needed
18 to evaluate.
19    Q.  Once the aircraft was at the repair facility,
20 do you know who performed the initial inspection of the
21 damage?
22    A.  The -- we contract the engineering services
23 from PEMCO along with our team started the initial
24 evaluation.
25    Q.  Does PEMCO do work for other airlines other

34

1 than Frontier?
2    A.  Yes.
3    Q.  Do you know how many?
4    A.  Currently I believe they are servicing
5 American and Jet Blue.  At the time I don't know who was
6 there; but they are like many repair facilities, they
7 support many airlines.
8    Q.  During your entire time at Frontier, has the
9 only aircraft maintenance company that Frontier has
10 contracted with been PEMCO?
11    A.  No.
12    Q.  Who else have you contracted with for
13 maintenance?
14    A.  When I first came here, we were with a company
15 called Aero Turbine in Goodyear, Arizona.
16    Q.  Do you know when it changed to PEMCO?
17    A.  We did a request for proposal for heavy
18 maintenance in 2016, and we changed facilities at that
19 time.
20    Q.  So from 2016 to the present, PEMCO has been
21 your contracted heavy maintenance contractor?
22    A.  Correct.
23    Q.  Can you give me a layperson's summary of how
24 heavy maintenance is different than the -- what you
25 referred to as overnight maintenance that takes place in

35

1 Denver?
2    A.  Sure.  So as I mentioned it's what we call C
3 check level maintenance.  It's the scheduled overhaul
4 maintenance that happens typically every two years.  And
5 at that time you perform the tasks that the manufacturer
6 recommends for that level of age of the aircraft.  And
7 because of the extensive nature of those tasks, it takes
8 anywhere from seven to ten days on the lowest level
9 checks up to thirty days or more on the heaviest level
10 checks.  And so we consider that heavy maintenance.
11       In addition, you'll do a number of tasks that
12 the airline requests, like, for example, every C check
13 we change out the aircraft carpeting just because after
14 two years of use with high utilization, it just gets
15 threadbare.
16       We also refurbish components.  We refurbish --
17 we repaint the inside of the overhead bins because of
18 all of the baggage that comes in and out.  And at this
19 level of maintenance is really your only opportunity to
20 do that when it's out of service for an extended period
21 of time.
22    Q.  So the C checks, regardless of what you are
23 working through, you said it's from C1 to C12?
24    A.  Correct.
25    Q.  And as you work your way through that, the C

36

1 check process, you do them either every two years or
2 every 4,750 hours?
3    A.  Correct.
4    Q.  And so it's going to be in sequential order in
5 terms of C1 to C12?
6    A.  Correct.
7    Q.  Of those C checks, which -- does it get
8 progressively more involved or it just depends on which
9 one it is?
10    A.  It's a little of both.  But in general it gets
11 progressively more involved.  As you get to the higher
12 level checks, you start getting into what we call the
13 wet areas or the areas below the cargo where if there's
14 any moisture or anything in the aircraft, it just drops
15 down to the lower surfaces and then you typically will
16 find corrosion at those scheduled visits.
17       And so, yes, the heavier the check typically
18 are the more extensive and the more work that gets done.
19    Q.  And again, I'm sorry if I asked this, but do
20 you recall which of the C checks this aircraft was
21 scheduled to undergo in the Spring of 2018?
22    A.  I apologize, I don't recall.
23    Q.  You said that would be in your notes?
24    A.  Yes.
25    Q.  When we take a break would you mind checking

37

1  your notes to find that for me?
2  A. I can do that.
3  Q. Do you know when this aircraft was scheduled
4  to be returned off the lease?
5  A. I don't know the exact date. I don't know. I
6  knew it was sometime in the end of or by -- before the
7  end of 2018, but I don't know the exact date.
8  Q. Was the fact that this aircraft was scheduled
9  to be returned off lease, did that play a role in the
10 speed in which these repairs were done and the speed in
11 which the C check was done?
12 A. So the damage occurred on the 1st of April of
13 2018. The aircraft was scheduled to come out of service
14 the end of April and was supposed to be inducted into
15 its lease return C check on May 1. So we took the
16 aircraft to PEMCO to do the damage, the initial damage
17 evaluation. Roughly within the first week of it being
18 there where we found -- we noticed the underlying
19 structure and we knew we needed to get the Airbus group
20 involved.
21     There was -- it was determined that the
22 repairs would not be able to be done in time to put the
23 aircraft back in revenue service and only to pull it out
24 again less than 30 days later to accomplish its lease
25 return.

38

1  Q. So when this aircraft -- so within a week or
2  so of it being at PEMCO's facility, a determination was
3  made that this aircraft was not going to be returned to
4  in-revenue service?
5  A. Correct.
6  Q. And that was because at that point in time you
7  already knew that the repairs were going to last a
8  certain period of time?
9  A. That's because we evaluated the extent of the
10 damage. We sent what we call a tech request, which is
11 our communication back and forth to Airbus. We sent
12 them a tech request based on the initial information we
13 had. And their initial response to us was that they
14 needed to send a technical representative out to
15 evaluate the aircraft. And what they saw initially was
16 this was going to be an extensive repair.
17 Q. By the way, are the items to be completed as
18 part of the lease return the same for all leases?
19 A. No, they are all different.
20 Q. And do you know how this particular lease was
21 different than other leases in terms of what needed to
22 be done for the lease return?
23 A. Not specifically, no.
24 Q. Do you know generally?
25 A. I do recall that the majority of the lease

39

1  return criteria was the same as most lease returns. I
2  knew -- I believe there was a few specific items with
3  regards to the longevity of the parts or the life of the
4  parts that we had to evaluate during the process, but
5  that's -- based on initial review of my previous notes,
6  that's the only thing that stood out.
7  Q. Those were the only things that stood out as
8  being somewhat unique to the lease in question?
9  A. Yeah. And even at that, it wasn't unique.
10 It's a requirement of all of the leases. There's
11 just -- sometimes there's a different percentage of life
12 left on a part that you need to maintain. Sometimes
13 it's 50 percent. Sometimes it's 100 percent. And I
14 just notice that this one appeared to be a bigger
15 requirement. But that is -- I mean, it's the same
16 requirement of all leases.
17 Q. Have you worked on aircraft, not you
18 personally, but have you dealt with a lease return to
19 this particular lessor before?
20 A. Not before this one, no.
21 Q. Does the lessor have someone there at the
22 facility that's monitoring or supervising the lease
23 return work?
24 A. Yes.
25 Q. Do you recall who that was in this case?

