J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI P.L.C.
40 N Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-7340
Fax:  (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant Menzies Aviation
(USA), Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., | No. 2:20-cv-01432-ESW |
| Plaintiff, | **Motion to file Certain Exhibits to Statement of Facts in Support of Defendant Menzies Aviation (USA), Inc's Motion for Summary Judgment Under Seal** |
| v. | |
| Menzies Aviation (USA), Inc., | |
| Defendant. | |

Defendant Menzies Aviation (USA), Inc., request the below listed exhibits to Statement of Facts in Support of Defendant Menzies Aviation (USA), Inc's Motion for Summary Judgment be filed Under Seal at Doc. 66 filed today with the Court.

1.     Exhibit A;

2.     Exhibit B;

3.     Exhibit C;

4.     Exhibit F

9794385.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED this 30th day of September, 2021.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ J. Gary Linder
   J. Gary Linder
   40 N Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendant Menzies Aviation
   (USA), Inc.

9794385.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Adam E. Lang
Matt Jarvey
Snell & Wilmer, LLP
One Arizona Center
00 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
alang@swlaw.cin
mjarvey@swlaw.com
Attorneys for Plaintiff Frontier Airlines, Inc.

/s/ Jennifer Bernardo

9794385.1