## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br>    Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br>    Defendant. | No. 2:20-cv-01432-ESW <br><br> **[Proposed] Order** |

Upon considering Defendant MENZIES AVATION (USA), INC.'s Motion to file certain exhibits Under Seal grants their Motion as follows:

Exhibits A, B, C, and F be filed Under Seal.

DATED this _____ day of September, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge

9794369.1