J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
Telephone: (602) 263-1700
Fax: (602) 200-7883
glinder@jshfirm.com

*Attorney for Defendant*
MENZIES AVIATION (USA) INC.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

---------------------------------------------------------x
FRONTIER AIRLINES, INC.,                    :

                *Plaintiff*,           :

       - against -                           :    Case No. 2:20 CV 01432 (ESW)

                                    :

MENZIES AVIATION (USA), INC.,               :

                *Defendant*.          :
---------------------------------------------------------x

### MOTION FOR LEAVE TO FILE AMENDED BRIEF IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant MENZIES AVIATION (USA), INC. ("Menzies"), by and through its attorneys, hereby respectfully requests that the Court consider the document attached hereto as Exhibit 1 ("Memorandum of Law in Support of Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment") in lieu of the document that was filed on September 30, 2021 as ECF No. 65.

1

The reason for this request is that the original Memorandum of Law in support of Menzies' motion for summary judgment (No. 65) lost its proper formatting during the process of converting it into a PDF document, and was filed with this improper formatting. The document attached hereto as Exhibit 1 is formatted correctly. **There are no substantive differences between ECF No. 65 and the document attached hereto as Exhibit 1**.

In accordance with Local Rule 7.1(b)(3), we have also attached a Proposed Order as Exhibit 2 to the instant motion.

DATED this 1st day of October, 2021.

JONES, SKELTON & HOCHULI, P.L.C.

By  */s/ J. Gary Linder*
    J. Gary Linder
    40 N. Central Avenue, Suite 2700
    Phoenix, Arizona 85004

    *Attorney for Defendant*
    *MENZIES AVIATION (USA) INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court and served on counsel of record set forth below, through the Court's CM/ECF system.

Adam E. Lang
Matt Jarvey
SNELL & WILMER, LLP
One Arizona center
400 E. Van Buren, Suite 1900
Phoenix, AZ 85004-2202
alang@swlaw.com
mjarvey@swlaw.com

*Counsel for Plaintiff*
*FRONTIER AIRLINES, INC.*

 */s/ Jennifer Bernardo*
       Jennifer Bernardo

3