# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

-------------------------------------------------------x
FRONTIER AIRLINES, INC.,                    :

                *Plaintiff*,               :

     - against -                               :    Case No. 2:20 CV 01432 (ESW)

                                :    **[PROPOSED] Order**

MENZIES AVIATION (USA), INC.,         :

                *Defendant*.
-------------------------------------------------------x

The Court, upon consideration of Defendant Menzies Aviation (USA), Inc.'s Motion for Leave to File Amended Brief in Support of Defendant's Motion for Summary Judgment, grants the request as follows:

      The document filed as **Exhibit 1** to Defendant's Motion for Leave to File Amended Brief will be considered in lieu of the document that was originally filed on September 30, 2021 as **ECF No. 65**.

DATED this _____ day of _____, 20_____.

                                      _____
                                      Honorable Eileen S. Willett
                                      United States District Judge