1    Adam E. Lang (#022545)
2    Matt Jarvey (#031350)
     SNELL & WILMER L.L.P.
3    One Arizona Center
     400 E. Van Buren, Suite 1900
4    Phoenix, Arizona 85004-2202
     Telephone: 602.382.6000
5    Facsimile: 602.382.6070
     E-Mail: alang@swlaw.com
6           mjarvey@swlaw.com
     *Attorneys for Plaintiff Frontier Airlines, Inc.*

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        FOR THE DISTRICT OF ARIZONA

10

11   Frontier Airlines, Inc.,
                                            No. 2:20-cv-01432-ESW
12                 Plaintiff,
                                            **PLAINTIFF'S RESPONSE TO**
13        v.                                **DEFENDANT'S MOTION FOR**
                                            **LEAVE TO FILE AMENDED BRIEF**
14   Menzies Aviation (USA), Inc.,          **IN SUPPORT OF DEFENDANT**
                                            **MENZIES AVIATION (USA) INC.'S**
15                 Defendant.               **MOTION FOR SUMMARY**
                                            **JUDGMENT**
16

17

18        Plaintiff takes no position on Defendant's Motion for Leave to File Amended Brief

19   in Support of Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment.

20   Doc. 68.

21        DATED this 7th day of October 2021.

22                                          SNELL & WILMER L.L.P.

23
                                       By:  *s/Matt Jarvey*
24                                          Adam E. Lang
                                            Matt Jarvey
25                                          One Arizona Center
                                            400 E. Van Buren, Suite 1900
26                                          Phoenix, Arizona 85004-2202

27                                          *Attorneys for Plaintiff Frontier Airlines,*
                                            *Inc.*
28

4826-9057-7661

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.


_s/Kathy Sprinkle_

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4826-9057-7661