# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

The Court has considered Defendant's Motion for Leave to File Amended Brief in Support of Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment (Doc. 68) and Plaintiff's Response (Doc. 69). Good cause appearing,

IT IS ORDERED granting the Motion for Leave to File Amended Brief in Support of Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment (Doc. 68). Defendant may file an amended "Memorandum of Law in Support of Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment." **The Memorandum should be clearly designated as an "Amended Memorandum."** The Amended Memorandum will be deemed timely filed, with response time running from the date the Amended Memorandum is filed.

IT IS FURTHER ORDERED striking Doc. 65.

Dated this 8th day of October, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge