# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

The Court has considered Defendant's "Motion to file Certain Exhibits to Statement of Facts in Support of Defendant Menzies Aviation (USA), Inc's Motion for Summary Judgment Under Seal" (Doc. 67) and Plaintiff's Response (Doc. 72). Plaintiff stipulating to and joining in the motion, and good cause appearing,

IT IS ORDERED granting the "Motion to file Certain Exhibits to Statement of Facts in Support of Defendant Menzies Aviation (USA), Inc's Motion for Summary Judgment Under Seal" (Doc. 67). The Clerk of Court is directed to file under seal Exhibits A, B, C, and F to Defendant's Statement of Facts in Support of Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment (Doc. 67).

Dated this 18th day of October, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge