1  Adam E. Lang (#022545)
   Matt Jarvey (#031350)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  E-Mail: alang@swlaw.com
           mjarvey@swlaw.com
6  *Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Frontier Airlines, Inc., | No. 2:20-cv-01432-ESW |
|---|---|
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Menzies Aviation (USA), Inc., | |
| Defendant. | **(First Request)** |

Pursuant to Rule 6(b) and LRCiv 7.3, the parties stipulate and request that the Court enter an order extending the deadline for Plaintiff to respond to Defendant's motion for summary judgment (Doc. 71) by one week, from the current deadline of November 8, 2021, to November 15, 2021. Plaintiff's counsel requests the one-week extension to allow counsel to complete Plaintiff's response briefing as well as separate briefing for a response to a petition for review submitted in the Arizona Supreme Court (Case No. CV-21-0252-PR), which response is also due on November 15, 2021.

The parties have submitted a proposed order with this stipulation.

4854-8075-0081

1 DATED this 29th day of October, 2021.

SNELL & WILMER L.L.P.

By: *s/ Matt Jarvey*
Adam E. Lang
Matt Jarvey
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

*Attorneys for Plaintiff Frontier Airlines, Inc.*

JONES, SKELTON & HOCHULI, P.L.C.

By: *s/ J. Gary Linder (w/permission)*
J. Gary Linder
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Defendant Menzies Aviation (USA), Inc.*

4854-8075-0081

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 _s/Kathy Sprinkle_

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4854-8075-0081