IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA), Inc.,<br><br>    Defendant. | No. 2:20-cv-01432-ESW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |

Upon considering the parties' Stipulation for Extension of Time to Respond to Motion for Summary Judgment, and good cause appearing therefor,

IT IS ORDERED extending the deadline for Plaintiff to respond to Defendants' motion for summary judgment (Doc. 71) until November 15, 2021.

4864-2178-1505