# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

The Court has considered the parties' Stipulation for Extension of Time to Respond to Motion for Summary Judgment (Doc. 75). Good cause appearing,

IT IS ORDERED granting the Stipulation for Extension of Time to Respond to Motion for Summary Judgment (Doc. 75). Plaintiff shall file a response to Defendant's Amended Memorandum of Law in Support of Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment (Doc. 71) no later than **November 15, 2021**.

Dated this 29th day of October, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge