1  J. Gary Linder, Bar #020552
   JONES, SKELTON & HOCHULI, P.L.C.
2  40 North Central Avenue, Suite 2700
   Phoenix, Arizona  85004
3  Telephone:  (602) 263-1700
   Fax:  (602) 200-7883
4  glinder@jshfirm.com

5  Attorneys for Defendant Menzies Aviation
   (USA), Inc.
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Frontier Airlines, Inc., | NO. 2:20-cv-01432-ESW |
|---|---|
| Plaintiff, | **Stipulation For Extension Of Time To Reply To Plaintiff's Response To Motion For Summary Judgment** |
| v. | |
| Menzies Aviation (USA), Inc., | **(First Request)** |
| Defendant. | |

Pursuant to Rule 6(b) and LRCiv 7.3, the parties stipulate and request that the Court enter an order extending the deadline for Defendant to reply to Plaintiff's response to motion for summary judgment by one week, from the current expected deadline of November 30, 2021, to December 7, 2021.  Defendant's counsel requests the one-week extension due to the expected deadline falling on the Tuesday after the Thanksgiving holiday.   The parties previously stipulated to allow Plaintiff an additional week to respond to the pending motion for summary judgment.

The parties have submitted a proposed order with this stipulation.

9887729.1

DATED this 5th day of November 2021

| SNELL & WILMER, L.L.P. | JONES, SKELTON & HOCHULI, P.L.C. |
|---|---|
| By /s/ Matt Jarvey (with permission)<br>Adam Lang<br>Matt Jarvey<br>One Arizona Center<br>400 E. Van Buren, Site 1900<br>Phoenix, AZ 85004-2202<br>Attorney for Plaintiff<br>Frontier Airlines, Inc | By /s/ J. Gary Linder<br>J. Gary Linder<br>40 North Central Avenue, Suite 2700<br>Phoenix, Arizona  85004<br>Attorneys for Defendant Menzies Aviation (USA), Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.


/s/ Jennifer Bernardo

9887729.1