# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br>　　　　　　　　　　Plaintiff, <br><br>　　v. <br><br>Menzies Aviation (USA), Inc., <br><br>　　　　　　　　　　Defendant. | NO. 2:20-cv-01432-ESW <br><br>**[Proposed] Order Granting Stipulation For Extension Of Time To Reply To Response To Motion For Summary Judgment** |

Upon considering the parties' Stipulation for Extension of Time to Reply to Motion for Summary Judgment, and good cause appearing therefor,

IT IS ORDERED extending the deadline for Defendant to Reply to Plaintiff Response to Defendants' motion for summary judgment until December 7, 2021.

DATED this _____ day of November 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

9254428.1