# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated, | No. CV-20-01432-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Menzies Aviation (USA) Incorporated, | |
| Defendant. | |

The Court has considered the parties' Stipulation for Extension of Time to Reply to Plaintiff's Response to Motion for Summary Judgment (Doc. 77). Good cause appearing,

IT IS ORDERED granting the Stipulation for Extension of Time to Reply to Plaintiff's Response to Motion for Summary Judgment (Doc. 77). Defendant shall file a reply to Defendant's Amended Memorandum of Law in Support of Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment (Doc. 71) no later than **December 7, 2021**.

Dated this 8th day of November, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge