## INDEX TO EXHIBITS

*FRONTIER AIRLINES, INC. v. MENZIES AVIATION (USA) INC.*

*No. 2:20-cv-01432-ESW*

1. **Standard Ground Handling Agreement (2013)**

2. **Written Statements Regarding Damage Event**

3. **Deposition of Shantell Jordan**

4. **David Yanez Report Regarding Damage Event**

5. **Deposition of David Armando Yanez**

6. **Ground Service Manual**

7. **Declaration of Graham Gunner**

8. **Email Communications Regarding Untrained Menzies Employees**

9. **Aircraft Lease Agreement**

4876-7912-4483