# EXHIBIT 1

# (Lodged Under Seal)