# EXHIBIT 2

**ATTORNEY CLIENT PRIVILEGE - WORK PRODUCT - TRIAL PREPARATION MATERIALS**

**From:** David Yanez <david.yanez@menziesaviation.com>
**Sent:** Sunday, April 1, 2018 6:53 PM
**To:** F9safety <f9safety@flyfrontier.com>
**Cc:** Gunner, Graham <Graham.Gunner@flyfrontier.com>; Schmitt, Thomas <thschmitt@flyfrontier.com>
**Subject:** Statements

Please find the attached statements as they relate to the aircraft damage to aircraft N947FR on 1 April 2018 at approximately 00:39 hours at PHX Sky Harbor International Airport Terminal 3 remote parking spot 4.

Thanks,

David Yanez
General Manager| Menzies Aviation | Phoenix, Arizona

T: 602-386-9226 | M: 703-862-8355 | www.david.yanez@menziesaviation.com

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

DISCLAIMER
The information in this e-mail is confidential and may be legally privileged and is intended solely for the use of the individual or entity to which it is addressed. If the message is received and you are not the addressee, you must not use, disclose, distribute, copy, print or rely on this e-mail.

Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Menzies Aviation plc group of companies.

Menzies Aviation plc is registered in England and Wales with company number 2961404 at 2 World Business Centre Heathrow, Newall Road, London Heathrow Airport, Hounslow, TW6 2SF and VAT Number GB 927546496. A list of the Menzies Aviation plc group of companies with their registration details can be found at: http://www.menziesaviation.com/index/page/p/36/ref/UK-Registered-Offices

All messages are checked for viruses by Symantec.cloud, but we strongly recommend that you check for viruses using your own virus scanner. No member of the Menzies Aviation plc group of companies will take responsibility for any damage caused as a result of virus infection.

At present the integrity of e-mail across the Internet cannot be guaranteed. Therefore no member of the Menzies Aviation plc

group of companies will accept liability for any claims arising as a result of the use of this medium for transmissions by or any member of the Menzies Aviation plc group of companies.

FRONTIER 000574

It was at the ending of our shift and Robert lamon came in and asked if one of us could help out by taking the belt loader to the plane. I immediately jumped to volunteer. I grabbed the belt loader and drove up to the plane parked on pad 4. As a began to approach the plane I stopped 3x's before I began to lift the belt loader. As I proceeded to lift it, I slowed down because I was gone meet my end point. After I took the belt loader out of neutral and Mistakenly pressed the gas for the break brake. I quickly proceeded to step on the breaks but by then it was to late. The end result was me hitting the plane. Shortly after all Frontier personal where notified and I waited for David Yanez to come back into work.

- Shantell -J

STATEMENT FROM ROBERT LAMMON - EMPLOYEE # 276996
RE: AIRCRAFT DAMAGE.

ON SUNDAY MORNING 1 APRIL 2018 @ APROX 0039 WHILE POSITIONING A BELT LOADER EQUIPMENT NUMBER 6081 TO THE RIGHT FORWARD DOOR EMPLOYEE SHANTEL CONTACTED THE AIRCRAFT WITH THE BELT LOADER. THE BELT LOADER WAS BEING USED TO ALLOW THE FRONTIER MECHANIC TO GAIN ENTRY TO PROVIDE BRAKE RIDE FOR TOWING TO GATE 26 FROM AIRCRAFT PARKING PAD 4. THE INCIDENT WAS WITNESSED BY MYSELF AND THE MECHANIC/TECH WHO WAS TO PROVIDE BRAKE RIDE TO GATE 26. INCIDENT REPORTED TO ALL ON DUTY FRONTIER MECHANICS/TECHS AS WELL AS STATION MANAGER.

*R. Lammon*
1 APRIL 2018

FRONTIER 000576