# EXHIBIT 3

1 IN THE UNITED STATES DISTRICT COURT

2 FOR THE DISTRICT OF ARIZONA

3

4 Frontier Airlines, Inc., )
 )
5  Plaintiff, )
 ) No. 2:20-cv-01432ESW
6 v. )
 )
7 Menzies Aviation (USA) )
 Incorporated, )
8  )
  Defendant. )
9 ———————————————————— )

10

11

12 VIDEOTAPED VIDEOCONFERENCE
 DEPOSITION OF SHANTELL JORDAN
13

14 Scottsdale, Arizona
 March 30, 2021
15 1:34 p.m.

16

17

18

19

20 CERTIFIED COPY

21

22 Reported by: CARRIE REPORTING, LLC
 CARRIE A. CARIATI Certified Reporters
23 Registered Professional Reporter 2415 East Camelback Road
 Certified Realtime Reporter Suite 700
24 Certified LiveNote Reporter Phoenix, AZ 85016
 Arizona CR No. 50355 (480)429-7573
25 carrie@carriereporting.com

1   actually came back to work again?

2       A.    Yeah, it was weeks.  David had told me to take

3   some time off of work until they could assess the

4   situation and kind of see where all parties were at as far

5   as my -- my -- my time with the company.  So, yeah, I

6   don't know, I was off for a few weeks.

7       Q.    I think you said something a moment earlier

8   about you could not come back until you were trained.  Did

9   I hear you correctly?

10      A.    Yeah, I couldn't do anything on the ramp until I

11  was trained.

12      Q.    What training did you need to receive?

13      A.    Well, and before -- so, like, if things -- in a

14  perfect world, you are supposed to be trained before you

15  could step on the ramp.  In my case, I was told that I

16  could work without training, so I started to work.

17      Q.    So is it your testimony that at the time of the

18  incident on April 1, 2018, you were not trained to work on

19  the ramp?

20      A.    Oh, I definitely wasn't, so, yes.

21      Q.    Just so I understand your answer, yes, it is

22  correct that you were not trained at the time?

23      A.    Yes, it is correct that I was not trained at the

24  time.

25      Q.    What is the training that you are referring to

1    to work on the ramp?

2        *A.*   My training?  I -- I don't know what they would

3    classify it as.

4        *Q.*   Who told you that you could work on the ramp

5    without having that training?

6        *A.*   I wouldn't quote David, I mean, he told me I

7    could come to work without training.

8        *Q.*   This is David Yanez?

9        *A.*   Correct.

10       *Q.*   When did David Yanez tell you that you could

11   come to work without training?

12       *A.*   Like I said, I don't remember dates exactly, and

13   I am sorry about that, but I just don't.

14       *Q.*   Did David Yanez tell you you could come to work

15   without training before the incident on April 1, 2018?

16       *A.*   Yeah, I had been working there quite some time

17   before that, so, yeah.

18       *Q.*   Is it true that from the time you began work at

19   Phoenix Sky Harbor Airport through the time of the

20   incident you had not received trained on ramp work?

21       *A.*   Correct.

22       *Q.*   Did anyone else beside Mr. Yanez tell you that

23   you were allowed to work even without the training?

24       *A.*   No, not that I recall.

25       *Q.*   Did Mr. Yanez ever tell you why he believed that

1    you could work without training?

2        A.    No.

3        Q.    Did you ever, in fact, receive the training on

4    ramp work after the incident on April 1, 2018?

5        A.    Yeah, I received training after the incident.

6        Q.    Do you recall when you received the training?

7        A.    I don't.

8        Q.    Was it a month after?

9        A.    It had to have been somewhere close like a month

10   or so after when they were able to get somebody to come

11   down from Denver to train me.

12       Q.    What did the training that you received consist

13   of?

14       A.    Uploading, offloading planes, closing the

15   nettings inside of the bins correctly, how to properly use

16   the -- the belt loaders, the tugs, how to chock the

17   planes, how to put the tow bar, hook it up to the plane, I

18   don't know, where to put the cones -- I forget what we

19   kind of -- flagging the plane -- I don't even remember --

20   where you kind of usher in the plane, they taught us how

21   to do that.  Yes, that's pretty much what I can remember.

22   I am sure there's a bunch of other things, but that is

23   about what I remember.

24       Q.    And you had received none of that training that

25   you just listed before the incident on April 1, 2018?

CERTIFICATE

     I HEREBY CERTIFY that the foregoing deposition was taken by me pursuant to notice; that I was then and there a Certified Court Reporter for the State of Arizona, and by virtue thereof authorized to administer an oath; that the witness before testifying was duly sworn by me to testify to the whole truth and nothing but the truth; pursuant to request, notification was provided that the deposition is available for review and signature; that the questions propounded by counsel and the answers of the witness thereto were taken down by me in shorthand and thereafter transcribed through computer-aided transcription under my direction, and that the foregoing typewritten pages contain a full, true, and accurate transcript of all proceedings had upon the taking of said deposition, all done to the best of my skill and ability.

     I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto, nor am I in any way interested in the outcome hereof.

     I FURTHER CERTIFY that I have complied with the ethical obligations set forth in ACJA Sections (J)(1)(g)(1) and (2).

     DATED at Phoenix, Arizona, this 30th day of April, 2021.

_____
CARRIE A. CARIATI
Registered Professional Reporter
Certified Realtime Reporter
Certified LiveNote Reporter
Certificate No. 50355

     I CERTIFY that this Registered Reporting Firm has complied with the ethical obligations set forth in ACJA Sections (J)(1)(g)(1) and (2).

     DATED at Phoenix, Arizona, this 30th day of April, 2021.

_____
Registered Reporting Firm R1064
CARRIE A. CARIATI, Owner