# EXHIBIT 4

**ATTORNEY CLIENT PRIVILEGE - WORK PRODUCT - TRIAL PREPARATION MATERIALS**

**From:** David Yanez <david.yanez@menziesaviation.com>
**Sent:** Sunday, April 1, 2018 7:25 PM
**To:** Gunner, Graham <Graham.Gunner@flyfrontier.com>
**Subject:** FW: Scan Data from [Dell-S2815dn-EE5890]

Graham,

Here is the report in case you don't automatically get a copy.

Regards,

David Yanez
General Manager| Menzies Aviation | Phoenix, Arizona

T: 602-386-9226 | M: 703-862-8355 | www.david.yanez@menziesaviation.com

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

**From:** PHXMGR
**Sent:** Sunday, April 01, 2018 6:17 PM
**To:** David Yanez <david.yanez@menziesaviation.com>
**Subject:** Scan Data from [Dell-S2815dn-EE5890]

DISCLAIMER
The information in this e-mail is confidential and may be legally privileged and is intended solely for the use of the individual or entity to which it is addressed. If the message is received and you are not the addressee, you must not use, disclose, distribute, copy, print or rely on this e-mail.

Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Menzies Aviation plc group of companies.

Menzies Aviation plc is registered in England and Wales with company number 2961404 at 2 World Business Centre Heathrow, Newall Road, London Heathrow Airport, Hounslow, TW6 2SF and VAT Number GB 927546496. A list of the Menzies Aviation plc group of companies with their registration details can be found at: http://www.menziesaviation.com/index/page/p/36/ref/UK-Registered-Offices

**CONFIDENTIAL**                                                                    **FRONTIER 000577**

All messages are checked for viruses by Symantec.cloud, but we strongly recommend that you check for viruses using your own virus scanner. No member of the Menzies Aviation plc group of companies will take responsibility for any damage caused as a result of virus infection.

At present the integrity of e-mail across the Internet cannot be guaranteed. Therefore no member of the Menzies Aviation plc group of companies will accept liability for any claims arising as a result of the use of this medium for transmissions by or any member of the Menzies Aviation plc group of companies.

CONFIDENTIAL                                                          FRONTIER 000578

Submit    Close    Print View

Powered by:

**≡FRONTIER** | Incident Investigation Report | Form Number: 31333
Effective Date: 03/02/17

Complete this form and submit within 24 hours of an incident, along with any other forms required by the Employee Injury/Incident Checklist (form 30975). Ensure all fields are complete and correct before submitting form. Required fields are marked with a red asterisk. Clicking Submit sends the completed form to the Safety Department.

## Section I: Originator

Last Name  Yanez          First Name  David

Email  david.yanez@menziesaviation.com     Phone  602-386-9226     Date  4/1/2018

## Section II: Investigation

Date of Incident  4/1/2018          Time of Incident (24-hour clock)  00 ▾ Hours   30 ▾ Minutes (1/4 hour)

Start of Investigation  4/1/2018      City Code  phx      Aircraft #  N947FR

## Section III: Persons Involved / Witnesses

This form can be used to document three persons involved or witnesses. Use an additional Incident Investigation Report (form 31333) to document additional witnesses. Complete and submit a separate form 31333 for each person injured.

Last Name | First Name | Employee ID # | Job Title
Jordan | Shantell | sm276472 | Cleaner

○ Employee  ● Partner (Code sm    )  Department  Aircraft Appear ▾   Time in Position: 0  Years  4  Months

☐ Injured   Shift Start Time **  1800   (24-hour clock, e.g., 0830, 2145)     Drug & Alcohol Screening Completed
** For a double shift, enter start time of first shift     Hours on Duty 6          ● Yes   ○ No

Training Records Reviewed  ● Yes  ○ No  ○ N/A     Applicable Training Current  ○ Yes  ● No  ○ N/A

Failed to follow documented Frontier Policies and Procedures  ● Yes  ○ No   If yes, provide procedure and manual reference below
Used equipment not qualified to operate. Used equipment for an unintended purpose.

