# EXHIBIT 5

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF ARIZONA
 3
    Frontier Airlines, Inc.,     )
 4                               )
           Plaintiff,            )
 5                               )
    v.                           )  No. 2:20-cv-01432ESW
 6                               )
    Menzies Aviation (USA)       )
 7  Incorporated,                )
                                 )
 8         Defendant.            )
                                 )
 9  _____)
10
11         VIDEOTAPED VIDEOCONFERENCE DEPOSITION
                OF DAVID ARMANDO YANEZ
12
13                  Tolleson, Arizona
                    April 2, 2021
14                    9:06 a.m.
15
16
17
18
19
20  CERTIFIED COPY
21
22  Reported by:                    CARRIE REPORTING, LLC
    CARRIE A. CARIATI               Certified Reporters
23  Registered Professional Reporter 2415 East Camelback Road
    Certified Realtime Reporter     Suite 700
24  Certified LiveNote Reporter     Phoenix, AZ 85016
    Arizona CR No. 50355            (480)429-7573
25  carrie@carriereporting.com
```

1  screen, thank you.
2           On April 1, 2018, were you familiar with
3  Frontier's ground service manual?
4      A.   Yes.
5      Q.   And can you describe in your understanding what
6  that manual was?
7      A.   The services manual covers all aspects of the
8  ground handling of Frontier aircraft, to include operation
9  of all equipment that is authorized to be used on their
10 aircraft.
11          It also talks about the -- it talks about
12 the placement of guide people.  It talks about of
13 placement of safety cones.  It talks about -- well,
14 basically all aspects of the ground operation of Frontier
15 aircraft while it is in the -- in the gate or on the
16 ground.
17     Q.   As of April 1, 2018, was the ground services
18 manual something that Menzies' employees were expected to
19 follow when performing ground service handling operations?
20     A.   Absolutely.
21     Q.   Did the actions of any Menzies employees during
22 the incident violate the ground services manual?
23     A.   Yes.
24     Q.   What actions of what employees, please?
25     A.   Using the wrong piece of equipment for what it

1  was being used for, that was one.  Then not using a
2  ground -- a ground guide.  Even though they would use a
3  ground person, that would have still violated the first
4  policy of not using that piece of equipment for that
5  purpose.
6           Even if Shantell had been qualified to
7  operate the belt loader, it is not what -- it still would
8  have violated the ground service manual in -- in the fact
9  that you are not supposed to use a belt loader for that
10 purpose.
11      Q.  That purpose being giving access to or from the
12 aircraft to maintenance personnel?
13      A.  That is correct.
14          MR. JARVEY:  All right.  If everyone would
15 indulge me in one more stretch break, I have several
16 e-mails that I think I am going to go through pretty
17 quickly after having a little break -- just a little
18 five-minute break, and then I think we can wrap this up,
19 if that's okay with everyone.
20          THE WITNESS:  Okay.
21          VIDEO TECHNICIAN:  We are off the record at
22 11:50 a.m.
23          (Recess ensued from 11:50 a.m. until
24 11:57 a.m.)
25          VIDEO TECHNICIAN:  We are back on the

CERTIFICATE

I HEREBY CERTIFY that the foregoing deposition was taken by me pursuant to notice; that I was then and there a Certified Court Reporter for the State of Arizona, and by virtue thereof authorized to administer an oath; that the witness before testifying was duly sworn by me to testify to the whole truth and nothing but the truth; pursuant to request, notification was provided that the deposition is available for review and signature; that the questions propounded by counsel and the answers of the witness thereto were taken down by me in shorthand and thereafter transcribed through computer-aided transcription under my direction, and that the foregoing typewritten pages contain a full, true, and accurate transcript of all proceedings had upon the taking of said deposition, all done to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto, nor am I in any way interested in the outcome hereof.

I FURTHER CERTIFY that I have complied with the ethical obligations set forth in ACJA Sections (J)(1)(g)(1) and (2).

DATED at Phoenix, Arizona, this 6th day of May, 2021.

_____
CARRIE A. CARIATI
Registered Professional Reporter
Certified Realtime Reporter
Certified LiveNote Reporter
Certificate No. 50355

I CERTIFY that this Registered Reporting Firm has complied with the ethical obligations set forth in ACJA Sections (J)(1)(g)(1) and (2).

DATED at Phoenix, Arizona, this 6th day of May, 2021.

_____
Registered Reporting Firm R1064
CARRIE A. CARIATI, Owner