# EXHIBIT 6

# (Lodged Under Seal)