# EXHIBIT 7

Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
         mjarvey@swlaw.com
*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br> Defendant. | No. 2:20-cv-01432-ESW <br><br> **DECLARATION OF GRAHAM GUNNER** |

I, Graham Gunner, declare as follows:

1. I am employed by Plaintiff Frontier Airlines, Inc. ("Frontier") as a Station Regional Manager, and I served in that role at all times relevant to this declaration. One of my duties is managing ground handling services at Phoenix Sky Harbor International Airport ("Phoenix Sky Harbor"). I make this declaration based on my own personal knowledge.

2. I am familiar with the damage event that occurred on April 1, 2018, at Phoenix Sky Harbor, in which an employee of Defendant Menzies Aviation (USA), Inc. ("Menzies"), Shantell Jordan ("Jordan"), hit a Frontier aircraft with a belt loader.

3. In the several months prior to the damage event, during a visit to Phoenix Sky Harbor, I noticed Jordan working on Frontier's ramp (the outdoor area surrounding

4862-7314-1507

Frontier's gate and aircraft), and I specifically instructed Jordan to leave the ramp area because he was not trained to work there.

4. In the several months prior to the damage event, I similarly instructed other Menzies employees—including, David Yanez, Robert Lammon (Jordan's supervisor), and Nigel Shuttleworth—multiple times not to permit untrained Menzies employees to work on the ramp near Frontier's aircraft.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on November 12, 2021.



Graham Gunner

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4862-7314-1507