# EXHIBIT 8

**ATTORNEY CLIENT PRIVILEGE - WORK PRODUCT - TRIAL PREPARATION MATERIALS**

**From:** Gunner, Graham
**Sent:** Monday, March 26, 2018 8:09 PM
**To:** Morahan, Sean <SMorahan@flyfrontier.com>
**Subject:** FW: PHX

Sean,
I am also planning on heading back to PHX next week.
Thanks,
Graham

**From:** Nigel Shuttleworth [mailto:nigel.shuttleworth@menziesaviation.com]
**Sent:** Monday, March 26, 2018 10:03 AM
**To:** Morahan, Sean <smorahan@flyfrontier.com>
**Cc:** Gunner, Graham <Graham.Gunner@flyfrontier.com>
**Subject:** RE: PHX

Hi Sean,
I have already arranged for Erin to go down at the end of the week, I would have sent her sooner but we have snow events expected in Denver and I do not want to have two fires. I will also be in PHX next week. I agree with the comment that both you and Graham have sent out. David is working to many flights to keep the operation running and needs help to get him back to managing the operation.

I also have a call with recruitment today to get more staff in so that we keep the hiring up to date.

Regards
Nigel

Nigel Shuttleworth
Regional Vice President I Central Northern USA
Menzies Aviation
M:+1 214 802 3291   www.menziesaviation.com

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

**From:** Morahan, Sean [mailto:smorahan@flyfrontier.com]
**Sent:** Monday, March 26, 2018 10:40 AM
**To:** Nigel Shuttleworth <nigel.shuttleworth@menziesaviation.com>
**Subject:** FW: PHX

1

Do you have a leader you can TDY there to help David? This is not going to end well.

Sean

**From:** Gunner, Graham
**Sent:** Friday, March 23, 2018 8:09 PM
**To:** Nigel Shuttleworth <nigel.shuttleworth@menziesaviation.com>
**Cc:** Morahan, Sean <smorahan@flyfrontier.com>
**Subject:** PHX

Good Evening Nigel,
I arrived in PHX today and watched the afternoon operations, when I went on the ramp there were 7 untrained employees working the Frontier flights. They were loading and unloading bags onto the belt loaders as well as in the bin of the aircraft.
I immediately told the supervisor that none of them can work on the ramp until trained, and I also advised David of this. While I was talking with David I turned around to see a new hire (untrained) marshaling a belt loader to our aircraft.

I spoke to David and told him if they are not trained on Frontier procedures and their comply account isn't up to date and they haven't attended training they are not to touch a Frontier Aircraft or any bags. There are no exceptions.

Also I was reviewing some of the bag claims in PHX and the agents are taking claims for bags we have on hand in the office. As you know this effects our MBR as well as costing Frontier additional cost for delivering the bags we had. The PHX station need to get more employees trained on baggage, currently they only have Denise. I have offered to teach a class for the PHX team. David said he would let me know.
We have to get the MBR under control in PHX with fail to loads and miss loads.
I spoke to David on Tuesday regarding a missing bag and he advised me we had the bag. I requested the bag to be Fed Ex to the passenger that night. I called the next day and was advised it didn't go out and they would send the bag on Wednesday. Come to find out today they have lost the bag and have no idea where the bag is. This bag contained medicine the customer needs.

David is well behind on his manager functions including his audits. PHX also had an audit conducted this week and there were a lot of findings and concerns.
Out of the 16 employees hired he has already lost 4 and believes he will lose another 5 when training starts.
The only function David is doing is being a ramp agent.
He is needing help to get the PHX station back on track. I have seen a lot of concerns where policies are not being followed. If we don't take immediate action I am concerned someone or an aircraft will get damaged.

Please let me know your plan to address these concerns.

Regards,



**Graham Gunner**
Regional Manager
P: 720-589-0049
E: Graham.Gunner@flyfrontier.com
FlyFrontier.com

FRONTIER 000559

*****THIS EMAIL WAS RECEIVED FROM AN EXTERNAL SOURCE*****

DISCLAIMER
The information in this e-mail is confidential and may be legally privileged and is intended solely for the use of the individual or entity to which it is addressed. If the message is received and you are not the addressee, you must not use, disclose, distribute, copy, print or rely on this e-mail.

Any views expressed in this message are those of the individual sender, except where the sender specifically states them to be the views of the Menzies Aviation plc group of companies.

Menzies Aviation plc is registered in England and Wales with company number 2961404 at 2 World Business Centre Heathrow, Newall Road, London Heathrow Airport, Hounslow, TW6 2SF and VAT Number GB 927546496. A list of the Menzies Aviation plc group of companies with their registration details can be found at:
http://www.menziesaviation.com/index/page/p/36/ref/UK-Registered-Offices

All messages are checked for viruses by Symantec.cloud, but we strongly recommend that you check for viruses using your own virus scanner. No member of the Menzies Aviation plc group of companies will take responsibility for any damage caused as a result of virus infection.

At present the integrity of e-mail across the Internet cannot be guaranteed. Therefore no member of the Menzies Aviation plc group of companies will accept liability for any claims arising as a result of the use of this medium for transmissions by or any member of the Menzies Aviation plc group of companies.