# EXHIBIT 9

# (Lodged Under Seal)