Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
       mjarvey@swlaw.com
*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA), Inc.,<br><br>    Defendant. | No. 2:20-cv-01432-ESW<br><br>**PLAINTIFF'S MOTION TO SEAL EXHIBITS** |

    Plaintiff Frontier Airlines, Inc. ("Frontier") moves under LRCiv 5.6 and pursuant to Paragraph 8 of the Court's Protective Order (Doc. 31) for an order directing the Clerk to file under seal the exhibits identified below, related to Frontier's Controverting Statement of Facts (Doc. 80), and lodged under seal with this motion.. Each of Frontier's lodged exhibits are excerpts from documents that Defendant Menzies Aviation (USA), Inc. ("Menzies") previously moved to file under seal (Doc. 67), that Frontier stipulated to filing under seal (Doc. 72), that Frontier previously designated as "Confidential" pursuant to the Court's Protective Order, and that the Court previously ordered to be filed under seal (Doc. 74). Frontier's lodged exhibits comprise all or part of those same documents and should be filed under seal for the same reasons. *See* Doc. 72 (noting the reasons why the documents should be sealed).

4896-0889-4723

Frontier's lodged exhibits include:

- **Exhibit 1**, which is a copy of the Standard Ground Handling Agreement, which forms part of the parties' contract in this case. It is a complete version of the document previously filed under seal as Menzies's Exhibit B.
- **Exhibit 6**, which is another excerpt from the Ground Services Manual, excerpts of which were previously filed under seal as Menzies's Exhibit C.
- **Exhibit 9**, which is another excerpt from the lease agreement for the aircraft at issue in this case, excerpts of which were previously filed under seal as Menzies's Exhibit F.

Frontier requests that the Court order Frontier's Exhibits 1, 6, and 9, related to its Controverting Statement of Facts, to be filed under seal pursuant to the Court's previous order directing Menzies's exhibits, excerpted from the same documents, filed under seal.

DATED this 15th day of November 2021.

SNELL & WILMER L.L.P.

By: *s/Matt Jarvey*
    Adam E. Lang
    Matt Jarvey
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

*Attorneys for Plaintiff Frontier Airlines, Inc.*

4896-0889-4723

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*s/Kathy Sprinkle*

4896-0889-4723