IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA), Inc.,<br><br>    Defendant. | No. 2:20-cv-01432-ESW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBITS** |

    The Court has considered Plaintiff's Motion to Seal Exhibits (Doc. 81), and good cause appearing therefore,

    IT IS ORDERED granting Plaintiff's Motion to Seal Exhibits (Doc. 81). The Clerk of Court is directed to file under seal Exhibits 1, 6, and 9, to Plaintiff's Controverting Statement of Facts (Doc. 80), which exhibits were lodged for filing under seal with Plaintiff's Motion to Seal Exhibits.