# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>　　　　　Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

　　　　The Court has considered Plaintiff's Motion to Seal Exhibits (Doc. 81). Good cause appearing,

　　　　IT IS ORDERED granting Plaintiff's Motion to Seal Exhibits (Doc. 81). The Clerk of Court is directed to file under seal exhibits 1, 6, and 9 to Plaintiff's Controverting Statement of Facts (Doc. 80) lodged November 15, 2021.

　　　　Dated this 16th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge