IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

This matter is before the Court on its own review.  The Court previously granted Defendant's Motion (Doc. 67) requesting that certain exhibits to its Statement of Facts (Doc. 66) in support of its Motion for Summary Judgment be filed under seal.  (Doc. 74). The docket does not reflect that the exhibits have been lodged under seal by Defendant.

**IT IS ORDERED** that by December 10, 2021, Defendant shall lodge under seal Exhibits A, B, C, and F to Defendant's Statement of Facts (Doc. 66) in support of its Motion for Summary Judgment.  The Clerk of Court shall file Exhibits A, B, C, and F under seal once lodged.

Dated this 8th day of December, 2021.

Honorable Eileen S. Willett
United States Magistrate Judge