Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
          mjarvey@swlaw.com
*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br> Defendant. | No. 2:20-cv-01432-ESW <br><br> **PLAINTIFF'S NOTICE OF READINESS FOR FINAL PRETRIAL CONFERENCE** |

Pursuant to the Court's Case Management Order, Plaintiff hereby notifies the Court that this case is ready for the Court to set a Final Pretrial Conference. Doc. 26 at 5.

DATED this 18th day of January 2022.

                                                              SNELL & WILMER L.L.P.

                                        By: *s/Matt Jarvey*
                                              Adam E. Lang
                                              Matt Jarvey
                                              One Arizona Center
                                              400 E. Van Buren, Suite 1900
                                              Phoenix, Arizona 85004-2202

                                              *Attorneys for Plaintiff Frontier Airlines, Inc.*

4855-6464-4361

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 s/Kathy Sprinkle

4855-6464-4361