1  Adam E. Lang (#022545)
   Matt Jarvey (#031350)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202
4  Telephone: 602.382.6000
   Facsimile: 602.382.6070
5  E-Mail: alang@swlaw.com
            mjarvey@swlaw.com
6  *Attorneys for Plaintiff Frontier Airlines, Inc.*

7

8            IN THE UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ARIZONA

10



11  Frontier Airlines, Inc.,                    No. 2:20-cv-01432-ESW

12                  Plaintiff,                   **JOINT MOTION TO EXTEND
                                                 FINAL PRETRIAL CONFERENCE**
13      v.
                                                 **(FIRST REQUEST)**
14  Menzies Aviation (USA), Inc.,

15                  Defendant.

16

17        Pursuant to Rules 6(b), 16(b)(4), and LRCiv 7.3, Plaintiff and Defendant jointly

18  request that the Court extend by at least two weeks: (1) the date of the Final Pretrial

19  Conference currently set for March 31, 2022, at 10:00 a.m.; and (2) the attendant deadlines

20  from the Order setting the Final Pretrial Conference.  Doc. 90.

21        The parties request this brief extension to allow them to finalize settlement

22  documentation.  The parties have agreed to a settlement figure and are in the process of

23  finalizing the accompanying release documentation needed to complete the settlement.

24  That process was slightly delayed by Plaintiffs' counsel being in a 5-day preliminary

25  injunction hearing in Maricopa County Superior Court (Case No. CV 2021-016159), which

26  is set to conclude on March 1, 2022.  The parties anticipate being able to finalize the

27  settlement shortly.  Good cause exists for the brief extension, because it would allow the

28  parties time to finalize their settlement, which in turn would avoid the need to proceed with

4862-6784-2065

a Final Pretrial Conference and the attendant pretrial filings due before the Final Pretrial Conference.

The parties have submitted a proposed order with this joint motion.

DATED this 25th day of February, 2022.

SNELL & WILMER L.L.P.

By: *s/Matt Jarvey*
Adam E. Lang
Matt Jarvey
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

*Attorneys for Plaintiff Frontier Airlines, Inc.*

JONES, SKELTON & HOCHULI, P.L.C.

By: *s/J. Gary Linder (w/permission)*
J. Gary Linder
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Defendant Menzies Aviation (USA), Inc.*

4862-6784-2065

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 *s/Kathy Sprinkle*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

4862-6784-2065