IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Menzies Aviation (USA), Inc.,<br><br>    Defendant. | No. 2:20-cv-01432-ESW<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND FINAL PRETRIAL CONFERENCE**<br><br>**(FIRST REQUEST)** |

Upon considering the parties' Joint Motion to Extend Final Pretrial Conference (Doc. 91), and good cause appearing therefor,

IT IS ORDERED, vacating the Final Pretrial Conference currently set for March 31, 2022, at 10:00 a.m., and resetting that conference for _____.

All other deadlines from the Court's prior Order setting the Final Pretrial Conference (Doc. 90) are extended by _____ days.

4868-0884-2001