

Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
       mjarvey@swlaw.com
*Attorneys for Plaintiff Frontier Airlines, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Frontier Airlines, Inc., | No. 2:20-cv-01432-ESW |
|---|---|
| Plaintiff, | **JOINT MOTION TO EXTEND FINAL PRETRIAL CONFERENCE** |
| v. | |
| Menzies Aviation (USA), Inc., | **(SECOND REQUEST)** |
| Defendant. | |

Pursuant to Rules 6(b), 16(b)(4), and LRCiv 7.3, Plaintiff and Defendant jointly request that the Court extend by one month: (1) the date of the Final Pretrial Conference currently set for May 5, 2022, at 10:00 a.m.; and (2) the attendant deadlines from the Order setting the Final Pretrial Conference, which are based on the date of the Final Pretrial Conference, including the deadline for the parties to lodge the Proposed Final Pretrial Order, which is currently set for April 15, 2022, at 4:00 p.m.  Docs. 90, 92.

This is the parties' second request to extend the Final Pretrial Conference. The parties initially requested an extension on February 25, 2022.  Doc. 91.  There, the parties noted that they had arrived at a settlement figure (which remains the case) and requested an extension to allow the parties to complete settlement documentation, which would avoid the need for a Proposed Final Pretrial Order and Final Pretrial Conference.  Since then, the parties have continued to work together and have exchanged drafts of settlement/release

4892-0433-5897

1 documentation. The parties remain confident that agreeing on final settlement
2 documentation will not be an impediment to resolution, but the logistical process has taken
3 longer than first anticipated. Accordingly, the parties request one more brief extension to
4 finalize the settlement documentation, which would allow the parties to avoid the expense
5 and burden on the Court of preparing for and conducting a Final Pretrial Conference.

6 As before, good cause exists for the extension, because it would allow the parties
7 time to finalize their settlement, which in turn would avoid the need to proceed with a Final
8 Pretrial Conference and the attendant pretrial filings due before the Final Pretrial
9 Conference.

10 The parties have submitted a proposed order with this joint motion.

11 DATED this 29th day of March, 2022.

SNELL & WILMER L.L.P.

By: *s/Matt Jarvey*
Adam E. Lang
Matt Jarvey
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

*Attorneys for Plaintiff Frontier Airlines, Inc.*

JONES, SKELTON & HOCHULI, P.L.C.

By: *s/J. Gary Linder (w/permission)*
J. Gary Linder
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004

*Attorneys for Defendant Menzies Aviation (USA), Inc.*

4892-0433-5897

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 s/Kathy Sprinkle

4892-0433-5897