IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br> Defendant. | No. 2:20-cv-01432-ESW <br><br> **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND FINAL PRETRIAL CONFERENCE** <br><br> **(SECOND REQUEST)** |

The Court has considered the parties' Joint Motion to Extend Final Pretrial Conference (Doc. 93). Good cause appearing,

IT IS ORDERED granting the Joint Motion to Extend Pretrial Conference (Doc. 93).

IT IS FURTHER ORDERED continuing Telephonic Final Pretrial Conference from May 5, 2022 to _____ **at** _____ **a.m./p.m.**, before Judge Willett. Proposed Final Pretrial Order shall be lodged with the Court no later than _____ **a.m./p.m. on** _____**, 2022**. The remainder of the deadlines in the Court's Order (Doc. 90) are recalculated accordingly.

4871-2946-6393