# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>  Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>  Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

The Court has considered the parties' Joint Motion to Extend Final Pretrial Conference (Doc. 93). Good cause appearing,

IT IS ORDERED granting the Joint Motion to Extend Final Pretrial Conference (Doc. 93).

IT IS FURTHER ORDERED continuing Telephonic Final Pretrial Conference from May 5, 2022 to **June 15, 2022 at 10:00 a.m.**, before Judge Willett. Proposed Final Pretrial Order shall be lodged with the Court no later than **4:00 p.m. on May 26, 2022**. The remainder of the deadlines in the Court's Order (Doc. 90) are recalculated accordingly.

Dated this 30th day of March, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge