```
Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
        mjarvey@swlaw.com
```
*Attorneys for Plaintiff Frontier Airlines, Inc.*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., | No. 2:20-cv-01432-ESW |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| Menzies Aviation (USA), Inc., | |
| Defendant. | |

Pursuant to LRCiv 40.2(d), Plaintiff and Defendant jointly provide notice that the parties have reached a settlement in this matter. Unless the Court orders otherwise, the parties intend to file a stipulation for dismissal within 30 days of this notice. Because this matter has settled, the parties request that the Court vacate the Final Pretrial Conference currently set for June 15, 2022, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4859-3619-3566

1  DATED this 10th day of May, 2022.

2                                                 SNELL & WILMER L.L.P.

By: *s/Matt Jarvey*
     Adam E. Lang
     Matt Jarvey
     One Arizona Center
     400 E. Van Buren, Suite 1900
     Phoenix, Arizona 85004-2202

*Attorneys for Plaintiff Frontier Airlines, Inc.*

JONES, SKELTON & HOCHULI, P.L.C.

By: *s/J. Gary Linder (w/permission)*
     J. Gary Linder
     40 North Central Avenue, Suite 2700
     Phoenix, Arizona 85004

*Attorneys for Defendant Menzies Aviation (USA), Inc.*

4859-3619-3566

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 *s/Kathy Sprinkle*

4859-3619-3566