# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>　　　　Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

The Court has received the parties' Joint Notice of Settlement (Doc. 95).

IT IS ORDERED that the parties shall file a Stipulation to Dismiss within 30 days of the filing of this Order. The Court will dismiss the case with prejudice on **June 14, 2022** if a Stipulation to Dismiss or Joint Status Report is not filed within 30 days of the filing of this Order.

IT IS FURTHER ORDERED vacating Final Pretrial Conference set for June 15, 2022.

Dated this 11th day of May, 2022.

_____
Honorable Eileen S. Willett
United States Magistrate Judge