Adam E. Lang (#022545)
Matt Jarvey (#031350)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: alang@swlaw.com
       mjarvey@swlaw.com
*Attorneys for Plaintiff Frontier Airlines, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation (USA), Inc., <br><br> Defendant. | No. 2:20-cv-01432-ESW <br><br> **STIPULATION TO DISMISS** |

    Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and pursuant to this stipulation, Plaintiff hereby dismisses with prejudice all claims against Defendant, with each party to bear its own attorneys' fees, costs, and expenses. This stipulation of dismissal is signed on behalf of all parties who have appeared in this case.

    The parties have submitted a proposed order with this stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4879-3359-9774

1   DATED this 17th day of May, 2022.

                                          SNELL & WILMER L.L.P.

                                          By: *s/ Matt Jarvey*
                                              Adam E. Lang
                                              Matt Jarvey
                                              One Arizona Center
                                              400 E. Van Buren, Suite 1900
                                              Phoenix, Arizona 85004-2202

                                          *Attorneys for Plaintiff Frontier Airlines, Inc.*


                                          JONES, SKELTON & HOCHULI, P.L.C.


                                          By: *s/ J. Gary Linder (w/permission)*
                                              J. Gary Linder
                                              40 North Central Avenue, Suite 2700
                                              Phoenix, Arizona 85004

                                          *Attorneys for Defendant Menzies Aviation (USA), Inc.*

4879-3359-9774

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

 *s/Kathy Sprinkle*

4879-3359-9774