IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA), Inc.,<br><br>    Defendant. | No. 2:20-cv-01432-ESW<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS** |

    IT IS ORDERED granting the parties' Stipulation to Dismiss (Doc. 97).

    IT IS FURTHER ORDERED that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

4868-9419-8814