# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frontier Airlines Incorporated,<br><br>   Plaintiff,<br><br>v.<br><br>Menzies Aviation (USA) Incorporated,<br><br>   Defendant. | No. CV-20-01432-PHX-ESW<br><br>**ORDER** |

The Court has considered the parties' Stipulation to Dismiss (Doc. 97). Good cause appearing,

IT IS ORDERED granting the Stipulation to Dismiss (Doc. 97).

IT IS FURTHER ORDERED dismissing this case with prejudice, each party to bear its own attorneys' fees, costs, and expenses. The Clerk of Court is directed to terminate this case.

Dated this 17th day of May, 2022.

_____
Honorable Eileen S. Willett
United States Magistrate Judge