40

1  A. No, I don't recall.
2  Q. Do you know -- have you ever met those folks
3  before?
4  A. Yes.
5  Q. And one of those oversee-ers or oversight
6  personnel from the lessor would have been present during
7  the reconditioning or the lease return process for this
8  aircraft?
9  A. That's correct, yes.
10 Q. Did they also have an office there at PEMCO
11 where they are permanently housed?
12 A. Yes.
13 Q. So you've got -- at PEMCO you've got people
14 that are there representing the airlines directly like
15 your staff?
16 A. Correct.
17 Q. And then you've got people that are there
18 representing the lessors?
19 A. Correct.
20 Q. Does PEMCO have people from Airbus there on a
21 permanent basis?
22 A. No.
23 Q. So it sounds like -- I think I was a little
24 bit confused on this. You got me straighten up, I
25 think. You don't necessarily have to perform a C check

41

1  in order to return the aircraft to a lessor?
2     A.  No, I don't believe that's a true statement.
3  I've never seen a lease return that I did not have to
4  provide a C check.  The only -- I guess in my career,
5  the only exception to that is if the lessor effectively
6  either didn't have another customer or didn't want to
7  continue to fly the airplane, we've bought out of the C
8  check lease return conditions.  But every return that
9  I've been through that the aircraft has gone to either
10 another operator or back to the lessor to remarket
11 again, we have always had to provide or to complete the
12 next scheduled C check.
13    Q.  Okay.  We have been going for about an hour.
14 We can take, you know, a five-minute break or whatever
15 it takes.  Could you go ahead and check your notes for
16 me about the -- which C check this actually was.
17    A.  I'd be happy to.
18    Q.  Thank you.
19         (Recess taken from 11:59 a.m. MDT to
20 12:05 a.m. MDT)
21         MR. JARVEY:  Gary, before we start, could
22 Mr. Mach clarify the location of something he talked
23 with you about previously?
24         MR. LINDER:  Sure.
25         THE WITNESS:  I believe there was a

42

1  comment or a question about where the aircraft was moved
2  from.
3          MR. JARVEY:  We can do it on the record.
4  You asked him about the pressurization check before the
5  ferry flight.  And when I heard it, it was unclear about
6  where that pressurization check took place and so I
7  wanted him to be able to clarify where that check took
8  place on the record.
9          MR. LINDER:  I think we are on the
10 record.  Go ahead, Mr. Mach.
11         THE WITNESS:  I may have misinterpreted
12 the question, but the -- prior to the movement of the
13 aircraft to Tampa, the general visual inspection and the
14 pressurization and the validation of its airworthiness
15 was done in Phoenix prior to its departure to Tampa.  I
16 may have misspoke that it was in Denver, but it was in
17 Phoenix.
18 BY MR. LINDER:
19    Q.  My understanding is this aircraft traveled
20 directly from Phoenix to Tampa rather than going
21 anywhere else.  Right?
22    A.  Correct.
23    Q.  While we were on a break were you able to
24 determine which C check this aircraft was undergoing
25 prior to being returned to the lessor?

43

1     A.  Yes.  It was a C8.
2     Q.  Can you tell me generally what a C8 involves?
3     A.  Typically it's your -- it's a heavier level
4  check.  Without evaluating the exact details, I believe
5  a C8 level check gets into the aft wet area, what we
6  call the -- where the aft cargo compartment, wet area,
7  which is below the floors of the aft cargo.  And I also
8  believe we get into some significant thrust reversal
9  work.  What they call or what's known as a ten-year
10 check is accomplished during the C8 visit.  Those are
11 two of the things that I recall that are substantial
12 maintenance events.
13    Q.  Would there be any other minor maintenance
14 that had to be completed as part of a C8?
15    A.  Yes.  There's probably -- I'm guessing there's
16 probably at least 1500 maintenance tasks that are
17 incorporated in a C8 check.
18    Q.  I'm sorry, how many?
19    A.  I'm guessing in the neighborhood of 1500.
20    Q.  Okay.  How long does a C8 check typically
21 take?
22    A.  A normal C8 check is probably 21 to 24 days.
23 A C8 check in conjunction with a lease return, we
24 average between 30 and 45 days.
25    Q.  Is it very common to have to do a C8 check at

44

1  the same time you are returning a lease aircraft or a
2  leased aircraft?
3     A.  It is very common to do a C check.  The level
4  of C check is dependent on the age of the aircraft or
5  whatever the next scheduled check is to be.
6     Q.  Understood.  So do you know with this aircraft
7  the last time it was in for a C check prior to this C
8  check?
9     A.  I don't know the exact dates, but I would have
10 to -- I would believe it would be roughly two years
11 before that.
12    Q.  Does Frontier try to time the C checks
13 consistent with when the aircraft is going to be
14 returned to the lessor?
15    A.  To the best of their ability, yes.  There are
16 some leases that expire in mid check time frame, but
17 most of the visits -- most of the leases are on a
18 calendar -- two calendar year.  As I mentioned earlier,
19 they are either eight-year or ten-year or twelve-year.
20 And if you do a C check roughly every two years, they
21 generally line up fairly close.
22    Q.  You mentioned this and I think we talked a
23 little bit about it before.  When an aircraft comes up
24 to be returned mid C check, so a year past the last C
25 check, do you have to do another C check before you turn

45

1  it in?
2  A. It's dependent on the lease return conditions;
3  but generally yes. I've never known a lease return to
4  not have you effectively zero time or zero -- or do the
5  next level, scheduled maintenance level C check.
6  Q. Do you know how much a C8 level C check
7  typically costs?
8  A. That would be in my budget files. I don't
9  have the number readily available.
10  Q. Do you have --
11  A. I --
12      (Simultaneous cross-talk)
13  Q. Do you have an estimate?
14  A. It would be in the neighborhood of half a
15  million dollars.
16  Q. And that would be for a C8?
17  A. Correct.
18  Q. And what do C checks range in price from C1 to
19  C12?
20  A. So probably on the low end it would probably
21  be $250,000, and the high end a million and a half, a
22  million three.
23  Q. Who pays the cost of the C check?
24  A. Frontier.
25  Q. Is that always the case or sometimes the lease