Last Name | First Name | Employee ID # | Job Title
Lammon | Robert | 276996 | Ramp Supervisor

○ Employee  ● Partner (Code sm  )  Department  Ramp ▾    Time in Position: 0  Years  3  Months

Shift Start Time **  1400   (24-hour clock, e.g., 0830, 2145)     Drug & Alcohol Screening Completed
** For a double shift, enter start time of first shift   Hours on Duty 9     ○ Yes  ● No

Training Records Reviewed  ● Yes  ○ No  ○ N/A  Applicable Training Current  ● Yes  ○ No  ○ N/A

Failed to follow documented Frontier Policies and Procedures  ○ Yes  ● No   If yes, provide procedure and manual reference

Last Name | First Name | Employee ID # | Job Title

○ Employee  ○ Partner (Code    )  Department  Select... ▾    Time in Position:  Years  Months

Shift Start Time **   (24-hour clock, e.g., 0830, 2145)     Drug & Alcohol Screening Completed
** For a double shift, enter start time of first shift   Hours on Duty     ○ Yes  ○ No

Training Records Reviewed  ○ Yes  ○ No  ○ N/A  Applicable Training Current  ○ Yes  ○ No  ○ N/A

Failed to follow documented Frontier Policies and Procedures  ○ Yes  ○ No   If yes, provide procedure and manual reference

☑ The persons involved or witnesses completed and submitted a separate Statement (form 30431).

CONFIDENTIAL

FRONTIER 000579

31333

**Section IV:** Property Damage? ☑ Yes

Operation Being Performed `Other ▾`

Weather `Clear ▾`

Airport Location `AUX pad / remote parking area ▾`

Surface Conditions `Dry ▾`

Aircraft Damage `Fuselage - fwd ▾`

Lighting Conditions `Night (artifical light) ▾`

If aircraft is damaged by a vendor, complete and submit a Aircraft Damage Expense Report (form 31099). Include all pertinent information below in Section VI: Details.

Each witness or person involved must complete and submit a separate Statement (form 30431). Scan and email any hand-written statements.

Vehicle/Property Involved `Belt loader ▾`

Vehicle Number/License

Click "Insert Item" to add an additional item

Insert item

**Section V:** Injury? ☐ Yes

For more than one injury, complete and submit a separate Incident Investigation Report (form 31333) for each person injured.

**Section VI:** Details

Event Description:
Include details and resulting property damage

At approximately 00:25 hours on 1 April 2018, Shantell Jordan was positioning a belt loader to door 1R for a mechanic to board the aircraft in order to brake ride the aircraft during a repositioning tow. Upon raising the belt loader boom, Mr. Jordan states that his foot slipped off the brake and hit the accelerator causing the belt loader to rapidly move forward striking the aircraft approximately 2 feet below the R1 door. Immediately, the belt loader was backed off of the aircraft approximately 2 feet for the maintenance crew to assess the damage. The damage was approximately 24 inches wide and 11 inches high and .25 inches deep (at its deepest point). The accident was observed by Supervisor Robert Lammon. The belt loader was being used because the collapsible stairs were out of service and nobody was qualified to operate any air stairs. There was a Grove cherry picker available that maintenance has used to place mechanics on the aircraft via the R1 door.

Upon arriving to the airport, Shantell Jordan was administered a standard alcohol and drug test at Concentra medical facility. His statement along with Robert Lammon's statement have been emailed.

The aircraft was repositioned to TPA at approximately 16:30 hours on 1 April 2018.

Contributing Factors (check all that apply):
Use the contributing factors to assist in determining the root causes for the incident.

☐ Repetitive motion

☐ Problem not corrected by supervisor or maintenance

☐ Willful misconduct

☐ Failure to notify supervisor or maintenance of issue

☐ Failure to recognize hazard

☐ Machine guarding, interlocks failed or removed

☐ Lack of training or communication

☐ Defective Tools

Other (be specific):

☑ Unauthorized individual performing/directing procedure

Identified root causes:
Even though the individual has been training on driving the belt loader and tractors, he was not signed off on the equipment and therefore, should not have been operating the equipment.

Available tool: 5 Why - Root Cause Analysis Worksheet (form 31341)

Recommended corrective actions:
What specific steps have been / will be taken to prevent similar events?

All personnel assigned to the contract will have a one on one with the station manager and will complete a read and sign stating that they cannot operate any equipment that they are not signed off on except during training and under the supervision of an F9 certified trainer.

CONFIDENTIAL

FRONTIER 000580

31333

Date when corrective actions will be completed:  4/6/2018   📅

Section VII:  Documentation

Submit all photos, hand-written statements, and site diagrams to the Customer Service Quality Assurance within 24 hours of the incident. Scan/email to IEP@flyfrontier.com.

| Photos/Video Sent | Written Statements Sent (form 30431) | Site Diagram Sent (form 30433) | Aircraft Damage Expense Report (form 31099) |
|---|---|---|---|
| ○ Yes ○ No ◉ N/A | ○ Yes ○ No ◉ N/A | ○ Yes ○ No ◉ N/A | ○ Yes ○ No ◉ N/A |

Verify all items on the Injury/Incident Checklist (form 31385) have been completed.    [Submit]

Submit    Close    Print View

CONFIDENTIAL

FRONTIER 000581