46

1  makes it where the lessor pays for the C check?
2  A. Frontier always pays for the C check.
3  Q. Who pays for the lease return process, the
4  lease return repairs and -- that need to be done before
5  you return the aircraft to the lessor?
6  A. Frontier.
7  Q. How much does it normally cost to complete the
8  lease return work?
9  A. It varies. It varies based on the lease
10  return conditions that are, you know, part of the
11  contract.
12  Q. Do you know in this situation who was?
13     I'm sorry, do you know in this situation how
14  much it cost to do the lease return work?
15  A. Not without going back and reviewing my notes,
16  no.
17  Q. Can you give me an estimate?
18  A. I'm guessing it would be somewhere about a
19  million and half dollars; but once again, I would have
20  to go and review my notes. We did a number of lease
21  returns since that time and every one of them varied.
22  They are all different.
23  Q. And what does vary about that, the amount of
24  work that has to be done on the aircraft?
25  A. The amount of work that has to be done. The

47

1  amount of -- the specific lease return conditions. Just
2  the evaluation of the parts on the aircraft. There's
3  just a number of different requirements that will drive
4  variation in the cost.
5  Q. Can the C check and the lease return work be
6  done at the same time?
7  A. Yes.
8  Q. And is that common?
9  A. Yes.
10  Q. Is that what happened in this case?
11  A. Yes.
12  Q. So what was the total time that the C check
13  and the lease return work had -- was completed in this
14  case?
15  A. In the -- this event, I believe we were in the
16  neighborhood of 120 days, something in that window.
17  Q. So that is significantly more than normal?
18  A. Correct.
19  Q. Normally it takes -- you mentioned this
20  earlier, it was 20-something to 30-something?
21  A. Generally we plan, depending on the level of
22  check required, we'll plan anywhere from 45 to 60 days.
23  And that's baseline without going into the exact
24  conditions. But if I've got to make an initial plan,
25  that's what we'll schedule.

48

1  Q. Based on when this aircraft was scheduled to
2  be taken out of service -- well, actually let's take a
3  step back.
4     Do you know when this aircraft was scheduled
5  to be taken out of service?
6  A. May 1.
7  Q. So based on the aircraft being scheduled to be
8  taken out of service on May 1, can you infer at this
9  point that the aircraft was scheduled to be returned to
10  the lessor early June?
11  A. I would say more like late June.
12  Q. And is that to ensure you've got enough time
13  to complete the tasks?
14  A. That's correct. We -- in addition to the
15  return work, many times if there's a next operator, we
16  have to schedule a visit -- a subsequent visit to paint
17  the aircraft as well.
18  Q. Where does Frontier have to deliver the
19  aircraft to this lessor?
20  A. We typically do our deliveries all in Tampa at
21  that facility.
22  Q. So pursuant to the terms of the lease, the
23  lessor will take return of the aircraft there in Tampa?
24  A. Yes. Because we have personnel there and the
25  lessor has personnel there, so we typically do the lease

49

1  return right there.
2      Q. Are you aware, does Frontier sometimes extend
3  the lease terms on aircraft?
4      A. I believe over time they have, yes.
5      Q. Is that something you have anything to do
6  with?
7      A. I do not, no.
8      Q. Do you know the reason why leases are
9  extended?
10     A. Typically if -- what I recall is we'll extend
11 a lease if we don't have enough aircraft to fly the
12 scheduled flights we have. And that's generally if
13 there's a delay from the manufacturer.
14     Q. A delay from the manufacturer on what?
15     A. On delivering a new aircraft.
16     Q. Okay. Do you know if Frontier had any
17 intentions of extending the lease on this aircraft?
18     A. No.
19     Q. It was a bad question. Did Frontier have any
20 intentions of extending the lease on this aircraft?
21     A. No.
22     Q. And how do you know that?
23     A. I just know that this was a -- the aircraft
24 was a 319, and we were positioning the aircraft out of
25 our fleet because of the capacity, the seat capacity.

50

1      Q. Meaning because the capacity was too low?
2      A. Correct.
3      Q. Do you know what aircraft, what type of
4  aircraft this aircraft was being replaced by?
5      A. All of our new aircraft deliveries are either
6  320s -- A320s or A321s.
7      Q. Can you tell me what the seat differential is
8  between a 19, 20, and 21?
9      A. A 19 is 150. A 20 has 186. And a 21 has 230.
10     Q. Do you know if the aircraft that was scheduled
11 to replace this one was delivered on time?
12     A. I don't know that offhand.
13     Q. Is there an individual or an entity that
14 dictates what has to be done as part of the lease
15 return?
16     A. With regards to the maintenance?
17     Q. Well, yeah. I guess the question is, is that
18 are there situations that come up in which there's a
19 debate about whether or not something actually has to be
20 done because it's very expensive?
21     A. Uh-huh.
22     Q. And I guess that's the first question. Are
23 there situations in which there's a debate between
24 Frontier and the lessor about what work actually needs
25 to be done as part of the lease return process?

51

1      A. So from the maintenance perspective, that's
2  myself and I have a manager who supports -- his sole
3  function is lease returns. And we have a defined
4  process, a documented process, where six months prior to
5  the lease return we'll look at the lease return
6  conditions, we'll evaluate it based on our
7  interpretation; in other words, what the next level of C
8  check that's required, what all of the component
9  longevity is and so on. And then what we'll do is
10 schedule a meeting with the lessor and their
11 representatives to go over each of the definitions and
12 the defined requirements of the return. So up-front
13 before the aircraft ever arrives at the maintenance
14 facility, we know exactly what needs to happen in order
15 to meet the return conditions.
16     Q. So as part of that process is there a
17 back-and-forth about what actually needs to happen?
18     A. Well, the lessor will typically try to get a
19 brand-new airplane out of us, but we have to hold firm
20 and meet and say we are following the conditions as set
21 forward.
22     Q. In this particular situation did that type of
23 a back-and-forth occur with respect to this aircraft?
24     A. I wasn't on-site, but I would probably say
25 yes. But my team is very solid and understand that we

52

1  are not here to provide a brand-new airplane to the
2  lessor.
3      Q. When you were talking about earlier you are
4  saying that about six months out the process begins?
5      A. Uh-huh.
6      Q. That's a yes?
7      A. Yes, I'm sorry.
8      Q. That's fine. So tell me in this situation,
9  we'll break that down a little bit. What's the first
10 step that happens, say, six months out from the lease
11 return?
12     A. So my aircraft lease return manager will get
13 a -- the lease -- the copy of the lease from our
14 treasury group. He'll review the return conditions and
15 he generates a kind of a profile of expectations for the
16 lease return.
17         And then after he generates that, we'll
18 schedule a meeting with the lessor to evaluate what we
19 believe the return conditions are and then what they
20 believe the return conditions are. There's generally
21 some back-and-forth too. And then we ultimately agree
22 on a plan, like I said, prior to the aircraft arriving
23 at the repair facility.
24     Q. So the plan for this aircraft would have
25 already been put in place as of April 1, 2018?

53

1  A. Correct.
2  Q. Have you looked at that plan?
3  A. Just briefly during the break I looked and
4  noticed it was a C8 check and looked at the window. It
5  was basically what we anticipated between 45 and 60 days
6  was the initial plan. I did not pull up all of the
7  specific details of the lease return conditions.
8  Q. Do you recall, and I know you guys have a lot
9  of aircraft that come in and out, but do you recall if
10 there was anything unusual about the back-and-forth with
11 respect to the lease return requirements on this
12 particular A319?
13 A. No. Actually, when I did my review prior to
14 this deposition, I recall that the lessor seemed to be
15 very receptive and very supportive of the process.
16 Q. And this was the first time you had been
17 involved with returning an aircraft to this particular
18 lessor?
19 A. That's correct.
20 Q. Have you returned aircraft to this lessor
21 since this incident?
22 A. No.
23 Q. Is -- the normal process is for the C check
24 and the reconditioning or lease return work to be done
25 at the same time?

54

1  A. Correct.
2  Q. Is there ever a situation in which they are
3  not done at the same time?
4  A. The only time I could ever recall that is if
5  there was some agreement not to perform the C check
6  where we as the operator bought out of the return
7  conditions.
8  Q. How do you go about buying out of the term
9  conditions, do you know?
10 A. It's typically a transaction that happens with
11 our treasury group. The primary reason for doing that
12 is if the lessor or the owner of the aircraft has no
13 next operator and they have no use for it and sometimes
14 there's more value in parting the aircraft out than it
15 is to continue flying it.
16 Q. Ultimately in this case or in a situation like
17 this when you are returning this aircraft to the lessor,
18 does one or the other, so Frontier or the lessor, have
19 the final call on what has to be done before the
20 aircraft is returned?
21 A. It's a combined decision based on the lease
22 requirements. We follow the letter of the lease return.
23 Q. Well, you were saying that the lessor, of
24 course, has an agenda to try to get a new aircraft out
25 of you, and then you have an agenda to do the right

55

1  thing in terms of handling it pursuant to the lease
2  terms. So the question is, is that if you come to an
3  impasse of sorts, a loggerhead, associated with doing a
4  particular item, who gets to make that decision?
5  A. Typically it'll be brought up to my level and
6  if I can't find exact return language that supports
7  either a request by the lessor or something that we
8  found that they don't want to take responsibility for,
9  I'll reach out to our treasury group because they are
10 the ones that typically negotiate directly with the
11 lessors and I'll let them ultimately provide some
12 guidance.
13 Q. Okay.
14    I'm going to change subjects a little bit and
15 we'll start talking about the actual damage to the
16 aircraft --
17 A. Okay.
18 Q. -- here.
19    Take me through the process, this is just the
20 general process of what had to happen to get this
21 aircraft from the damage that was caused in Phoenix to
22 it being repaired.
23 A. So the aircraft was moved from Phoenix to
24 Tampa, which was our heavy maintenance provider. We
25 began the initial damage assessment, effectively opening

56

1  up enough of the aircraft where we determined there was
2  underlying damage. We knew that the -- we evaluated
3  what -- the damage we could see and what we had and we
4  sent a tech request to Airbus for an initial assessment.
5  They returned guidance to us that they felt that we
6  needed to have a structural engineer from Airbus
7  evaluate the damage in support of the ultimate repair
8  process or procedure. So at that time we agreed -- they
9  provided us with an agreement to loan us a repair
10 engineer and he came out and helped assist in the
11 evaluation of the damage while we were waiting for it to
12 be inducted into its lease return C check visit.
13 Q. Did the aircraft sit there in Tampa the entire
14 month of April before anything happened?
15 A. That's correct, yes.
16 Q. And why was that?
17 A. Well, we didn't have hanger capacity for it.
18 We didn't have any place to put it. We couldn't
19 effectively unweight or open up or eject the aircraft
20 because that needs to be done indoors inside the hanger
21 and we didn't have room for it.
22 Q. Why does that work have to be done inside the
23 hanger?
24 A. Because you just -- you can't -- I needed to
25 keep the aircraft airworthy in the event I didn't want

57

1  to put the aircraft into a storage program only to
2  remove it when we were beginning the C check process.
3  So we kept the aircraft effectively airworthy outside
4  until I had a place to bring it in in order to secure
5  the aircraft, secure all of the removed parts off of it,
6  and generate all of the work documentation and the work
7  control process.
8      Q.  When you mentioned that the aircraft had to
9  remain airworthy, take me through that again in terms of
10 why you have to keep -- because this aircraft was not
11 going to be use until it was repaired, right?
12     A.  I understand that.  But the aircraft is under
13 our operating spec, so I need to keep the aircraft
14 airworthy.  The other option is I need to put the
15 aircraft in a storage program.  And we elected -- we
16 didn't want to do that because that's an extensive
17 procedure only to be -- to have to be undone prior to
18 the -- putting it in for C check.
19     Q.  Who dictates the necessity to put the aircraft
20 into a storage program relative to what work you are
21 doing to it outside?
22     A.  That would have been my decision.
23     Q.  What are the factors that go into making that
24 decision?
25     A.  Well, we looked at the duration of the

58

1  aircraft, how long it needed to be maintained
2  serviceable in order -- before it was -- had hanger
3  capacity.  And so based on that duration and the fact
4  that the storage program is rather extensive, which
5  would have drove me to preserve engines, to unfuel, to
6  do a number of maintenance tasks that we would
7  effectively have to undo and bear the cost of that, we
8  elected just to keep the aircraft in its condition
9  before -- until the hanger capacity opened up.
10     Q.  Can you tell me generally speaking what role
11 Airbus played in the repair plan?
12     A.  Yes.  Their representative came on-site,
13 assisted in the evaluation of the damage.  He generated
14 all of the damage mapping and all of the measurements of
15 the damage.  He evaluated the repair, the parts that
16 were damaged for replacement.  And he sent all that
17 evaluation and damage to Toulouse for the designers or
18 the repair folks in -- at Airbus in Toulouse to
19 ultimately generate what we call the repair dossier or
20 the repair steps in order to get the aircraft airworthy
21 again.
22     Q.  Who prepares the repair dossier?
23     A.  That was done at Airbus in France.
24     Q.  And what is included in that dossier?
25     A.  It's effectively all of the repair

59

1  instructions from removal of the damaged parts -- well,
2  I could back up a little bit more.  It initially starts
3  with the aircraft condition.  We had to jack the
4  aircraft in a certain condition.  We had to do what we
5  call zero-stress jacking or zero loading, and put the
6  aircraft in a condition where the parts could be removed
7  and go back in place without shifting of any of the
8  components, any of the structure, internal structure.
9          They provided the work steps for the access.
10 We had to remove the entire, what we call the E and E
11 bay or the electrical bay where there's literally dozens
12 and dozens of black boxes and computers and racks that
13 had to be removed in order to gain access.  They provide
14 the instructions for all of the removal and ultimately
15 the instructions for replacement of all of the damaged
16 parts.
17         And then lastly, the instructions include the
18 checkouts of all of the areas that were accessed or
19 removed in order to facilitate the ultimate
20 airworthiness documents that we need to keep flying the
21 airplane.
22     Q.  You said zero-load jacking, can you tell me
23 what that is?
24     A.  Sure.  We had to actually jack the aircraft in
25 a way where there was zero load on it.  So part of the

60

1  repairs, we had to change a number of skins that were
2  surrounding the door frame.  The door frame is a very
3  strong structural area because of the door that closes
4  and pressurizes and opens and closes multiple times.
5  And there was a number of parts that needed to be
6  replaced.  And in order to ensure that when you remove
7  all of these parts and you put the new parts in place,
8  that the structure doesn't shift, we had to zero-stress
9  load the aircraft.  We had to jack it in a number of
10 positions on the wing, on the fuselage, and the tail.
11 We had to put shoring underneath the aircraft.  And then
12 each of these jack points had to have a dynamometer
13 installed on them that had to be recorded every 24 hours
14 to ensure the aircraft didn't move at all.
15         During the time of zero-stress jacking there
16 could be no other maintenance accomplished on the
17 aircraft because the worst-case scenario is if the
18 aircraft shifted, the parts effectively wouldn't go back
19 together again.
20     Q.  So you're saying that no other maintenance of
21 the aircraft could be completed while it was zero
22 jacked?
23     A.  So you -- we could do maintenance up to the
24 point where 50 percent of the fasteners were removed.
25 And then at that point, no other maintenance, no other

                                                                   61

1  person, no other people could be on the aircraft.  We
2  had to replace the parts that were damaged and then we
3  had to install at least 50 percent of the fasteners back
4  in again before we could continue the rest of the
5  maintenance on the aircraft.
6     Q.  So during the repair of the damage, were you
7  also completing the maintenance associated with
8  returning the lease?
9     A.  Where we could, yes.
10    Q.  Do you know how much time the aircraft was
11 actually in a, you know, you said something about
12 50 percent of the fasteners and then 50 percent of the
13 fasteners back, how long it was that you couldn't
14 complete any other maintenance?
15    A.  As I recall it was a window of about three
16 weeks.
17    Q.  So would you say then that the timeline to
18 complete the repair and the C check and the maintenance
19 was extended by a period of three weeks because of the
20 repair?
21    A.  No.  That was only the portion of the time
22 where no other work could be done on the aircraft.
23    Q.  All right.  What else would have extended that
24 time period?
25    A.  The fact that you had to jack the aircraft,

                                                                   62

1  you had to put it in a condition where the repair parts
2  could be replaced.  Then you had to remove the old
3  damage parts.  You had to install the new parts and
4  complete the structural portion of the repair.  And then
5  ultimately then we continued with the rest of the other
6  work that was scheduled on the aircraft.  And then we
7  had to reassemble all of the components and the
8  electrical boxes and all of the avionics that were
9  removed to gain access that was outside of the
10 structural portion of the repair.  And then ultimately
11 we probably spent a good week at the end of the visit
12 checking out all of those components to ensure they were
13 working correctly.
14    Q.  Okay.  How much time of the delay would you
15 account the delay in terms of what this aircraft was
16 going to be normally done?  So this aircraft was
17 scheduled at out of service April 1, was supposed to be
18 back to the lessor June 1 and actually didn't get
19 returned to the lessor, I think, until August.  Is that
20 your understanding of the timeline?
21        MR. JARVEY:  Form.
22    A.  So you stated that the aircraft was out of
23 service April 1.  It was scheduled out of service May 1,
24 not April 1.
25 BY MR. LINDER:

                                                                   63

1     Q.  I'm sorry, yeah.
2     A.  So our original plan before the damage event
3  is we brought -- it was scheduled out of service May 1.
4  It was scheduled to return sometime the end of June.  I
5  don't recall the exact date.  We ultimately returned the
6  aircraft, I believe, sometime in mid-August.
7     Q.  So you're calculating how many days extra did
8  it take to get this aircraft back to the lessor?
9     A.  I'm thinking in the neighborhood of 45.  I
10 don't have the exact dates, but somewhere in the
11 neighborhood of 45 additional days.
12    Q.  And how did you come to that determination?
13    A.  Because all other aspects of the visit were
14 normal.  The C check was normal.  The return was normal.
15 And we had originally scheduled to be done in June.  But
16 we weren't done until mid-August is when it finally, the
17 aircraft was operational and able to position over to
18 its paint actions.
19    Q.  Was part of the delay a function of manpower?
20    A.  No.
21    Q.  So is it -- am I correct to assume then that
22 what you are saying is that there were 45 days extra
23 time associated with the repair of the aircraft?
24    A.  Correct.
25    Q.  And that has to do with the fact that at least

                                                                   64

1  at a period of time it was jacked in a way in which zero
2  other work could be performed on the aircraft?
3     A.  That's part of it, yes.
4     Q.  And that was for about a week?
5     A.  No.  I believe it was for close to three
6  weeks.
7     Q.  Three weeks.
8         And then was there other time during the
9  repair process that no other work could be completed?
10    A.  No.
11    Q.  So I'm wondering then -- I think we talked
12 about it a little bit is that -- where's the other 24
13 days are coming from?
14    A.  So there was -- obviously there was work that
15 could be done at the same time.  There was scheduled --
16 or there was the rest of the damage repair that could be
17 done simultaneously with the C check.  There was the
18 access of all of the components, the preparation for the
19 repairs.  There was the reinstallation of all of the
20 components for the repairs.  And then there was the
21 checkout of all of the components that were removed for
22 the repairs.
23    Q.  How much time of the delay do you attribute to
24 not having a place to put the aircraft into the hanger?
25    A.  The only time we didn't have ability to put

65

1 the aircraft in the hanger is from April 1 when it was
2 moved there to the 1st of May.
3    Q.  Do you know if the aircraft that was taking
4 up -- this is probably a silly question, but do you
5 know -- well, how many different hangers does PEMCO
6 have?
7    A.  They have two hangers.  They have one hanger
8 that Frontier works out of.  And in that one hanger
9 there are four different bays, four different locations
10 for aircraft.
11    Q.  Okay.  So four aircraft in one hanger.
12 There's a dedicated hanger just for Frontier aircraft?
13    A.  Well, not technically.  But at the time and
14 even today we utilize 90 percent of the capacity.
15    Q.  90 percent of the capacity of that hanger that
16 will have four aircraft?
17    A.  Correct.
18    Q.  The other hanger, does it also handle four
19 aircraft?
20    A.  Yes.
21    Q.  And that other hanger is used to service other
22 airlines?
23    A.  Correct.
24    Q.  Are your airplanes ever put into the other
25 hanger for work if there's capacity?

66

1    A.  No.
2    Q.  Never?
3    A.  (No verbal response.)
4    Q.  Do you know what the other -- well, so for the
5 month of April the hanger was completely full with four
6 aircraft?
7    A.  Yes.
8    Q.  And those were all Frontier aircraft?
9    A.  Yes.
10    Q.  Do you know what work was being performed on
11 those four aircraft?
12    A.  I believe we had at least one scheduled C
13 check line and there was at least two other -- two or
14 three other lease returns.  I'd have to verify from my
15 notes.
16    Q.  Was there any consideration given to
17 prioritizing this particular aircraft over the four that
18 were already in the hanger?
19    A.  Unfortunately the other aircraft that were in
20 the hanger were with -- were already in the middle of
21 their maintenance cycle and there was no opportunity to
22 removed them from the hanger docking and position them
23 outside to make room for this aircraft.
24    Q.  So it was impossible to make room for the
25 aircraft is what you are saying?

67

1    A.  Correct.
2    Q.  Did the aircraft that were in the hanger, were
3 there any delays associated with those aircraft that
4 extended the period of time before you could get the
5 subject aircraft into the hanger?
6    A.  Not that I recall.
7    Q.  Was there any consideration given to using a
8 different repair facility since this repair facility
9 could not take the aircraft --
10    A.  No.
11    Q.  -- at the time?
12    A.  No.
13    Q.  Is that even possible?
14    A.  It is.  It's quite an extensive process.  It
15 takes quite a bit of time and effort and resources to
16 start up another facility.  And then once again, I would
17 have to validate if there was capacity, even capacity to
18 do it.
19    Q.  I guess the question is why then?  Why did you
20 not look for a potential repair facility that had
21 capacity?
22    A.  Because I know what it takes to stand up
23 another facility to do that.  You have to, first of all,
24 get a contractual agreement with them which takes
25 internally to negotiate that can take two to three

68

1 weeks.  You have to do an audit of the facility, which I
2 have to get my audit team to go out.  And that takes
3 using two to three weeks.  You have to validate that
4 they have the tooling, the capability, the personnel.
5 And once all of this happens then I have to go to our
6 FAA and get them approved as well.  In addition, I would
7 have to develop a new site team.  I would have to get
8 facilities engaged.  I would have to get IT
9 infrastructure.  Typically it takes us on average six
10 months to stand up a new facility that does that level
11 of work.  And given the fact that the aircraft event
12 happened in April and it was scheduled for a maintenance
13 slot in May, it didn't make economic, feasible sense to
14 do that.
15    Q.  You said that it would take six months.
16 During your career in aviation in general, not just with
17 Frontier, have you had a situation to where you've had
18 to go and -- or you've set up a new repair facility?
19    A.  Yes, multiple times.
20    Q.  Did -- were you the person involved in
21 switching -- I'm sure you were then based upon the
22 dates.  Were you the person involved in switching
23 Frontier from the prior maintenance provider to PEMCO?
24    A.  Yes.
25    Q.  And did that take about six months?

73

1  A. No, there wasn't.
2  Q. So was a less extensive repair considered?
3  A. No, we didn't because Airbus owns the repair
4  design. They own the drawings. They own the
5  documentation to support the repair. At the end of the
6  day, I needed to have an airworthy document provided to
7  give to the lessor to ensure that this aircraft was
8  repaired in the proper condition and the proper
9  procedures. And Airbus is the only one that is able to
10 do that.
11 Q. So at the end of the process does Airbus
12 produce some sort of documentation certifying that the
13 aircraft is airworthy?
14 A. Yes.
15 Q. What is that document called?
16 A. It's called an RDAS, a repair design -- I know
17 you were going to ask me that. I don't recall the
18 acronyms. But it's -- effectively it's a form that says
19 this is done in conditions with their guidance in the
20 certain conditions and most importantly that there's no
21 additional inspection requirements for the life of the
22 aircraft. That typically is a No. 1 condition for the
23 lessor. They want to ensure that all repairs that are
24 accomplished on the aircraft through the life of our
25 ownership don't generate any maintenance requirements

74

1  after we -- after it departs us. So Airbus provided us
2  what they call a Form 8110, which is a FAA document
3  which validates the airworthiness of the repair.
4  Q. I know I'm skipping back to something.
5      Talking about the repair timeline, it is true
6  that at all times the aircraft was in the hanger but for
7  the 15 days that it was -- had zero-load jacking that
8  essentially all three -- there's three things that were
9  happening, right, you've got the repair to the dent,
10 you've got the C check, and then you've got the lease
11 return tasks. Those three tasks. Right?
12 A. Right.
13 Q. And so other than the 15 days that the
14 aircraft was in the zero-load jacking position or
15 50-percent less the fasteners were undone, were all
16 three of those things going on at the same time?
17 A. So first off, I believe I stated that the time
18 frame was 21 days that I believe was we were at the
19 zero-stress loading. But typically I would say yes, all
20 three events took place at the same time. Obviously
21 there are certain times where based on the condition of
22 the aircraft or the scheduling events that were taking
23 place at one particular time, there may be one aspect of
24 maintenance that wasn't being done.
25     I can give you an example. If for some reason

75

1  I'm in the middle of the visit and there's no fuel on
2  the aircraft and one of the C check tasks is to validate
3  the functionality of the fuel pumps, well, I can't do
4  that. But in general, yes, all tasks are done
5  simultaneously.
6  Q. Other than the 21 days -- I'm sorry, I wasn't
7  trying to trick you. Other than the 21 days that the
8  aircraft was in a zero-load position, did any of the
9  three tasks delay another, if that makes sense?
10 A. I don't believe so, no.
11 Q. And again, there was at no time a labor
12 shortage that delayed the work?
13 A. No. Unfortunately the repair itself, you
14 could only put so many people on it, so I actually had
15 an abundance of labor during that time frame.
16 Q. What do you mean by that in terms of extra
17 people?
18 A. Yeah. So there's typically normally 40 to 70
19 people per shift on an aircraft during its visit.
20 Because of the close proximity of the repair, I could
21 only have four to five people on it at a time to do the
22 repairs. And so there was an abundance of labor that we
23 had to reallocate to other projects.
24 Q. Did you reallocate that labor to other
25 projects on this aircraft or a different aircraft?

76

1  A. This was during the period of time where I
2  could do no other work other than the repair.
3  Q. So part of that 21 days?
4  A. Correct.
5  Q. Ultimately, you know, Frontier received
6  invoices for this repair work. Correct?
7  A. Correct.
8  Q. And have those invoices been paid in full?
9  A. As best to my knowledge, yes.
10 Q. From your perspective, from the maintenance
11 director's perspective, did Frontier make any efforts to
12 ensure they were given a competitive price for the
13 repairs completed?
14 A. I believe we were. We evaluated every --
15 every repair we get, every invoice we get is reviewed
16 for its validity and we believe it's competitive, yes.
17 Q. Is there an industry standard for how much a
18 repair of this type should cost?
19 A. No.
20 Q. Is there an industry standard for how many
21 hours it should take to repair the damage?
22 A. No.
23 Q. Is there an industry standard with respect to
24 how many hours a C8 check should take?
25 A. Yes.

77

1  Q. And do you know how many hours that is?
2  A. Not without looking at my notes, no.
3  Q. And the same thing is true of the cost for a
4  C8, I guess that depends on what's going on with the
5  aircraft?
6  A. Correct.
7  Q. And then did Frontier make any efforts to make
8  sure that the time it took total to repair the aircraft
9  was within industry standards?
10  A. So I don't believe there was an industry
11  standard for this level of repair. But I can tell you
12  that we reviewed the hours associated with repair based
13  on the personnel working it and we did deem it
14  appropriate.
15  Q. I've got a few questions for you regarding
16  definitions. What would you call nonroutine repairs?
17  A. So during a C check or during a heavy
18  maintenance level check, the bulk of the task cards that
19  are assigned are effectively open up and inspection. So
20  airframe maintenance, this is C check level maintenance,
21  is typically around 60 percent discovery. In other
22  words, you have to -- the C check task card tells you to
23  open a floorboard and evaluate the floor beams
24  underneath the floorboard. That's a routine task card.
25      And then what happens is when you open it up,

78

1  if you find either corrosion or underlying structure
2  damage or any type of action that would require
3  maintenance, then you would generate what they called a
4  nonroutine. And then that nonroutine is then negotiated
5  based on the required time and materials it takes to
6  repair it. So every routine task may or may not
7  generate a nonroutine based on the level of finding or
8  the level of exposure that it asks you to review.
9  Q. Do you know with respect to the C8 that was
10  completed on this aircraft, if nonroutine maintenance
11  had to happen?
12  A. Yes, every C check has a level of nonroutine
13  maintenance.
14  Q. Do you know generally speaking on this
15  particular aircraft what the nonroutine maintenance was?
16  A. No. I don't know the exact numbers, but I
17  don't recall it being anything out of the ordinary.
18  Q. What would be the type of things in a C8 that
19  would typically when you uncover them would be
20  nonroutine maintenance?
21  A. Once again, I would have to refer to the task
22  that the C8 ask you to open. But a good example, I
23  mentioned earlier at the C check level task, you may
24  paint the interior bins of the aircraft. So the task
25  card at a C8 check would say "evaluate the interior of

79

1  the overhead bins and paint or inspect and repair as
2  necessary." And so then we would generate a nonroutine
3  to either do repairs to the overhead bin and then
4  ultimately paint. And that would be recorded and
5  tracked on a nonroutine form versus, you know, it comes
6  out of the inspection from a C8 or C check task item.
7  And there's literally hundreds of routine cards that
8  would generate a nonroutine card.
9  Q. Okay. So of the 1500 things you are looking
10  at?
11  A. Yeah. You might generate anywhere from 500 to
12  a thousand nonroutines.
13  Q. Take me through the process of obtaining the
14  materials from Airbus. Who makes that order and what's
15  the process for ordering components from Airbus?
16  A. So are you -- is this in regards to the damage
17  repair?
18  Q. Yes, sir.
19  A. So we had an Airbus technical representative
20  on-site who we contracted in order to assist in the
21  damage evaluation. Part of his responsibilities as well
22  was to identify all of the repair materials, both the
23  structural parts and the fasteners, all of the sealants,
24  all of the expendable items that Airbus uses during the
25  manufacturing process of the aircraft.

80

1      We contracted him to identify that and then
2  ultimately schedule and order, place requisitions
3  through Airbus to facilitate the repairs. So it was all
4  done by Airbus themselves.
5  Q. Airbus is the entity that determines what
6  parts need to be ordered?
7  A. Correct.
8  Q. And the orders, do the orders come from PEMCO
9  to Airbus or from Frontier to Airbus?
10  A. So we asked Airbus to identify the parts
11  required to facilitate the repairs. They own the
12  drawings. They own all of the repair procedures and the
13  processes. That's all within their purview within their
14  documentation.
15      Typically on a maintenance manual similar you
16  get with a car, you'll never see the breakdown of all of
17  the little subparts and fasteners and components
18  associated with the entire aircraft, so Airbus has that
19  documentation and has that data. So we ask them to
20  provide that list of those requirements and to place the
21  requisition in order to facilitate that for us.
22  Q. Was there any lag between the completion of
23  the diagnostics, ordering the materials, and
24  commencement of the work?
25  A. No.

81

1  Q. I just am going to through the rest of my
2  outline here -- so that I talked about before. So who
3  at Frontier would have overseen the work on this
4  aircraft at the PEMCO hanger?
5     A. That would have been my manager, Tom DeMint.
6  Q. Is Mr. DeMint also an A&P like you?
7     A. Yes, it's part of the job requirement.
8  Q. And then Mr. DeMint has folks that work under
9  him. Correct?
10    A. That's correct.
11 Q. And what is their role?
12    A. We have production managers, which oversee the
13 actual production of the work that's being done, will
14 support any questions or ultimately ensure that the flow
15 of the work is done in accordance with the plan that's
16 developed.
17       In addition, we also have quality and
18 inspection oversight. These individual will go back and
19 validate the quality of the work. They'll document the
20 repairs or they'll validate that the repairs are
21 documented correctly and ensure that all of the
22 paperwork is accomplished correctly and all of the
23 criteria is managed through the paperwork process.
24       In addition, we have two material -- what we
25 call material coordinators on-site. They handle any of

82

1  the procurement of the parts in order to support the C
2  check level activity that's taking place.
3  Q. Okay. Did Frontier engage any sort of a
4  consultant to evaluate if the repairs being dictated
5  were all necessary?
6     A. No.
7  Q. Is that something that's ever done?
8     A. No. In this case we solicited the support of
9  Airbus and felt that they are the best ones to perform
10 that repair process.
11 Q. Same question with respect to the cost. Did
12 Frontier engage any sort of a consultant to evaluate if
13 the cost of the repairs were within industry standard?
14    A. No.
15 Q. Is it true then that the cost -- the
16 determination of the costs were reasonable and necessary
17 would be something that Frontier, a decision Frontier
18 made internally?
19    A. So when I receive the initial estimate of the
20 costs, we ask for a breakdown of materials and labor
21 support. And we felt that the costs associated with the
22 process were fair and valid.
23 Q. I know I asked this before, at least I think I
24 did. At any point in your career have you dealt with a
25 dent of this nature?

83

1     A. Not this type of dent, no.
2  Q. Do you know if this PEMCO facility had
3  repaired a dent of this nature before?
4     A. I do not know that, no.
5  Q. In terms of the price of the repairs, I have a
6  question regarding how that price is figured. Is it a
7  function of just parts plus labor?
8     A. Are you talking about the price for the
9  repair, the labor repair that PEMCO accomplished?
10 Q. I'm talking about the total price to repair
11 the dent.
12    A. Well, there's a number of pieces involved.
13 There was the Airbus piece of it, which was the
14 materials, the on-site consultant, and the repair
15 instructions and dossier that came from France, that's
16 one side of the cost.
17       The other piece of it is the labor that PEMCO
18 provided to accomplish the repair procedures which was
19 effectively a value of the rate times the hours.
20 Q. Do you know if Frontier had any contact with
21 Menzies regarding the repair process?
22    A. I do not know that.
23 Q. Did the lessor have any involvement in the
24 repairs?
25    A. The lessor was on-site every day and just

84

1  effectively evaluated our plan to ensure that we were
2  meeting the lease return conditions.
3  Q. And that would have been true of all three
4  tasks that were being completed, right, in terms of C
5  check, the lease return, and the damage to the dent?
6     A. Yes.
7  Q. Or damage from the dent, I should say.
8     A. Correct.
9  Q. Did the lessor have to approve the repair
10 plan?
11    A. No.
12 Q. Let me make sure I've covered this. If the
13 aircraft had not been damaged due to the dent, you would
14 have expected the aircraft to be out of service for 45
15 to 60 days. Correct?
16    A. That's correct.
17 Q. Can you give me an estimate for how long the
18 damage repairs actually took from start to finish? I
19 know things were all happening at the same time.
20    A. So it's, obviously there's a lot of activity
21 going on. When the aircraft was initially hangered, the
22 aircraft had to be put in a position where we gained
23 access. So if that's the point where the repairs begin,
24 that probably took place literally within a week of the
25 aircraft being inducted in the hanger. At that time we

93

1  I think you are still on mute, Mr. Mach.
2      A.  Can you hear me?
3      Q.  I can hear you.  Okay.  As it turns out, I am
4  done with your deposition.  So I'll pass the witness
5  back.
6            MR. JARVEY:  We'll read and sign.
7            (Whereupon the deposition concluded at
8  1:36 p.m. MDT)

94

7            I, the undersigned, say that I have
8  read the foregoing transcript of testimony taken April
9  6, 2021, and I declare, under penalty of perjury, that
10 the foregoing is a true and correct transcript of my
11 testimony contained therein.
13          EXECUTED this _____day of
14 _____, 2021.

17          _____
             JAMES MACH

95

1  STATE OF ARIZONA     )
                        ) SS.
2  COUNTY OF MARICOPA   )
3
          BE IT KNOWN that the foregoing transcript was
4  taken before me, COURTNEY C. VANDERWALKER, a Certified
   Reporter in the State of Arizona; that the witness
5  before testifying was duly sworn by me to testify to the
   whole truth; that the questions propounded to the
6  witness and the answers of the witness thereto were
   taken down by me in shorthand and thereafter reduced to
7  print under my direction; that the foregoing pages are a
   true and correct transcript of all proceedings, all done
8  to the best of my skill and ability.
9      [X]  Review and signature was requested.
10     [ ]  Review and signature was waived.
11     [ ]  Review and signature not required.
12         I CERTIFY that I am in no way related to any
   of the parties hereto nor am I in any way interested in
13 the outcome hereof.
14         I FURTHER CERTIFY that I have complied with
   the ethical obligations set forth in ACJA 7-206.
15 DATED at Gilbert, Arizona this 15th day of April, 2021.
17         _____
             COURTNEY C. VANDERWALKER, RPR
18           AZ Certified Reporter No. 50597
19             * * * * * *
           I CERTIFY that SEYMOUR REPORTING SERVICES has
20 complied with the ethical obligations set forth in ACJA
   7-206.
22         _____
             Rosina Seymour, RPR, Owner
23           Seymour Reporting
             Arizona RRF No. R1000